✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE**          District of          **NORTH CAROLINA**

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

Private Diagnostic Clinic, PLLC
c/o Paul R. Newman, as Registered Agent
Trent Drive
Durham, NC  27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

/s/ Abby McClain
Deputy Clerk

December 18, 2007
Date

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     *Date*                          *Signature of Server*


                                         _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Theresa Arico, Clinical Nurse IV
Duke University Medical Center
Emergency Room North
Durham, NC  27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

**MIDDLE** — District of — **NORTH CAROLINA**

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Tara Levicy
26 South Main Street, Apt. B
West Lebanon, NH  03784

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                              *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

V.

DUKE UNIVERSITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

City of Durham, North Carolina
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC  27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

/s/ Abby McClain
Deputy Clerk

_____ December 18, 2007 _____
Date

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　*Date*　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

V.

DUKE UNIVERSITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-cv-953

TO: (Name and address of Defendant)

> Michael B. Nifong
> 615 November Drive
> Durham, N.C. 27712

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT C. EKSTRAND
> EKSTRAND & EKSTRAND, LLP
> 811 NINTH STREET, SUITE 260
> DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                    *Signature of Server*


                                     _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>           District of           <u>NORTH CAROLINA</u>

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY , ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

> Patrick Baker, City Manager
> City of Durham
> 101 City Hall Plaza
> Durham, NC  27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT C. EKSTRAND
> EKSTRAND & EKSTRAND, LLP
> 811 NINTH STREET, SUITE 260
> DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

<u>John S. Brubaker</u>
Clerk

<u>/s/ Abby McClain</u>
Deputy Clerk

<u>December 18, 2007</u>
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                  *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTH CAROLINA_____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER: 1:07-cv-953

TO: (Name and address of Defendant)

Ronald Hodge, Deputy Chief of Police
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                          *Signature of Server*


                                    _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____MIDDLE_____     District of     _____NORTH CAROLINA_____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

Lee Russ, Executive Officer to the Chief of Police
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

MIDDLE | District of | NORTH CAROLINA

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Stephen Mihaich, Commander of Investigative Services Bureau
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

> Beverly Council, Commander of the Uniform Patrol Bureau
> Durham Police Department
> 505 W. Chapel Hill Street
> Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT C. EKSTRAND
> EKSTRAND & EKSTRAND, LLP
> 811 NINTH STREET, SUITE 260
> DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                              *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

MIDDLE       District of       NORTH CAROLINA

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

> Captain Edward Sarvis
> Durham Police Department
> 505 W. Chapel Hill Street
> Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT C. EKSTRAND
> EKSTRAND & EKSTRAND, LLP
> 811 NINTH STREET, SUITE 260
> DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker                             December 18, 2007
Clerk                                                     Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                           Date                                    *Signature of Server*


                                              _____
                                                          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTH CAROLINA_____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Jeff Lamb, Captain and District Commander
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　　Date　　　　　　　　*Signature of Server*


_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____NORTH CAROLINA_____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Michael Ripberger, Lieutenant and Assistant District Commander
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)*       . | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    *Signature of Server*


                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     District of     _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

> Laird Evans, Sergeant
> Durham Police Department
> District 2
> 1058 West Club Boulevard
> Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT C. EKSTRAND
> EKSTRAND & EKSTRAND, LLP
> 811 NINTH STREET, SUITE 260
> DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker_____
Clerk

_/s/ Abby McClain_____
Deputy Clerk

_____ December 18, 2007 _____
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*



                    _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER: 1:07-cv-953

TO: (Name and address of Defendant)

Kammie Michael, Public Relations Coordinator and Public Information
Officer
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

James T. Soukup, Director
Durham Emergency Communications Center
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker _____
Clerk

December 18, 2007 _____
Date

/s/ Abby McClain _____
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                       Date                    *Signature of Server*

_____
                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

David Addison, Corporal and Durham Crimestoppers Coordinator
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker                                                    December 18, 2007
Clerk                                                                    Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of  _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Mark D. Gottlieb, Sergeant
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

   ☐ Served personally upon the defendant. Place where served:

   ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

   ☐ Returned unexecuted:

   ☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                   *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of  _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Benjamin Himan, Investigator
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker _____
Clerk

December 18, 2007 _____
Date

/s/ Abby McClain _____
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              *Signature of Server*


                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

<u>John S. Brubaker</u>
Clerk

<u>December 18, 2007</u>
Date

<u>/s/ Abby McClain</u>
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  *Date*                     *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____NORTH CAROLINA_____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Richard D. Clayton, Investigator
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                              *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ NORTH CAROLINA

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

DNA Security, Inc.
c/o Richard Clark, as Registered Agent
2609 Tucker Street
Burlington, NC 27215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker _____
Clerk

/s/ Abby McClain _____
Deputy Clerk

_____ December 18, 2007 _____
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date            *Signature of Server*

                        _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, ET AL.

CASE NUMBER:  1:07-cv-953

TO: (Name and address of Defendant)

Richard Clark, President
DNA Security, Inc.
2609 Tucker Street
Burlington, NC 27215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC  27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

December 18, 2007
Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                              *Signature of Server*


                                    _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     District of     _____ NORTH CAROLINA _____

RYAN McFADYEN, MATTHEW WILSON, and
BRECK ARCHER

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY POLICE DEPARTMENT, ET
AL.

CASE NUMBER:   1:07-cv-953

TO: (Name and address of Defendant)

Brian Meehan, Director
DNA Security, Inc.
1902 Tucker Street
Burlington, NC 27215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT C. EKSTRAND
EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NC 27705

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker _____
Clerk

December 18, 2007
Date

/s/ Abby McClain _____
Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                    *Signature of Server*

                                     _____
                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.