IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:07-cv-00953

| | |
|---|---|
| RYAN McFADYEN, MATTHEW WILSON; and BRECK ARCHER<br><br>Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D.<br><br>Defendants. | NOTICE OF APPEARANCE |

NOW COMES, James B. Maxwell, of the law firm Maxwell, Freeman & Bowman, P.A., and hereby gives notice of appearance on behalf of the defendants, James T. Soukup, Kammie Michael, David W. Addison, and Richard D. Clayton in the above-

1

Dockets.Justia.com

captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

This the 8th day of January, 2008.

/S/ James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P. O. Box 52396
Durham, NC 27717-2396
Telephone: 919-493-6464
Facsimile: 919-493-1218
State Bar No.: 2933
*Attorneys for James T. Soukup, Kammie Michael, David W. Addison and Richard D. Clayton*

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the below listed individuals by electronically filing the document with the Court on this date using the CM/ECF system or by placing a copy in the U.S. Mail.

>Robert C. Ekstrand
>811 Ninth Street, Suite 260
>Durham, NC 27705

This the 8th day of January, 2008.

>/S/James B. Maxwell
>Maxwell, Freeman & Bowman, P.A.
>Attorneys for David Addison
>P. O. Box 52396
>Durham, NC 27717-2396
>(919) 493-6464
>State Bar No.: 2933