UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN, MATTHEW WILSON, and BRECK ARCHER,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>POLICE DEPARTMENT, AARON GRAVES, )<br>ROBERT DEAN, LEILA HUMPHRIES,  )<br>PHYLLIS COOPER, WILLIAM F. GARBER, )<br>II, JAMES SCHWAB, JOSEPH FLEMING, )<br>JEFFREY O. BEST, GARY N. SMITH, GREG )<br>STOTSENBERG, ROBERT K. STEEL,  )<br>RICHARD H. BROADHEAD, Ph.D., JOHN )<br>BURNESS, LARRY MONETA, Ed.D.,  )<br>VICTOR J. DZAU, M.D., ALLISON  )<br>HALTON, KEMEL DAWKINS, SUZZANE  )<br>WASIOLEK, STEPHEN BRYAN, MATTHEW)<br>DRUMMOND, DUKE UNIVERSITY  )<br>HEALTH SYSTEMS, INC., PRIVATE  )<br>DIAGNOSTIC CLINIC, PLLC, JULIE  )<br>MANLY, M.D., THERESA ARICO, R.N.  )<br>TARA LEVICY, R.N., THE CITY OF  )<br>DURHAM, NORTH CAROLINA, MICHAEL )<br>B. NIFONG, PATRICK BAKER, STEVEN  )<br>CHALMERS, RONALD HODGE, LEE RUSS, )<br>STEPHEN MIHAICH, BEVERLY COUNCIL, )<br>EDWARD SARVIS, JEFF LAMB, MICHAEL )<br>RIPBERGER, LAIRD EVANS, JAMES T.  )<br>SOUKUP, KAMMIE MICHAEL, DAVID W. )<br>ADDISON, MARK D. GOTTLIEB,  )<br>BENJAMIN W. HIMAN, LINWOOD WILSON) | **NOTICE OF APPEARANCE** |

KCBCM: 242966.1

| | |
|---|---|
| WILSON, RICHARD D. CLAYTON, DNA SECURITY, INC., RICHARD CLARK, and BRIAN MEEHAN, Ph.D., | ) ) ) ) |
| Defendants. | ) |

_____

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as attorney of record for the Defendant Benjamin Himan.

This the 16th day of January, 2008.

                                        KENNON, CRAVER, BELO,
                                        CRAIG & MCKEE, PLLC

By:   */s/ Joel M. Craig*

           North Carolina State Bar No. 9179
           Attorney for Defendant Benjamin Himan
           4011 University Dr, Suite 300
           P.O. Box 51579
           Durham, NC 27717-1579
           (919) 490-0500

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth St., Ste. 260
Durham, NC 27705
*Attorney for Plaintiffs Breck Archer, Matthew Wilson and Ryan McFadyen*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorney for Defendants David W. Addison, James T. Soukup, Kammie Michael and Richard D. Clayton*

This the 16th day of January, 2008.

                        KENNON, CRAVER, BELO,
                        CRAIG & MCKEE, PLLC

                By:   */s/ Joel M. Craig*

                      North Carolina State Bar No. 9179
                      Attorneys for Defendant Benjamin Himan
                      4011 University Dr, Suite 300
                      P.O. Box 51579
                      Durham, NC 27717-1579
                      (919) 490-0500
                      jcraig@kennoncraver.com