UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D.,<br><br>Defendants. | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE of the appearance of J. Donald Cowan, Jr., of Smith Moore LLP, as counsel of record for the following defendants in the above-captioned civil action: Duke University; Duke University Police Department; Aaron Graves; Robert Dean; Leila Humphries; Phyllis Cooper; William F. Garber, II; James Schwab; Joseph Fleming; Jeffrey O. Best; Gary N. Smith; Greg Stotsenberg; Robert K. Steel; Richard H. Brodhead, Ph.D.; Peter Lange, Ph.D.; Tallman Trask, III, Ph.D.; John Burness; Larry Moneta, Ed.D.; Victor J. Dzau, M.D.; Allison Halton; Kemel Dawkins; Suzanne Wasiolek; Stephen Bryan; and Matthew Drummond. The undersigned counsel certifies that he is admitted to practice before this Court.

This 4th day of February 2008.

/s/ J. Donald Cowan, Jr.
J. DONALD COWAN, JR.
N.C. State Bar No. 0968
Smith Moore LLP
300 N. Greene Street,
Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com

Attorney for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond

# CERTIFICATE OF SERVICE

I hereby certify that on 4 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

>*Counsel for the Plaintiffs*
>Robert C. Ekstrand
>Email: rce@ninthstreetlaw.com
>
>*Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
>James B. Maxwell
>Email: jmaxwell@mfbpa.com
>
>*Counsel for Benjamin W. Himan*
>Joel Miller Craig
>Email: jcraig@kennoncraver.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Duke University Health Systems, Inc. c/o Pamela Bernard, as Registered Agent 2400 Pratt Street, Suite 4000 Durham, NC 27710 | Private Diagnostic Clinic, PLLC c/o Paul R. Newman, as Registered Agent Trent Drive Durham, NC 27710 |
| Theresa Arico, R.N. Duke University Medical Center Emergency Room North 2301 Erwin Road Durham, NC 27710 | Tara Levicy, R.N. 26 South Main Street, Apt. B West Lebanon, NH 03784 |

The City of Durham, North Carolina
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC 27701

Patrick Baker
101 City Hall Plaza
Durham, NC 27701

Lee Russ
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Beverly Council
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Jeff Lamb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Laird Evans
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

DNA Security, Inc.
c/o Richard Clark, as Registered Agent
2609 Tucker Street
Burlington, NC 27215

Michael B. Nifong
615 November Drive
Durham, NC 27712

Ronald Hodge
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Stephen Mihaich
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Edward Sarvis
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Michael Ripberger
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Richard Clark
DNA Security, Inc.
2609 Tucker Street
Burlington, NC 27215

| Brian Meehan, PHD | Mark D. Gottlieb |
| DNA Security, Inc. | Durham Police Department |
| 1902 Tucker Street | District 2 |
| Burlington, NC 27215 | 1058 West Club Boulevard |
| | Durham, NC 27701 |

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Julie Manly, M.D.

Steven Chalmers

This 4th day of February 2008.

/s/ J. Donald Cowan, Jr.
J. DONALD COWAN, JR.

Attorney for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond