UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER, | |
| Plaintiffs, | |
| v. | |
| DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D., | NOTICE OF SPECIAL APPEARANCE |
| Defendants. | |

Pursuant to Local Rule 83.1, please take notice of the special appearance of Jamie Gorelick, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for the following defendants in the above-captioned civil action: Duke University; Duke University Police Department; Aaron Graves; Robert Dean; Leila Humphries; Phyllis Cooper; William F. Garber, II; James Schwab; Joseph Fleming; Jeffrey O. Best; Gary N. Smith; Greg Stotsenberg; Robert K. Steel; Richard H. Brodhead, Ph.D.; Peter Lange, Ph.D.; Tallman Trask, III, Ph.D.; John Burness; Larry Moneta, Ed.D.; Victor J. Dzau, M.D.; Allison Halton; Kemel Dawkins; Suzanne Wasiolek; Stephen Bryan; and Matthew Drummond.

Ms. Gorelick certifies that she is an active member in good standing of the bars of the District of Columbia, the State of New York, the United States Supreme Court, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Claims Court, the Untied States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Court of Military Appeals, the United States Court of International Trade, and the United States Tax Court. Ms. Gorelick further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials

and other proceedings.  Ms. Gorelick still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service.  Mr. Cowan and Ms. Wells further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 4th day of February 2008.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5382
Facsimile:  (336) 433-7485
Email: don.cowan@smithmoorelaw.com


/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone:  (336) 378-5289
Facsimile:  (336) 433-7461
Email:  dixie.wells@smithmoorelaw.com

/s/ Jamie Gorelick
Jamie Gorelick
State Bar Number District of Columbia: 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com

Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond

# CERTIFICATE OF SERVICE

I hereby certify that on 4 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> *Counsel for the Plaintiffs*
> Robert C. Ekstrand
> Email: rce@ninthstreetlaw.com
>
> *Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
> James B. Maxwell
> Email: jmaxwell@mfbpa.com
>
> *Counsel for Benjamin W. Himan*
> Joel Miller Craig
> Email: jcraig@kennoncraver.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Duke University Health Systems, Inc.<br>c/o Pamela Bernard, as Registered Agent<br>2400 Pratt Street, Suite 4000<br>Durham, NC 27710 | Private Diagnostic Clinic, PLLC<br>c/o Paul R. Newman, as Registered Agent<br>Trent Drive<br>Durham, NC 27710 |
| Theresa Arico, R.N.<br>Duke University Medical Center<br>Emergency Room North<br>2301 Erwin Road<br>Durham, NC 27710 | Tara Levicy, R.N.<br>26 South Main Street, Apt. B<br>West Lebanon, NH 03784 |

The City of Durham, North Carolina
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC 27701

Patrick Baker
101 City Hall Plaza
Durham, NC 27701

Lee Russ
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Beverly Council
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Jeff Lamb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Laird Evans
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

DNA Security, Inc.
c/o Richard Clark, as Registered Agent
2609 Tucker Street
Burlington, NC 27215

Michael B. Nifong
615 November Drive
Durham, NC 27712

Ronald Hodge
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Stephen Mihaich
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Edward Sarvis
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Michael Ripberger
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Richard Clark
DNA Security, Inc.
2609 Tucker Street
Burlington, NC 27215

| Brian Meehan, PHD | Mark D. Gottlieb |
| DNA Security, Inc. | Durham Police Department |
| 1902 Tucker Street | District 2 |
| Burlington, NC 27215 | 1058 West Club Boulevard |
| | Durham, NC 27701 |

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Julie Manly, M.D.

Steven Chalmers

This 4th day of February 2008.

                                                /s/ Dixie T. Wells
                                                Dixie T. Wells

                                                Attorney for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond