## UNITED STATE DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

### File No.  1:07-CV-00953

| | |
|---|---|
| RYAN McFADYEN, MATTHEW WILSON; and BRECK ARCHER, | |
| Plaintiffs, | |
| vs. | NOTICE OF APPEARANCE |
| DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D., TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D., | |
| Defendants. | |

NOW COME Edwin M. Speas, Jr. and Eric P. Stevens, of the law firm Poyner &

Spruill LLP and hereby enter their appearance as counsel of record on behalf of

Defendant Mark Gottlieb.

It is respectfully requested that all future documents, including, but, not limited to pleadings, notices, motions and discovery be served upon the undersigned as counsel for Defendant.

This the 14th day of February, 2008.

**POYNER & SPRUILL LLP**

<u>            /s/ Edwin M. Speas, Jr.            </u>
Edwin M. Speas, Jr.
NC Bar No. 4112
Post Office Box 10096
Raleigh, NC 27605-0096
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: <u>espeas@poyners.com</u>


<u>            /s/ Eric P. Stevens            </u>
Eric P. Stevens
NC Bar No. 17609
Post Office Box 10096
Raleigh, NC 27605-0096
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: <u>estevens@poyners.com</u>

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 14, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Ekstrand, Esq.
Ekstrand & Ekstrand, LLP
811 Ninth Street, Suite 260
Durham, NC 27705
*Counsel for Plaintiffs*

Patricia P. Kerner, Esq.
Troutman Saunders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Robert A. Sar, Esq.
Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security, Inc.*

James B. Maxwell, Esq.
Maxwell, Freeman & Bowman, PA
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendants David Addison, Kammie Michaels, Richard Clayton and James T. Soukup*

Reginald B. Gillespie, Jr., Esq.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Counsel for Plaintiff Defendant City of Durham, North Carolina and Edward Sarvis*

J. Donald Cowan, Jr., Esq.
Dixie T. Wells, Esq.
Smith Moore, LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401

Jamie Gorelick
Wilmer Wilmer Cutler Pickering Hale and Dorr, LLP
1874 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Counsel for Duke Univeristy Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Joel Miller Craig
Kennon Craver Belo Craig & McKee,
PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27717-1579
*Counsel for Benjamin Himan*

Robert James King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard
2000 Renaissance Plaza
P.O. Box 26000
Greensboro, NC 27420-6000
*Counsel for Defendant DNA Security, Inc. and Richard Clark*


Further, I certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non-CM/ECF participants:

James A. Roberts, III, Esq.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant*
*Brian Meehan*

Linwood Wilson, *Pro Se*
120 East Parrish Street, Suite 210
P.O. Box 2301
Durham, NC 27702

Paul R. Dickinson, Jr., Esq.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210
*Counsel for Defendant*
*Brian Meehan*


This the 14th day of February, 2008.

By:     /s/ Edwin M. Speas, Jr.
        Edwin M. Speas, Jr.