UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| DUKE UNIVERSITY, et al., | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reginald B. Gillespie, Jr., of the law firm Faison & Gillespie, hereby gives notice of and enters his appearance in the above-captioned action on behalf of Defendants the City of Durham, North Carolina and Edward Sarvis. The undersigned respectfully requests that his name be added to the CM/ECF system with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to him.

This the 14th day of February, 2008.

FAISON & GILLESPIE

By: /s/ Reginald B. Gillespie, Jr.
Reginald B. Gillespie, Jr.
North Carolina State Bar No. 10895

Attorneys for Defendant the City of Durham,
 North Carolina and Edward Sarvis
Post Office Box 51729 [27717-1729]
5517 Chapel Hill Boulevard, Suite 2000
Durham, North Carolina 27707
Telephone: (919) 489-9001
Fax: (919) 489-5774
E-Mail: rgillespie@faison-gillespie.com

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that, with respect to the following parties, a copy is being transmitted via first class mail to the address listed below:

Mr. J. Donald Cowan, Jr.
Ms. Dixie T. Wells
Smith Moore LLP
Post Office Box 21927
Greensboro, North Carolina 27420

    and

Ms. Jamie Gorelick
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Counsel for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Linwood Wilson
*Pro Se*
[Home Address redacted per LR 7.1(b), MDNC and ECF P&P Manual, part J]

    and

Linwood Wilson
*Pro Se*
c/o 120 East Parrish Street, Suite 210
Post Office Box 2301
Durham, North Carolina 27702

CERTIFICATE OF ELECTRONIC FILING AND SERVICE CONTINUED ON NEXT PAGE

Mr. James B. Craven, III
Post Office Box 1366
Durham, North Carolina  27702

*Counsel for Defendant Michael B. Nifong*

Ms. Patricia P. Kerner
Troutman Sanders LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, North Carolina  27601

*Counsel for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

Mr. Robert Sar
Mr. Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
P0st Office Box 31608
Raleigh, North Carolina  27622

*Counsel for Defendant DNA Security, Inc.*

Mr. Robert J. King
Mr. Kearns Davis
Brooks, Pierce, Mclendon, Humphrey & Leonard, LLP
P0st Office Box 26000
Greensboro, North Carolina  27420

*Counsel for Defendants DNA Security and Richard Clark*

Mr. James A. Roberts, III
Mr. Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive
Suite 400
Raleigh, North Carolina  27609

*Counsel for Defendants DNA Security, Inc. and Brian Meehan*

CERTIFICATE OF ELECTRONIC FILING AND SERVICE CONCLUDED ON NEXT PAGE

This the 14th day of February, 2008.

                FAISON & GILLESPIE

                By: /s/ Reginald B. Gillespie, Jr.
                    Reginald B. Gillespie, Jr.
                    North Carolina State Bar No. 10895

                    Attorneys for Defendant the City of Durham,
                       North Carolina and Edward Sarvis
                    Post Office Box 51729 [27717-1729]
                    5517 Chapel Hill Boulevard, Suite 2000
                    Durham, North Carolina  27707
                    Telephone:  (919) 489-9001
                    Fax: (919) 489-5774
                    E-Mail: rgillespie@faison-gillespie.com

RBGjr:ms
8838-33\P\001 NOA