IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:07 CV 00953

| | |
|---|---|
| RYAN MCFADYEN, MATTHEW WILSON AND BRECK ARCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II, JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D.; PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEATLH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; AND BRIAN MEEHAN, Ph.D,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Shirley M. Pruitt, of the firm of Yates, McLamb & Weyher, L.L.P., as counsel of record for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N., in the above-captioned action. The undersigned counsel certifies that she is admitted to practice before this Court. These Defendants hereby preserve all defenses, including defenses based on jurisdiction, venue, and service of process.

This the 26th of February, 2008.

By:    /s/ Shirley M. Pruitt
Shirley M. Pruitt
N.C. State Bar: 19141
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: spruitt@ymwlaw.com

Attorney for Defendants Duke University
Health Systems, Inc., Private Diagnostic Clinic,
PLLC, Julie Manly, M.D., Theresa Arico, R.N.,
and Tara Levicy, R.N.,

**CERTIFICATE OF SERVICE**

I hereby certify that on 26th February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for the Plaintiffs Ryan McFadyen, Matthew Wilson, and Breck Archer*
    Robert C. Ekstrand
    Ekstrand & Ekstrand, LLP
    Email: rce@ninthstreetlaw.com

*Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
    James B. Maxwell
    Maxwell Freeman & Bowman, P.A.
    jmaxwell@mfbpa.com

*Counsel for Benjamin W. Himan*
    Joel Miller Craig
    Kennon Craver Belo Craig & McKee, PLLC
    jcraig@kennoncraver.com

*Counsel for Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*
    J. Donald Cowan, Jr.
    Dixie Thomas Wells
    Smith Moore, L.L.P.
    Email: don.cowan@smithmoorelaw.com
    Email: dixie.wells@smithmoorelaw.com

*Counsel for The City of Durham, North Carolina; and Edward Sarvis*
    Reginald B. Gillespie
    Faison & Gillespie
    rgillespie@faison-gillespie.com

*Counsel for Mark D. Gottlieb*
    Edwin M. Speas, Jr.
    Eric P. Stevens
    Poyner & Spruill LLP
    espeas@poynerspruill.com
    estevens@poyners.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Michael B. Nifong<br>615 November Drive<br>Durham, NC 27712 | Ronald Hodge<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 |
| Patrick Baker<br>101 City Hall Plaza<br>Durham, NC 27701 | Lee Russ<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 |
| Stephen Mihaich<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 | Beverly Council<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 |
| Jeff Lamb<br>Durham Police Department<br>District 2<br>1058 West Club Boulevard<br>Durham, NC 27701 | Michael Ripberger<br>Durham Police Department<br>District 2<br>1058 West Club Boulevard<br>Durham, NC 27701 |
| Laird Evans<br>Durham Police Department<br>District 2<br>1058 West Club Boulevard<br>Durham, NC 27701 | Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 |

| DNA Security, Inc. | Richard Clark |
| c/o Richard Clark, as Registered Agent | DNA Security, Inc. |
| 2609 Tucker Street | 2609 Tucker Street |
| Burlington, NC 27215 | Burlington, NC 27215 |

Brian Meehan, PHD
DNA Security, Inc.
1902 Tucker Street
Burlington, NC 27215

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant, and I have not been able to determine an address whereby service may be had on him:

Steven Chalmers

This the 26th of February, 2008.

By:    /s/ Dan J. McLamb
Dan J. McLamb
N.C. State Bar: 6272
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

   /s/ Shirley M. Pruitt
Shirley M. Pruitt
N.C. State Bar: 19141
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: spruitt@ymwlaw.com

Attorney for Defendants Duke University
Health Systems, Inc., Private Diagnostic Clinic,
PLLC, Julie Manly, M.D., Theresa Arico, R.N.,
and Tara Levicy, R.N.