IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:07CV953

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER, <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D.; PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D. <br><br> Defendants. | NOTICE OF APPEARANCE |

Attorney Kearns Davis hereby gives notice of appearance in this matter on behalf of Defendants DNA Security, Inc., and Richard Clark.

Respectfully submitted this 27th day of February, 2008.

/s/ Kearns Davis  
Kearns Davis  
N. C. State Bar No. 22014  
kdavis@brookspierce.com  
Brooks, Pierce, McLendon  
    Humphrey & Leonard, L.L.P.  
P.O. Box 26000  
Greensboro, NC 27420  
(336) 373-8850

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth St., Ste. 260
Durham, NC  27705

*Attorney for Plaintiffs*

J. Donald Cowan, Jr.
Dixie T. Wells
Smith Moore LLP
PO Box 21927
Greensboro, NC  27420

Jamie Gorelick
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

*Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Broadhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manley, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

James B. Craven, III
PO Box 1366
Durham, NC  27702

*Counsel for Defendant Michael B. Nifong*

Patricia P. Kerner
Troutman Sanders LLP
434 Fayetteville Street Mall
Two Hannover Square, Ste. 1100
Raleigh, NC  27601

*Attorney for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Counsil, Jeff Lamb, Michael Ripberger, and Laird Evans*

Robert Sar
Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash,
    Smoak & Stewart, PC
PO Box 31608
Raleigh, NC  27622

*Attorney for Defendants DNA Security and Richard Clark*

James A. Roberts III
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Ste. 400
Raleigh, NC  27609

*Attorney for Defendants DNA Security, Inc. and Brian Meehan*

Reginald B. Gillespie, Jr.
Faison & Gillespie
PO Box 51729
Durham, NC  27717-1729

*Attorney for Defendant The City of Durham, North Carolina and Edward Sarvis*

James B. Maxwell
Maxwell Freeman & Bowman, PA
PO Box 52396
Durham, NC  27717

*Attorney for Defendants James T. Soukup, Kammie Michael, David W. Addison, and Richard D. Clayton*

Linwood Wilson
120 East Parrish St., Ste. 210
PO Box 2301
Durham, NC  27702

*Pro Se*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill, LLP
PO Box 10096
Raleigh, NC  27605

*Attorneys for Defendant Mark D. Gottlieb*

Joel M. Craig
Kennon Craver Belo Craig & McKee, PLLC
PO Box 51579
Durham, NC  27717

*Attorney for Defendant Benjamin W. Himan*

This the 27th day of February, 2008.

/s/ Kearns Davis
Kearns Davis