UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER, <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D., <br><br> Defendants. | NOTICE OF SPECIAL APPEARANCE |

US1DOCS 6546583v1

Pursuant to Local Rule 83.1, please take notice of the special appearance of Jamie Gorelick, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for Defendant Duke University in the above-captioned civil action.

Ms. Gorelick certifies that she is an active member in good standing of the bars of the District of Columbia; the State of New York; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia, the Second Circuit, the Third Circuit, the Fourth Circuit, the Fifth Circuit, and the Federal Circuit; the United States District Courts for the District of Columbia and the District of Maryland, as well as other courts. Ms. Gorelick further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. Gorelick still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. Cowan and Ms. Wells further certify that

US1DOCS 6546583v1

one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 29th day of February 2008.

/s/ Jamie Gorelick
Jamie Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5289
Facsimile: (336) 433-7461
Email: dixie.wells@smithmoorelaw.com

Attorneys for Defendant Duke University

US1DOCS 6546583v1

# CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
    Robert C. Ekstrand
    Email: rce@ninthstreetlaw.com

*Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

*Counsel for Benjamin W. Himan*
    Joel Miller Craig
    Email: jcraig@kennoncraver.com

*Counsel for Mark D. Gottlieb*
    Edwin M. Speas, Jr.
    Email: espeas@poynerspruill.com

*Counsel for DNA Security, Inc. and Richard Clark*
    Robert J. King III.
    Email: rking@brookspierce.com

*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*
    Dan J. McLamb
    Email: dmclamb@ymwlaw.com

*Counsel for Defendants William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University*

*Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper*
    James Donald Cowan, Jr.
    Dixie Wells
    Email: don.cowan@smithmoorelaw.com
    Email: dixie.wells@smithmoorelaw.com

*Counsel for the City of Durham, North Carolina and Edwin Sarvis*
    Reginald B. Gillespie, Jr.
    Email: rgillespie@faison-gillespie.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

Patrick Baker
101 City Hall Plaza
Durham, NC 27701

Lee Russ
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Beverly Council
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Jeff Lamb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Michael B. Nifong
615 November Drive
Durham, NC 27712

Ronald Hodge
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Stephen Mihaich
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Michael Ripberger
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

2

US1DOCS 6546583v1

Laird Evans
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Brian Meehan, PHD
DNA Security, Inc.
1902 Tucker Street
Burlington, NC 27215

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Steven Chalmers

This 29th day of February 2008.

/s/ Jamie Gorelick
Jamie Gorelick

Attorney for Defendant Duke University

US1DOCS 6546583v1