IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DUKE UNIVERSITY, et al., <br><br>　　　　Defendants. | Case No. 1:07-cv-953 |

**JOINT MOTION TO EXTEND PAGE LIMITATIONS
AND TO ESTABLISH A RULE 12 BRIEFING SCHEDULE**

Counsel for the Parties identified herein respectfully move this Court for leave to exceed the page limitations set forth in Local Rule 7.3, and to establish a briefing schedule for Defendants' anticipated motions to dismiss. In support of this Motion, the parties state as follows:

1.　On December 17, 2007, Plaintiffs filed their Complaint in the above-captioned matter. The Complaint is 391 pages in length (excluding introductory tables and attachments), consists of over 1,000 paragraphs, and alleges 35 causes of action.

1

2. As of March 3, 2008, the following Defendants or Defendant-groups had retained separate counsel to represent them in this matter:

    a. Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D, Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Waisolek, Stephen Bryan, and Matthew Drummond (collectively, the "Duke University Defendants");

    b. Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy (collectively, the "Duke SANE Defendants");

    c. The City of Durham, North Carolina and Edward Sarvis;

    d. Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans (collectively, the "Durham Police Supervising Defendants");

    e. Kammie Michael, David W. Addison, James T. Soukup, and Richard Clayton (collectively, the "Durham Police Defendants");

    f. Mark Gottlieb;

    g. Benjamin W. Himan;

    h. DNA Security, Inc. and Richard Clark;

    i. Brian Meehan; and

j.  Michael B. Nifong[1]

3.  As of March 3, 2008, Defendant Linwood Wilson had not retained counsel, and has not yet been served. It is anticipated that Defendant Wilson will appear in this matter *pro se*, as he has in 01:07-cv-739 (*Evans, et al. v. Nifong, et al.*).

4.  On February 13th, 2008, the parties' counsel conferred by telephone. During this conference, Defendants' counsel stated their intention to file motions to dismiss on behalf of their respective clients ("Motions").

5.  Due to the length of the Complaint and the number of causes of action alleged therein, the parties have agreed, subject to the Court's approval, that each Defendant or Defendant-group enumerated below may have up to 75 pages to brief their respective Motions, and up to 25 pages to brief their respective reply memoranda ("Replies"):

   a. Duke University Defendants;
   b. Duke SANE Defendants;

---

[1] On January 15, 2008, Michael Nifong filed a voluntary petition for bankruptcy. Due to the automatic stay provisions of the Bankruptcy Code, 11 U.S.C. § 362(a), and consistent with this Court's Order in 01:07-cv-739 (*Evans et al. v. Nifong, et al.*), the parties agree, subject to the Court's approval, that all proceedings in this matter are currently stayed as to Defendant Nifong, and that no response to the Complaint from Defendant Nifong in the instant action is required or should be expected, absent an order from the bankruptcy court providing relief from the automatic stay, *see* 11 U.S.C. § 362(d), which, to date, no party has sought.

    c. The City of Durham, NC;

    d. The Durham Police Supervising Defendants;

    e. Durham Police Defendants;

    f. Edward Sarvis

    g. Ronald Hodge;

    h. Mark Gottlieb;

    i. Benjamin W. Himan;

    j. Linwood Wilson

    k. DNA Security, Inc. and Richard Clark; and

    l. Brian Meehan.

6. The parties have agreed, subject to the Court's approval, that, as applied to the Duke University Defendants and Duke SANE Defendants, the foregoing page limitations applicable to the Duke University Defendants and the Duke SANE Defendants may be aggregated to a combined total limit of 150 pages for their Motions and a combined total limit of 50 pages for their Replies.

7. In return, the parties have agreed, subject to the Court's approval, that the Plaintiffs may have up to 75 pages to respond to each Motion. Further, to the extent Plaintiffs wish to address common issues raised by multiple Defendants and/or Defendant-groups, the parties have also agreed, subject to the Court's approval, that Plaintiffs may file a consolidated brief that responds to common issues raised in multiple motions, so long as the total pages contained in all of Plaintiffs' opposition briefs together do not exceed the total pages allocated to the Defendants' motions herein.

