IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER, <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D.; PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D., <br><br> Defendants. | No. 1:07-CV-00953 |

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice of her appearance as counsel of record for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans. All further pleadings, motions, and notices should be served on the undersigned as counsel for these Defendants. The undersigned counsel certifies that she is admitted to practice before this Court.

This the 4th day of March, 2008.

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was electronically filed today with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Robert C. Ekstrand**
Ekstrand & Ekstrand, LLP
811 Ninth St; Suite 260
Durham, NC 27705
rce@ninthstreetlaw.com
*Attorneys for Plaintiffs Ryan McFayden, Matthew Wilson and Breck Archer*

**James D. Cowan, Jr.**
**Dixie T. Wells**
Smith Moore, L.L.P.
Post Office Box 21927
Greensboro, NC 27420
don.cowan@smithmoorelaw.com
Dixie.wells@smithmoore.law.com
*Attorneys for Defendants Duke University, Duke University Police Dept., Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William Garber, James Schwab, Joseph Fleming, Jeffrey Best, Gary Smith, Greg Stotsenberg, Robert Steel, Richard Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, Ph.D., John Burness, Larry Moneta, Victor Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond*

**Reginald B. Gillespie, Jr**.
Faison & Gillespie
Post Office Box 51729
Durham, NC 27717-1729
rgillespie@faison-gillespie.com
*Attorneys for Defendant City of Durham, and Edward Sarvis*

**James S. Gorelick**
**Jennifer M. O'Connor**
**Paul R.Q. Wolfson**
Wilmer, Cutler, Pickering, Hale
 And Dorr, L.L.P.
1875 Pennsylvania Ave., NW
Washington, DC 20006
Jamie.gorelick@wilmerhale.com
Jennifer.oconnor@wilmerhale.com
Paul.wolfson@wilmerhale.com
*Attorneys for Defendants Duke University, Duke University Police Dept., Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William Garber, James Schwab, Joseph Fleming, Jeffrey Best, Gary Smith, Greg Stotsenberg, Robert Steel, Richard Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, Ph.D., John Burness, Larry Moneta, Victor Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond*

**William F. Lee**
Wilmer, Cutler, Pickering, Hale
 And Dorr, L.L.P.
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
*Attorneys for Defendants Duke University, Duke University Police Dept., Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William Garber, James Schwab, Joseph Fleming, Jeffrey Best, Gary Smith, Greg Stotsenberg, Robert Steel, Richard Brodhead, Ph.D.,  Peter Lange, Ph.D., Tallman Trask, Ph.D., John Burness, Larry Moneta, Victor Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond*

**James B. Maxwell**
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, NC 27717
jmaxwell@mfbpa.com
*Attorneys for Defendants James Soukup, Kammie Michael, David Addison, and Richard Clayton*

**Edwin M. Speas**
**Eric P. Stevens**
Poyner & Spruill, L.L.P
Post Office Box 10096
Raleigh, NC 27605-0096
Espeas@poynerspruill.com
*Attorneys for Defendant Gottlieb*

**Joel M. Craig**
Kennon, Craver, Belo,
   Craig & McKee, PLLC
Post Office Box 51579
Durham, NC 27717-1579
jcraig@kennoncraver.com
*Attorneys for Defendant Himan*

**Robert J. King, III**
**Kearns Davis**
Brooks, Pierce, McLendon
Humphrey & Leonard, L.L.P.
Post Office Box 26000
Greensboro, NC 27420
rking@brookspierce.com
kdavis@brookspierce.com
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

**James A. Lewis, III**
Lewis & Roberts, PLLC
Post Office Box 17529
Raleigh, NC 27619
jimroberts@lewis-roberts.com
*Attorneys for Defendant Brian Meehan*

| Nicholas J. Sanservino<br>**Robert A. Sar**<br>Ogletree, Deakins, Nash, Smoak<br>  & Stewart, P.C.<br>Post Office Box 31608<br>Raleigh, NC 27622<br>Nicholas.sanservion@ogletreedeakins.com<br>Robert.sar@ogletreedeakins.com<br>*Attorneys for Defendants DNA Security, Inc. and Richard Clark* | **Paul R. Dickinson, Jr.**<br>Lewis & Roberts, P.L.L.C.<br>5960 Fairview Rd. – Suite 102<br>Charlotte, NC 28210-3103<br>pauldickinson@lewis-roberts.com<br>*Attorneys for Defendant Brian Meehan* |

**Dan J. McLamb**
Yates, McLamb, Weyher, L.L.P.
Post Office Box 2889
Raleigh, NC 27602-2889
Dmclamb@ymwlaw.com
*Attorneys for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, MD, Theresa Arico, RN, and Tara Levicy, RN*

I further certify that a copy of the foregoing was served today upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

| **Roger E. Warin**<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>rwarin@steptoe.com<br>*Attorneys for Defendant City of Durham, and Edward Sarvis* | **Linwood Wilson**<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700<br>    *and*<br>c/o Post Office Box 2301<br>Durham, NC 27702<br>*Pro Se* |

This the  4th  day of March, 2008

       /s/ Patricia P. Kerner
          Patricia P. Kerner