UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER,<br><br>              Plaintiffs,<br><br>    v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D.,<br><br>              Defendants. | NOTICE OF SPECIAL APPEARANCES OF JAMIE GORELICK, WILLIAM F. LEE, PAUL R.Q. WOLFSON, AND JENNIFER M. O'CONNOR |

Pursuant to Local Rule 83.1, please take notice of the special appearances of William F. Lee, Jamie Gorelick, Paul R.Q. Wolfson, and Jennifer M. O'Connor, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N. in the above-captioned civil action.

Mr. Lee certifies that he is an active member in good standing of the bars of the State of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the Northern District of California.. Mr. Lee further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at

all conferences, hearings, trials and other proceedings. Mr. Lee still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. Gorelick certifies that she is an active member in good standing of the bars of the District of Columbia; the State of New York; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia, the Second Circuit, the Third Circuit, the Fourth Circuit, the Fifth Circuit, and the Federal Circuit; the United States District Courts for the District of Columbia and the District of Maryland, as well as other courts. Ms. Gorelick further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. Gorelick still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Mr. Wolfson certifies that he is an active member in good standing of the bars of the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Military Appeals, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the

US1DOCS 6579780v5

United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Michigan. Mr. Wolfson further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Mr. Wolfson still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. O'Connor certifies that she is an active member in good standing of the bars of the District of Columbia, the State of New York, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Federal Claims, the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Ms. O'Connor further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. O'Connor still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

4

As for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. Cowan and Ms. Wells further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

As for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N., Mr. McLamb and Ms. Pruitt certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. McLamb and Ms. Pruitt further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 6th day of March 2008.

s/ William F. Lee
William F. Lee
Massachusetts Bar Number: 291960
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com


/s/ Jamie Gorelick
Jamie Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com


/s/ Paul R. Q. Wolfson
Paul R. Q. Wolfson
District of Columbia Bar No. 414759
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6390
Facsimile: (202) 663-6363
Email: paul.wolfson@wilmerhale.com

/s/ Jennifer M/ O'Connor
Jennifer M. O'Connor
District of Columbia Bar No. 460352
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202)663-6110
Facsimile: (202)663-6363
Email: jennifer.oconnor@wilmerhale.com

Attorneys for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.

/s/ J. Donald Cowan, Jr.
J. DONALD COWAN, JR.
N.C. State Bar No. 0968
DIXIE T. WELLS
N.C. State Bar No. 26816
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5382
Facsimile:  (336) 433-7485
Email: don.cowan@smithmoorelaw.com
Email:  dixie.wells@smithmoorelaw.com

Attorneys for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond

US1DOCS 6579780v5

/s/ Dan J. McLamb
DAN J. MCLAMB
N.C. State Bar No. 6272
SHIRLEY M. PRUITT
N.C. State Bar No. 19141
YATES, McLAMB & WEYHER, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com
Email: spruitt@ymwlaw.com

Attorneys for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of March 2008, I electronically filed the foregoing Notice of Appearances with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> *Counsel for the Plaintiffs*
> Robert C. Ekstrand
> Email: rce@ninthstreetlaw.com
>
> *Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
> James B. Maxwell
> Email: jmaxwell@mfbpa.com
>
> *Counsel for Benjamin W. Himan*
> Joel Miller Craig
> Email: jcraig@kennoncraver.com
>
> *Counsel for Mark D. Gottlieb*
> Edwin M. Speas, Jr.
> Email: espeas@poynerspruill.com
>
> *Counsel for DNA Security, Inc. and Richard Clark*
> Robert J. King III.
> Email: rking@brookspierce.com
>
> Kearns Davis
> Email: kdavis@brookspierce.com
>
> *Counsel for the City of Durham, North Carolina and Edwin Sarvis*
> Reginald B. Gillespie, Jr.
> Email: rgillespie@faison-gillespie.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

    Patricia P. Kerner
    Email: tricia.kerner@troutmansanders.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 | Michael B. Nifong<br>615 November Drive<br>Durham, NC 27712 |
| Brian Meehan, Ph.D.<br>DNA Security, Inc.<br>1902 Tucker Street<br>Burlington, NC 27215 | |

This 6th day March 2008.

    /s/ Jennifer M. O'Connor
    Jennifer M. O'Connor

    Attorney for Defendants Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.