IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

      Plaintiffs,

v.

DUKE UNIVERSITY, et al.,　　　　　　　Case No: 1:07CV953

      Defendants.

## ORDER

Upon consideration of the Joint Motion to Extend Page Limitations and to Establish a Rule 12 Briefing Schedule ("Joint Motion") [Document #23], for good cause shown and by agreement of the parties to the Joint Motion, it is hereby ORDERED that:

1.　　The Joint Motion is GRANTED to the extent set out herein;

2.　　Each of the Defendants or Defendant-groups enumerated below, as defined in the Joint Motion, shall have up to and including 50 pages to brief their respective motions to dismiss ("Motions"), and up to and including 25 pages to brief their respective reply memoranda ("Replies"):

      a.　　Duke University Defendants;

      b.　　Duke SANE Defendants;

      c.　　The City of Durham, NC;

      d.　　Durham Police Supervising Defendants;

      e.　　Durham Police Defendants;

      f.      Edward Sarvis;

      g.      Ronald Hodge;

      h.      Mark Gottlieb;

      i.      Benjamin W. Himan;

      j.      DNA Security, Inc. and Richard Clark; and

      k.      Brian Meehan.

3. Defendants or Defendant-groups may elect to file their Motions or Replies jointly, but may not aggregate the page limits applicable to their respective Motions and Replies.

4. Plaintiffs may file a response brief ("Response") in response to each Motion that is filed, and shall have up to and including 50 pages to brief each Response. Plaintiffs may elect to address multiple Motions in a given Response, but may not aggregate the page limits applicable to Responses.

5. The following briefing schedule shall apply to the Motions, Responses and Replies in this matter:

      a.      Motions/Answers due:      April 25, 2008;

      b.      Responses due:      90 days after filing of Motions; and

      c.      Replies due:      30 days after filing of Responses.

So ORDERED on this 25th day of March, 2008.

_____
United States District Judge