IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:07 CV 00953

| | |
|---|---|
| RYAN MCFADYEN, MATTHEW WILSON AND BRECK ARCHER, <br><br> Plaintiffs, <br><br> vs. <br><br> DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II, JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D.; PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEATLH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; AND BRIAN MEEHAN, Ph.D, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of T. Carlton Younger, III, of the firm of Yates, McLamb & Weyher, L.L.P., as counsel of record for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N., in the above-captioned action. The undersigned counsel certifies that he is admitted to practice before this Court. These Defendants hereby preserve all defenses, including defenses based on jurisdiction, venue, and service of process.

This the 15th of April, 2008.

By:    /s/ T. Carlton Younger, III
T. Carlton Younger, III
N.C. State Bar: 33022
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: cyounger@ymwlaw.com

Attorney for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.,

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for the Plaintiffs Ryan McFadyen, Matthew Wilson, and Breck Archer*
    Robert C. Ekstrand
    Ekstrand & Ekstrand, LLP
    Email: rce@ninthstreetlaw.com

*Counsel for James T. Soukup; Kammie Michael; David W. Addison; and Richard D. Clayton*
    James B. Maxwell
    Maxwell Freeman & Bowman, P.A.
    jmaxwell@mfbpa.com

*Counsel for Benjamin W. Himan*
    Joel Miller Craig
    Kennon Craver Belo Craig & McKee, PLLC
    jcraig@kennoncraver.com

*Counsel for Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*
    J. Donald Cowan, Jr.
    Dixie Thomas Wells
    Smith Moore, L.L.P.
    Email: don.cowan@smithmoorelaw.com
    Email: dixie.wells@smithmoorelaw.com

*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Haltom, Kemel Dawkins,*

*Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*
    William F. Lee
    Jamie Gorelick
    Paul R.Q. Wolfson
    Jennifer M. O'Connor
    WilmerHale, LLP
    Email: william.lee@wilmerhale.com
        Jamie.gorlick@wilmerhale.com
        paul.wolfson@wilmerhale.com
        jennifer.oconnor@wilmerhale.com

*Counsel for The City of Durham, North Carolina; and Edward Sarvis*
    Reginald B. Gillespie
    Faison & Gillespie
    rgillespie@faison-gillespie.com

*Counsel for Mark D. Gottlieb*
    Edwin M. Speas, Jr.
    Eric P. Stevens
    Poyner & Spruill LLP
    espeas@poynerspruill.com
    estevens@poyners.com

*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*
    Patricia P. Kerner
    Hannah G. Styron
    D. Martin Warf
    Troutman Sanders, LLP
    Email: tricia.kerner@troutmansanders.com
        martin.warf@troutmansanders.com
        Hannah.styron@troutmansanders.com

*Counsel for Defendant DNA Security, Inc. & Richard Clark*
    Robert J. King, III
    Kearns Davis, Esq.
    Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
    Email: rking@brookspierce.com
        kdavis@brookspierce.com

The following persons have not officially made an appearance through the CM/ECF system and are being served with this document First Class Mail:

*Counsel for Defendant Brian Meehan*
    Paul R. Dickinson, Jr.
    Lewis & Roberts PLLC
    5960 Fairview Rd. – Suite 102
    Charlotte, NC 28210-3103
    Email: pauldickinson@lewis-roberts.com

Counsel for Defendant Brian Meehan
    James A. Lewis, III
    Lewis & Roberts, PLLC
    Post Office Box 17529
    Raleigh, NC 27619
    Email: jimroberts@lewis-roberts.com

*Counsel for Defendant DNA Security, Inc.*
    Robert A. Sar
    Nicholas J. Sanservino, Jr.
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    2301 Sugar Bush Road, Ste 600
    Raleigh, NC 27612
    Email: Robert.Sar@ogletreedeakins.com
        nicholas.sanservino@ogletreedeakins.com

*Counsel for Defendant City of Durham, North Carolina and Edward Sardis*
    Roger E. Warin
    Steptoe & Johnson LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    Email: rwarin@steptoe.com


    Linwood Wilson
    Post Office Box 2301
    Durham, NC 27702
    *Pro Se*

This the 15th of April, 2008.

                        By:    /s/ T. Carlton Younger, III
                              T. Carlton Younger, III
                              N.C. State Bar: 33022
                              YATES, McLAMB & WEYHER, L.L.P.
                              Post Office Box 2889
                              Raleigh, NC 27602
                              Telephone: (919) 835-0900
                              Facsimile: (919) 835-0910
                              Email: cyounger@ymwlaw.com

                              Attorney for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.