IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

    Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

    Defendants.

Case No. 1:07-cv-953

## NOTICE OF FILING OF RETURN OF SERVICE

Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer, through undersigned counsel, hereby file the attached Return of Service showing that the Summons and Complaint were served upon Defendant Linwood Wilson personally on April 3, 2008.

Dated: April 16, 2008.

Respectfully submitted,

**EKSTRAND & EKSTRAND LLP**

/s/ Robert C. Ekstrand

Robert C. Ekstrand, Esq.
NC Bar #26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
Email: rce@ninthstreetlaw.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

        Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

        Defendants.

Case No. 1:07-cv-953

CERTIFICATE OF SERVICE

I hereby certify that, on April 16, 2008, I electronically filed the foregoing NOTICE OF FILING OF RETURN OF SERVICE (including attachments) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James Donald Cowan, Jr.<br>Dixie Thomas Wells<br>SMITH MOORE, L.L.P.<br>P.O. Box 21927<br>*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John* | Jamie S. Gorelick<br>Jennifer M. O'Connor<br>Paul R.Q. Wolfson<br>WILMER CUTLER PICKERING HALE AND DOOR, LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith,* |

| | |
|---|---|
| *Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond* | *Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond* |
| William F. Lee<br>WILMER CUTLER PICKERING HALE AND DOOR, LLP<br>60 State Street<br>Boston, MA  02109<br>*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond* | Dan Johnson McLamb<br>YATES, MCLAMB & WEYHER, LLP<br>P.O. Box 2889<br>Raleigh, NC  27602-2889<br>*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Tara Levicy, R.N. and Theresa Arico, R.N.* |
| Reginald B. Gillespie, Jr.<br>FAISON & GILLESPIE<br>P.O. Box 5517<br>Durham, NC 27717<br>*Counsel for Defendant City of Durham, North Carolina and Edward Sarvis* | Patricia P. Kerner<br>D. Martin Warf<br>Hannah Gray Styron<br>TROUTMAN SANDERS, LLP<br>P.O. Drawer 1389<br>Raleigh, NC 27602-1389<br>*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ* |

| | |
|---|---|
| James B. Maxwell<br>MAXWELL, FREEMAN & BOWMAN<br>P.O. Box 52396<br>Durham, NC  27717-2396<br>*Counsel for Defendants David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup* | Edwin M. Speas, Jr.<br>Eric P. Stevens<br>POYNER & SPRUILL, LLP<br>P.O. Box 10096<br>Raleigh, NC  27605-0096<br>*Counsel for Defendant Mark Gottlieb* |
| Joel Miller Craig<br>KENNON CRAVER BELO CRAIG & McKEE, PLLC<br>P.O. Box 51579<br>Durham, NC  27717-1579<br>*Counsel for Defendant Benjamin Himan* | Kearns Davis<br>Robert James King, III<br>BROOKS PIERCE MCLENDON HUMPHREY & LEONARD<br>P.O. Box 26000<br>Greensboro, NC  27420-6000<br>*Counsel for Defendant DNA Security, Inc. & Richard Clark* |

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

| | |
|---|---|
| Paul R. Dickinson, Jr.<br>James A. Roberts, III, Esq.<br>LEWIS & ROBERTS PLLC<br>1305 Navaho Drive, Suite 400<br>Raleigh, NC  27609-7482<br>*Counsel for Defendant Brian Meehan* | Linwood Wilson<br>*Pro Se*<br>**Address redacted pursuant to Local Rule |
| Roger E. Warin<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  2003<br>*Counsel for Defendant City of Durham, North Carolina* | Robert A. Sar<br>Nicholas J. Sanservino, Jr.<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>2301 Sugar Bush Road, Ste 600<br>Raleigh, NC  27612<br>*Counsel for Defendant DNA Security, Inc.* |

**SIGNATURE PAGE FOLLOWS**

Respectfully submitted,

/s/ Robert C. Ekstrand

Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
Email: rce@ninthstreetlaw.com
*Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson and Breck Archer*