IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN MCFADYEN, et al.,
Plaintiffs,
v.
DUKE UNIVERSITY, et al.,
Defendants.

Civil Action No. 1:07-cv-00953

## MOTION TO EXTEND TIME OF
## LINWOOD WILSON TO ANSWER COMPLAINT

Defendant Linwood Wilson hereby moves for an Order extending the time to answer or otherwise respond to the Complaint to June 13, 2008.

In support of this Motion, Defendant Wilson states as follows:

1. On April 3, 2008, Defendant Wilson was served with the complaint.

2. At present, the deadline for Defendant Wilson to answer or otherwise respond to the Complaint is April 23, 2008; and the deadline for all other Defendants is April 25, 2008. The other defendants being served on or about February 12-18, 2008 was granted an extension until April 25, 2008.

3. Defendant Wilson, *pro se*, was also served on April 3, 2008, the same day, and at the same time, in an additional lawsuit Civil Action No. 1:08-CV-00119 in The United States District Court For The Middle District Of North Carolina also requiring response by April 23, 2008.

4. Defendant Wilson, *pro se*, is also a defendant in Civil Action No. 1:07-CV-00739 also in The United States District Court For The Middle District Of North Carolina and is in the process of responding to a deadline motion of May 2,

2008, in that matter, also before this court.

**WHEREFORE**, Defendant Wilson requests that the Court extend the time to answer or otherwise respond to the Complaint to June 13, 2008, which is the same amount of days given to the other defendants in their joint motion to extend time filed in this court on March 3, 2008.

Dated: April 21, 2008                                   Respectfully submitted,

_____
LINWOOD E. WILSON
6910 Innesbrook Way
Bahama, NC 27503

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN MCFADYEN, et al.,
Plaintiffs,
v.

Civil Action No. 1:07-cv-00953

DUKE UNIVERSITY, et al.,
Defendants.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Defendant Linwood Wilson's Motion to Extend Time To Respond by depositing a copy of the same in an official depository of the US Postal Service in a postage-paid envelope addressed to the following:

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729
*Counsel for Defendant City of Durham, N.C.
And Edward Sarvis*

Joel M. Craig
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, N.C. 27717-2396
*Counsel for Defendant David Addison, Kammie
Michaels, Richard Clayton and James T. Soukup*

Edwin M. Speas
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, N.C. 27612
*Counsel for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, N.C. 27601
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*

Robert J. King III
Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, North Carolina 27420
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security, Inc*

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
*Counsel for Defendant City of Durham, N.C.*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

James A. Roberts, III
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, N.C. 27609-7482
*Counsel for Defendant Brian Meehan*

J. Donald Cowan, Jr., Esq.
Dixie T. Wells, Esq.
SMITH MOORE LLP
P. O. Box 21927
Greensboro, NC 27420
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trash, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

William F. Lee
Jamie Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trash, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Dan J. McLamb
Shirley M. Pruitt
YATES, McLAMB & WEYHER, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Tara Levicy, R.N. and Theresa Arico, R.N.*

Robert C. Ekstrand
811 Ninth Street, Suite 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer*


THIS, the 21st day of April, 2008.

                                          */s/ Linwood Wilson*
                                          Linwood Wilson
                                          6910 Innesbrook Way
                                          Bahama, NC 27503-9700