UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-00953

| | | |
|---|---|---|
| RYAN MCFADYEN, MATTHEW WILSON, and BRECK ARCHER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **NOTICE OF APPEARANCE** |
| DUKE UNIVERSITY, DUKE UNIVERSITY POLICE DEPARTMENT, AARON GRAVES, ROBERT DEAN, LEILA HUMPHRIES, PHYLLIS COOPER, WILLIAM F. GARBER, II, JAMES SCHWAB, JOSEPH FLEMING, JEFFREY O. BEST, GARY N. SMITH, GREG STOTSENBERG, ROBERT K. STEEL, RICHARD H. BROADHEAD, Ph.D., JOHN BURNESS, LARRY MONETA, Ed.D., VICTOR J. DZAU, M.D., ALLISON HALTON, KEMEL DAWKINS, SUZZANE WASIOLEK, STEPHEN BRYAN, MATTHEW DRUMMOND, DUKE UNIVERSITY HEALTH SYSTEMS, INC., PRIVATE DIAGNOSTIC CLINIC, PLLC, JULIE MANLY, M.D., THERESA ARICO, R.N. TARA LEVICY, R.N., THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, EDWARD SARVIS, JEFF LAMB, MICHAEL RIPBERGER, LAIRD EVANS, JAMES T. SOUKUP, KAMMIE MICHAEL, DAVID W. ADDISON, MARK D. GOTTLIEB, BENJAMIN W. HIMAN, LINWOOD WILSON WILSON, RICHARD D. CLAYTON, DNA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

KCBCM: 246240.1

SECURITY, INC., RICHARD CLARK, and     )
BRIAN MEEHAN, Ph.D.,                    )
                                        )
            Defendants.                 )
_____

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as an

attorney of record for the Defendant Benjamin Himan.


This the 22nd day of April, 2008.

                                        KENNON, CRAVER, BELO,
                                         CRAIG & MCKEE, PLLC

                              By:       /s/ Henry W. Sappenfield
                                        North Carolina State Bar No. 37419
                                        Attorneys for Defendant Benjamin Himan
                                        4011 University Drive, Suite 300
                                        P.O. Box 51579
                                        Durham, NC 27717-1579
                                        (919) 490-0500
                                        hsappenfield@kennoncraver.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that I electronically filed the foregoing Notice of Appearance on behalf of Defendant Benjamin J. Himan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth St., Ste. 260
Durham, NC 27705
*Attorneys for Plaintiffs Breck Archer, Matthew Wilson and Ryan McFadyen*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina and Edward Sarvis*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendants David W. Addison, James T. Soukup, Kammie Michael and Richard D. Clayton*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger and Laird Evans*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
Smith Moore LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Jamie Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan and Matthew Drummond*

Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security and Richard Clark*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700


This the 22nd day of April, 2008.

                                         KENNON, CRAVER, BELO,
                                         CRAIG & MCKEE, PLLC

By:    */s/ Henry W. Sappenfield*
          North Carolina State Bar No. 37419
          Attorneys for Defendant Benjamin Himan
          4011 University Drive, Suite 300
          P.O. Box 51579
          Durham, NC 27717-1579
          (919) 490-0500
          hsappenfield@kennoncraver.com