IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN MCFADYEN; MATTHEW WILSON; and BRECK ARCHER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D.; PETER LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:07-CV-00953 |
| Defendants. | ) ) |

## MOTION TO REESTABLISH DEADLINES
## IN THE RULE 12 BRIEFING SCHEDULE

Counsel for all represented parties, pursuant to FED. R. CIV. P. 6(b) and L.R. 6.1(a), respectfully move the Court to reestablish the deadlines originally set out in the Court's Order setting a briefing schedule for Defendants' anticipated Motions to Dismiss, entered on March 25, 2008 ("March 25th Order"). In support of this Motion, the parties show the Court the following:

1. Plaintiffs filed the Complaint on December 17, 2007. The original Complaint contained 35 causes of action stated in 391 pages, excluding the table of contents and numerous attachments that consisted of documents as well as electronic media.

2. Due to the length of the original Complaint and the number of causes of action, the parties agreed to the following Rule 12 briefing schedule, which was approved by this Court on March 25, 2008:

    a. Motions or Answers Due: April 25, 2008;

    b. Responses Due: 90 days after the filing of Motions; and

    c. Replies Due: 30 days after the filing of Responses.

3. Plaintiffs filed a First Amended Complaint on April 17, 2008, and a Second Amended Complaint on April 18, 2008 (the "Amended Complaint").[1] Prior to the filing of the Amended Complaint, the motions or answers were due on April 25, 2008. By operation of Rule 15, the motions or answers are now due on May 5, 2008. The Amended Complaint contains 40 causes of action stated in 425 pages, excluding the table of contents and numerous attachments, consisting of documents as well as electronic media. The Amended Complaint contains several new factual allegations – as well as several legal theories not presented in the original Complaint, including significant variations on the previously-pleaded federal civil rights statutory claims and state common law negligence claims and the addition of several entirely new causes of action.

4. Because of the additional allegations and causes of action in the Amended Complaint, Defendants need additional time to prepare their motions or answers.

5. Based on the necessary time to review the new allegations and causes of action, the parties' counsel have conferred and agreed, subject to the Court's approval, to reestablish the deadlines originally established in the Rule 12 briefing schedule entered on March 25, 2008. Pending Court approval, the parties request to reestablish the following new dates as the briefing schedule deadlines:

---

[1] Upon the request of the Court, Plaintiffs re-filed the Amended Complaint on April 18, 2008 in order to change the placement of the media attachments to the pleading in the ECF system. The ECF system designated the re-filing as the Second Amended Complaint, but the pleading remains styled as the First Amended Complaint. To the extent that any consent is required and pursuant to FED. R. CIV. P. 15(a), Defendants consent to the filing of the Second Amended Complaint, filed on April 18, 2008, styled as the "First Amended Complaint."

     a.     Motions or Answers Due:  July 2, 2008;

     b.     Responses Due:  no later than 90 days after the date all Defendants' Motions or Answers are filed; and

     c.     Replies Due:  no later than 30 days after the date Plaintiffs' Responses are filed.

6.     Because of the significant new allegations and legal theories directed at the Duke University Police Department and individual Duke Police officers, the Duke University Police Department and the individual Duke Police officers named as defendants in the Complaint seek, for purposes of the Rule 12 motion briefing, to be recognized as a separate Defendant group, known as the "Duke Police Defendants," and, as with the other Defendant-groups proposed previously by the parties and delineated in the March 25th Order, the Duke Police Defendants request the Court's approval to file a separate motion to dismiss and memorandum in support, up to and including 50 pages in length, and to file a separate reply memorandum up to and including 25 pages in length. The Plaintiffs do not object to the Duke Police Defendants' request for a separate motion and brief.

WHEREFORE, undersigned counsel respectfully request that the Court approve the proposed extension of the Rule 12 briefing schedule.

Respectfully submitted, this the 25th day of April, 2008.

**[Signatures on Following Page]**

EKSTRAND & EKSTRAND, LLP

/s/ Robert C. Ekstrand
Robert C. Ekstrand
N.C. State Bar No. 26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
rce@ninthstreetlaw.com
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer*


TROUTMAN SANDERS LLP

/s/ Patricia P. Kerner
Patricia P. Kerner
N.C. State Bar No. 13005
Hannah G. Styron
N.C. State Bar No. 28824
D. Martin Warf
N.C. State Bar No. 32982
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Phone: (919) 835-4117
Fax: (919) 829-8714
tricia.kerner@troutmansanders.com
hannah.styron@troutmansanders.com
martin.warf@troutmansanders.com
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*

FAISON & GILLESPIE

/s/ Reginald B. Gillespie
Reginald B. Gillespie, Jr.
N.C. State Bar No. 10895
5517 Durham Chapel Hill Boulevard
Suite 2000
Durham, North Carolina 27727-1729
Phone: (919) 489-9001
Fax: (919) 489-5774
rgillespie@faison-gillespie.com
*Counsel for Defendant City of Durham, North Carolina, and Edward Sarvis*


