IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:07-cv-00953

| | |
|---|---|
| RYAN McFADYEN, MATTHEW ) <br> WILSON; and BRECK ARCHER ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DUKE UNIVERSITY; DUKE UNIVERSITY ) <br> POLICE DEPARTMENT; AARON GRAVES; ) <br> ROBERT DEAN; LEILA HUMPHRIES; ) <br> PHYLLIS COOPER; WILLIAM F GARBER, ) <br> II; JAMES SCHWAB; JOSEPH FLEMING; ) <br> JEFFREY O. BEST; GARY N. SMITH; GREG ) <br> STOTSENBERG; ROBERT K. STEEL; ) <br> RICHARD H. BRODHEAD, Ph.D.,; PETER ) <br> LANGE, Ph.D.; TALLMAN TRASK, III, Ph.D.;) <br> JOHN BURNESS; LARRY MONETA Ed.D.; ) <br> VICTOR J. DZAU, M.D.; ALLISON HALTON;) <br> KEMEL DAWKINS; SUZANNE WASIOLEK;) <br> STEPHEN BRYAN; PRIVATE DIAGNOSTIC ) <br> CLINIC; MATTHEW DRUMMOND; DUKE ) <br> UNIVERSITY HEALTH SYSTEMS, INC, ) <br> PLLC; JULIE MANLY, M.D.; THERESA ) <br> ARICO, R.N.; TARA LEVICY, R.N.; THE ) <br> CITY OF DURHAM, NORTH CAROLINA; ) <br> MICHAEL B. NIFONG; PATRICK BAKER; ) <br> STEVEN CHALMERS; RONALD HODGE; ) <br> LEE RUSS; STEPHEN MIHAICH; BEVERLY ) <br> COUNCIL; EDWARD SARVIS; JEFF LAMB) <br> ; MICHAEL RIPBERGER; LAIRD EVANS ) <br> JAMES T. SOUKUP; KAMMIE MICHAEL; ) <br> DAVID W. ADDISON; MARK D. GOTTLIEB;) <br> BENJAMIN W. HIMAN; LINWOOD WILSON) <br> ; RICHARD D. CLAYTON; DNA SECURITY,) <br> INC.; RICHARD CLARK; and BRIAN ) <br> MEEHAN, Ph.D. ) <br> ) <br>     Defendants. ) | <br><br><br><br><br><br><br><br><br><br><br>DEFENDANTS <br>JAMES T. SOUKUP, <br>KAMMIE MICHAEL, <br>DAVID ADDISON, <br>And RICHARD CLAYTON'S <br>MOTION TO DISMISS <br>(Rule 12(b)(6), F.R.C.P.) |

1

Now come the Defendants, James T. Soukup (hereinafter, "Soukup"), Kammie Michael (hereinafter "Michael"), David Addison (hereinafter, "Addison"), and Richard Clayton (hereinafter, "Clayton") by and through their counsel of record, and hereby move the Court to dismiss the Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of their Motion to Dismiss, Soukup, Michael, Addison and Clayton are filing the accompanying Memorandum of Law and Citation of Authorities pursuant to Local Rules 7.1(a), 7.2 and 7.3(a), M.D.N.C. Because of the issues raised; the complexity of myriad causes of actions asserted in the Amended Complaint; and the minimal factual allegations made against them, Soukup, Michael, Addison, and Clayton request that oral argument be scheduled on this Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

This the 2nd day of July, 2008.

/S/ James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P. O. Box 52396
Durham, NC  27717-2396
Telephone:  919-493-6464
Facsimile:   919-493-1218
State Bar No.:  2933
*Attorneys for James T. Soukup, Kammie Michael, David W. Addison and Richard D. Clayton*

# Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon the below listed individuals by electronically filing the document with the Court on this date using the CM/ECF system and by placing a copy in the U.S. Mail to Defendant Linwood Wilson.

Reginald B. Gillespie, Jr.
Faison & Gillespie
5517 Durham-Chapel Hill Blvd, Ste. 2000
P.O. Box 51729
Durham, NC 27717-1729

And

Roger E. Warin
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for Defendant City of Durham, N.C. and Edward Sarvis*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lab, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

Jamie Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Conner
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

And

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

    And

J. Donald Cowan, Jr.
Dixie T. Wells
Smith Moore LLP
P.O. Box 21927 [26420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., Johan Burness, Larry Moeta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond.*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Joel M. Craig
Henry W. Sappenfield
Kennon Craver Belo Craig & McKee, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27717-1579
*Counsel for Defendant Benjamin Himan*

Edwin M. Speas
Eric P. Stevens
Poyner & Spruill, LLP
3600 Glenwood Avenue
Raleigh, NC 27612
*Counsel for Defendant Mark Gottlieb*

Robert J. King III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
2000 Renaissance Plaza
P.O. Box 26000
Greensboro, NC 27420
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Robert A. Star
Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security, Inc.*

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

Robert C. Ekstrand
811 Ninth Street, Suite 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer*

By Mail:

    Linwood Wilson
    6910 Innesbrook Way
    Bahama, NC 27503-9700

This the 2nd day of July, 2008.

                                      <u>/S/James B. Maxwell</u>
                                      Maxwell, Freeman & Bowman, P.A.
                                      Attorneys for David Addison
                                      P. O. Box 52396
                                      Durham, NC  27717-2396
                                      (919) 493-6464
                                      State Bar No.:  2933