IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:07-CV-953

RYAN MCFADYEN, *et al.*, )
)
    Plaintiffs, )
)
v. )
)
DUKE UNIVERSITY, *et al.*, )
)
    Defendants. )
)

DEFENDANT BRIAN MEEHAN, Ph.D.'s JOINDER IN BRIEF IN
SUPPORT OF MOTION TO DISMISS OF DEFENDANTS
DNA SECURITY, INC. AND RICHARD CLARK

COMES NOW defendant Brian Meehan, Ph.D. ("Meehan") and hereby joins in and adopts by reference the Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. and Richard Clark ("DSI's Brief"). At the time of the events alleged in the Second Amended Complaint, Meehan was the Laboratory Director for defendant DNA Security, Inc. ("DSI"), the DNA testing laboratory retained by the State of North Carolina. *See* Second Amended Complaint ¶ 75. Accordingly, the legal arguments set forth in DSI's Brief, which refer to Meehan, DSI and Richard Clark collectively as "the DSI Defendants," apply with equal force to Meehan.

After having read and considered each legal argument raised in DSI's Brief and in order to avoid burdening the Court with repetitious and duplicative legal memoranda, Meehan adopts by reference DSI's Brief pursuant to Rule 10 (c), Fed. R. Civ.P. *See also*, 5A C. Wright & A. Miller, *Federal Practice & Procedure* 1326 (3d ed.2007). For the reasons set forth therein, Meehan respectfully requests that the claims against him be

dismissed.

Respectfully submitted, this the 2nd day of July, 2008.

LEWIS & ROBERTS, PLLC

| s/James A. Roberts, III | s/Paul R. Dickinson, Jr. |
|---|---|
| James A. Roberts, III | Paul R. Dickinson, Jr. |
| N.C. State Bar No. 10495 | N.C. State Bar No. 20510 |
| E-mail: jimroberts@lewis-roberts.com | E-mail: pauldickinson@lewis-roberts.com |
| 3700 Glenwood Ave., Suite 410 | 5960 Fairview Road, Suite 102 |
| Raleigh, NC 27612 | Charlotte, NC 28210 |
| Telephone: 919-981-0191 | Telephone: 704-347-8990 |
| Facsimile: 919-981-0199 | Facsimile: 704-347-8929 |

*Attorneys for Defendant Brian Meehan, Ph.D.*

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, on this the 2nd day of July, 2008, pursuant to Rule 5 of the Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, I electronically filed the foregoing Joinder in Brief with the Clerk of Court using the CM/ECF system, which system will automatically generate and send Notification of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that with respect to the following parties, a copy is being transmitted via first class mail to the following non CM/ECF participants:

Linwood Wilson
*Pro Se*
**Address redacted pursuant to Local Rule

> Respectfully submitted,
>
> LEWIS & ROBERTS, PLLC
>
> s/James A. Roberts, III
> James A. Roberts, III
> N.C. State Bar No. 10495
> E-mail: jimroberts@lewis-roberts.com
> 3700 Glenwood Avenue, Suite 410
> Raleigh, NC 27609-7482
> Telephone: 919-981-0191
> Facsimile: 919-981-0199
>
> *Attorney for Defendant Brian Meehan, Ph.D.*