# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN McFADYEN, et al., <br><br>           Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY, et al., <br><br>           Defendants. | Motion to Dismiss Amended Complaint By "Duke SANE Defendants" |

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rules 7.2 and 7.3, the "Duke SANE Defendants"—defined by the Court and the parties for purposes of this motion to comprise the Duke University Health System, Inc. (DUHS), the Private Diagnostic Clinic, PLLC (PDC), Theresa Arico, Tara Levicy, and Dr. Julie Manly—hereby move the Court to dismiss all claims asserted against them in the Amended Complaint for failure to state a claim on which relief may be granted.[1]  A chart identifying the causes of actions and the defendants against whom each cause is asserted is attached as an Exhibit (Exhibit 1) to the accompanying Brief in Support of "Duke SANE Defendants'" Motion to Dismiss the Amended Complaint.

---

[1] (*See* Joint Mot. to Extend Page Limitations and to Establish a Rule 12 Briefing Schedule, Dkt. 23; Order, Dkt. 29 (granting Joint Motion in part); Joint Mot. to Reestablish Deadlines in the Rule 12 Briefing Schedule, Dkt. 37 (defining "Duke SANE Defendants" and treating Second Amended Complaint, filed April 18, 2008, as the First Amended Complaint; referred to herein as the "Amended Complaint," (AC)); Order, Dkt. 38 (granting Joint Mot.).)

The bases for this Motion are presented in detail in the accompanying Brief in Support of "Duke SANE Defendants'" Motion to Dismiss the Amended Complaint. For the reasons set forth therein, the "Duke SANE Defendants" respectfully request that the claims asserted against them be dismissed with prejudice. Because of the number of causes of action in the Amended Complaint and the complexity of the issues raised thereby, the "Duke SANE Defendants" request that oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this the 2d day of July, 2008.


/s/ Jamie S. Gorelick

———————————————
Jamie S. Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: jamie.gorelick@wilmerhale.com

/s/ Dan J. McLamb

————————————
Dan J. McLamb
N.C. State Bar No. 6272
Yates, McLamb & Weyher, LLP
421 Fayetteville Street, Suite 1200
Raleigh, N.C. 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing Motion to Dismiss Amended Complaint By "Duke SANE Defendants" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>*Counsel for the Plaintiffs*
>Robert C. Ekstrand
>Email: rce@ninthstreetlaw.com
>
>*Counsel for City of Durham and Edward Sarvis*
>Reginald B. Gillespie, Jr.
>Email: rgillespie@faison-gillespie.com
>
>*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*
>
>Patricia P. Kerner
>Email: tricia.kerner@troutmansanders.com
>
>D. Martin Warf
>Email: martin.warf@troutmansanders.com
>
>Hannah Gray Styron
>Email: hannah.styron@troutmansanders.com
>
>*Counsel for James T Soukup, Kammie Michael, David Addison, Richard D. Clayton*
>James B. Maxwell
>Email: jmaxwell@mfbpa.com
>
>*Counsel for Mark Gottlieb*
>Edwin M. Speas, Jr.
>Email: espeas@poynerspruill.com
>
>Eric P. Stevens
>Email: estevens@poyners.com
>
>*Counsel for Benjamin Himan*
>Henry W. Sappenfield

Email: hsappenfield@kennoncraver.com

Joel Miller Craig
Email: jcraig@kennoncraver.com

*Counsel for DNA Security, Inc., Richard Clark*
Kearns Davis
Email: kdavis@brookspierce.com

Robert James King, III
Email: rking@brookspierce.com

*Counsel for J. Wesley Covington*
Kenneth Kyre, Jr.
Email: kkyre@pckb-law.com

*Counsel for Brian Meehan*
James Avery Roberts, III
Email: jimroberts@lewis-roberts.com

As of the date of this filing, no attorneys have made an appearance on behalf of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

This 2d day of July 2008.

/s/ Jamie S. Gorelick
Jamie S. Gorelick

Attorney for Duke University Health System, Inc., the Private Diagnostic Clinic, PLLC, Theresa Arico, Tara Levicy, and Dr. Julie Manly