8. To accommodate the number and length of Defendants' anticipated Motions, the parties have agreed, subject to the Court's approval, to the following Rule 12 briefing schedule:

| | | |
|---|---|---|
| a. | Motions or answers due: | April 25, 2008; |
| b. | Opposition(s) due: | 90 days after filing of Motions; and |
| c. | Replies due: | 30 days after filing of Opposition(s). |

WHEREFORE, undersigned counsel respectfully request that the Court approve the proposed page limitations and briefing schedule. A proposed order is attached.

Dated: March 3, 2008.    Respectfully submitted,

**EKSTRAND & EKSTRAND, LLP**

/s/ Robert C. Ekstrand

Robert C. Ekstrand
N.C. State Bar No. 26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
Email: rce@ninthstreetlaw.com
**Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson and Breck Archer**

**TROUTMAN SANDERS LLP**

/s/ Patricia P. Kerner

Patricia P. Kerner
N.C. State Bar No. 13005
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Phone: (919) 835-4117
Fax: (919) 829-8714
Email: tricia.kerner@troutmansanders.com

**Counsel for Defendants Steven Chalmers,
Patrick Baker, Beverly Council, Ronald
Hodge, Jeff Lamb, Stephen Mihaich, Michael
Ripberger, Laird Evans and Lee Russ**

**FAISON & GILLESPIE**

/s/ Reginald B. Gillespie
_____
Reginald B. Gillespie, Jr.
N.C. State Bar No. 10895
5517 Durham Chapel Hill Boulevard
Suite 2000
Durham, North Carolina 27727-1729
Phone: (919) 489-9001
Fax:   (919) 489-5774
Email:  rgillespie@faison-gillespie.com

**Counsel for Defendant City of Durham, North Carolina, and Edward Sarvis**

**STEPTOE & JOHNSON LLP**

By: /s/ Roger E. Warin
_____
Roger E. Warin*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
E-Mail: **rwarin@steptoe.com**

*(Motion for Special Appearance to be filed)
*Counsel for Defendant City of Durham, North Carolina*

**SMITH MOORE LLP**

/s/ J. Donald Cowan, Jr.

J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Phone: (336) 378-5329
Fax:   (336) 378-5400
Email:  don.cowan@smithmoorelaw.com
Email:  dixie.wells@smithmoorelaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Jamie Gorelick*
(District of Columbia Bar No. 101370)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com

*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel,Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D.,  Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Counsel for  Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.* (*motion for special appearance filed)

**POYNER & SPRUILL LLP**

/s/ Edwin M. Speas, Jr.

Edwin M. Speas, Jr.
N.C. State Bar No. 4112
P.O. Box 10096
Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax:   (919) 783-1075
Email:  espeas@poynerspruill.com

**Counsel for Defendant Mark Gottlieb**

**KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC**

/s/ Joel M. Craig

Joel M. Craig
N.C. State Bar No. 9179
P.O. Box 51579
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
Phone: (919) 490-0500
Fax:   (919) 490-0873
Email:  jcraig@kennoncraver.com

**Counsel for Defendant Benjamin Himan**

**MAXWELL FREEMAN & BOWMAN, P.A.**

/s/ James B. Maxwell

James B. Maxwell
N.C. State Bar No. 2933
P.O. Box 52396
Raleigh, North Carolina 27717-2396
Phone: (919) 493-6464
Fax:   (919) 493-1218
Email:  jmaxwell@mfbpa.com

**Counsel for Defendants David Addison, Kammie Michael, James T. Soukup, and Richard Clayton**

**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**

/s/ Robert J. King

Robert J. King
N.C. State Bar No. 15946
Kearns Davis, Esq.
N.C. State Bar No. 22014
P.O. Box 26000
Greensboro, North Carolina 27420
Phone: (336) 373-8850
Fax:   (336) 378-1001
Email:  rking@brookspierce.com
Email:  kdavis@brookspierce.com