STEPTOE & JOHNSON LLP

/s/ Roger E. Warin
Roger E. Warin*
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
rwarin@steptoe.com
*(Motion for Special Appearance to be filed)
*Counsel for Defendant City of Durham, North Carolina*

SMITH MOORE LLP

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Phone: (336) 378-5329
Fax: (336) 378-5400
don.cowan@smithmoorelaw.com
dixie.wells@smithmoorelaw.com

6

WILMER CUTLER PICKERING HALE AND DORR LLP

Jamie Gorelick*
(District of Columbia Bar No. 101370)
Paul R. Q. Wolfson*
(District of Columbia Bar No. 414759)
Jennifer M. O'Connor*
(District of Columbia Bar No. 460352)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
jamie.gorelick@wilmerhale.com
paul.wolfson@wilmerhale.com
jennifer.oconnor@wilmerhale.com

William F. Lee*
(Massachusetts State Bar No. 291960)
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000
william.lee@wilmerhale.com

(*motion for special appearance filed)

*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Counsel for Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

YATES, McLAMB & WEYHER, LLP

/s/ Dan J. McLamb
Dan. J. McLamb
N.C. State Bar. No. 6272
Shirley Pruitt
N.C. State Bar. No. 19141
T. Carlton Younger, III
N.C. State Bar No. 33022
P.O.Box 2889
Raleigh N.C. 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
dclamb@ymwlaw.com
spruitt@ymwlaw.com
cyounger@ymwlaw.com
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Thresea Arico, R.N., and Tara Levicy, R.N.*

POYNER & SPRUILL LLP

/s/ Edwin M. Speas, Jr.
Edwin M. Speas,
N.C. State Bar No. 4112
Eric P. Stevens
N.C. State Bar No. 17609
P.O. Box 10096
Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax: (919) 783-1075
espeas@poynerspruill.com
*Counsel for Defendant Mark Gottlieb*

KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC

/s/ Joel M. Craig
Joel M. Craig
N.C. State Bar No. 9179
P.O. Box 51579
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
Phone: (919) 490-0500
Fax: (919) 490-0873
jcraig@kennoncraver.com
*Counsel for Defendant Benjamin Himan*


MAXWELL FREEMAN & BOWMAN, P.A.

/s/ James B. Maxwell
James B. Maxwell
N.C. State Bar No. 2933
P.O. Box 52396
Raleigh, North Carolina 27717-2396
Phone: (919) 493-6464
Fax: (919) 493-1218
jmaxwell@mfbpa.com
*Counsel for Defendants David Addison, Kammie Michael, James T. Soukup, and Richard Clayton*

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP

/s/ Robert J. King, III
Robert J. King, III
N.C. State Bar No. 15946
Kearns Davis
N.C. State Bar No. 22014
P.O. Box 26000
Greensboro, North Carolina 27420
Phone: (336) 373-8850
Fax: (336) 378-1001
rking@brookspierce.com
kdavis@brookspierce.com
*Counsel for Defendants DNA Security and Richard Clark*


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Robert Sar
Robert Sar
N.C. Bar No. 22306
Nicholas J. Sanservino, Jr.
N.C. Bar No. 36557
P.O. Box 31608 [27622]
2301 Sugar Brush Road, Suite 600
Raleigh, North Carolina 27612
Phone: (919) 787-9700
Fax: (919) 783-9412
Bob.Sar@ogletreedeakins.com
Nicholas.Sanservino@ogletreedeakins.com
*Counsel for Defendant DNA Security, Inc.*

10

LEWIS & ROBERTS PLLC

/s/ James A. Roberts, III
James A. Roberts, III
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27605-7482
Phone: (919) 981-0191
Fax: (919) 981-0199
jimroberts@lewis-roberts.com

Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
5960 Fairview Road, Suite 102
Charlotte, North Carolina 28210
pauldickinson@lewis-roberts.com
*Counsel for Defendant Brian Meehan*

Certificate of Service

I hereby certify that on 25 April 2008 I electronically filed this MOTION TO REESTABLISH DEADLINES IN THE RULE 12 BRIEFING SCHEDULE with the Clerk of Court using the CM/ECF system, which will provide electronic notification to all counsel.

I further certify that on 25 April 2008 I served the following defendant Linwood E. Wilson, who is not a registered user of the CM/ECF system, by United States mail, addressed as follows:

>Linwood E. Wilson
>6910 Innesbrook Way
>Bahama, NC  27503

This 25th day of April 2008.

>/s/ J. Donald Cowan, Jr.
>J. Donald Cowan, Jr.