**Counsel for Defendants DNA Security and Richard Clark**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Robert Sar

Robert Sar
N.C. Bar No. 22306
Nicholas J. Sanservino, Jr.
N.C. Bar No. 36557
P.O. Box 31608 [27622]
2301 Sugar Brush Road, Suite 600
Raleigh, North Carolina 27612
Phone: (919) 787-9700
Fax:   (919) 783-9412
Email:  Bob.Sar@ogletreedeakins.com
Email:  Nicholas.Sanservino@ogletreedeakins.com

***Counsel for Defendant DNA Security, Inc.***

**LEWIS & ROBERTS PLLC**

/s/ James A. Roberts, III

James A. Roberts, III
N.C. State Bar No. 10495
Paul R. Dickinson, Jr.
N.C. State Bar  No. 20510
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27605-7482
Phone: (919) 981-0191
Fax:   (919) 981-0199
Email:  jimroberts@lewis-roberts.com
Email:  pauldickinson@lewis-roberts.com

***Counsel for Defendant Brian Meehan***

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al., <br>    Plaintiffs, <br> v. <br><br> DUKE UNIVERSITY, et al., <br>    Defendants. | Case No. 1:07-cv-953 |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2008, I electronically filed the foregoing **JOINT MOTION TO EXTEND PAGE LIMITATIONS AND TO ESTABLISH A RULE 12 BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Reginald B. Gillespie, Jr., Esq.
rgillespie@faison-gillespie.com
FAISON & GILLESPIE
*Counsel for Defendant City of Durham, North Carolina and Edward Sarvis*

James B. Maxwell, Esq.
jmaxwell@mfbpa.com
MAXWELL, FREEMAN & BOWMAN, PA
*Counsel for Defendants David Addison, Kammie Michaels, Richard Clayton and James T. Soukup*

J. Donald Cowan, Jr., Esq.
Don.cowan@smithmoorelaw.com
Dixie T. Wells, Esq.
Dixie.wells@smithmoorelaw.com
SMITH MOORE LLP
*Counsel for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond.*

Dan J. McLamb
dmclamb@ymwlaw.com
Shirley M. Pruitt
spruitt@ymwlaw.com
YATES, McLAMB & WEYHER, LLP
*Counsel for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Jamie Gorelick
Jamie.gorelick@wilmerhale.com
Paul R. Q. Wolfson
Paul.wolfson@wilmerhale.com
Jennifer M. O'Connor
Jennifer.oconnor@wilmerhale.com
William F. Lee
William.lee@wilmerhale.com
WILMER WILMER CUTLER PICKERING HALE AND DORR LLP
*Counsel for Defendant Duke University*

Robert J. King, III, Esq.
rking@brookspierce.com
Kearns Davis, Esq.
kdavis@brookspierce.com
BROOKS, PIERCE, McLENDON, HUMPRHEY & LEONARD, LLP
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Joel M. Craig
jcraig@kennoncraver.com
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
*Counsel for Defendant Benjamin Himan*

Edwin M. Speas
espeas@poynerspruill.com
Eric P. Stevens
estevens@poynerspruill.com
POYNER & SPRUILL, LLP
*Counsel for Defendant Mark Gottlieb*

Further, I certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non-CM/ECF participants:

Patricia P. Kerner
TROUTMAN SAUNDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*

Paul R. Dickinson, Jr., Esq.
LEWIS & ROBERTS PLLC
5960 Fairview Road, Ste 102
Charlotte, NC 28210
*Counsel for Defendant Brian Meehan*

James A. Roberts, III, Esq.
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road, Ste 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security, Inc.*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700
*Pro Se*

Respectfully submitted,

/s/ Robert C. Ekstrand
_____
Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
EKSTRAND & EKSTRAND LLP
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
Email: rce@ninthstreetlaw.com
**Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer**