UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN, MATTHEW WILSON, and BRECK ARCHER, <br><br> Plaintiffs, <br><br> vs. <br><br> DUKE UNIVERSITY, DUKE UNIVERSITY POLICE DEPARTMENT, AARON GRAVES, ROBERT DEAN, LEILA HUMPHRIES, PHYLLIS COOPER, WILLIAM F. GARBER, II, JAMES SCHWAB, JOSEPH FLEMING, JEFFREY O. BEST, GARY N. SMITH, GREG STOTSENBERG, ROBERT K. STEEL, RICHARD H. BROADHEAD, Ph.D., JOHN BURNESS, LARRY MONETA, Ed.D., VICTOR J. DZAU, M.D., ALLISON HALTON, KEMEL DAWKINS, SUZZANE WASIOLEK, STEPHEN BRYAN, MATTHEW DRUMMOND, DUKE UNIVERSITY HEALTH SYSTEMS, INC., PRIVATE DIAGNOSTIC CLINIC, PLLC, JULIE MANLY, M.D., THERESA ARICO, R.N., TARA LEVICY, R.N., THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, EDWARD SARVIS, JEFF LAMB, MICHAEL RIPBERGER, LAIRD EVANS, JAMES T. SOUKUP, KAMMIE MICHAEL, DAVID W. ADDISON, MARK D. GOTTLIEB, BENJAMIN W. HIMAN, LINWOOD | **DEFENDANT BENJAMIN W. HIMAN'S MOTION TO DISMISS** |

| WILSON, RICHARD D. CLAYTON, | ) |
| DNA SECURITY, INC., RICHARD CLARK, | ) |
| and BRIAN MEEHAN, Ph.D., | ) |
| | ) |
| Defendants. | ) |

_____

Defendant Benjamin W. Himan ("Investigator Himan"), through his undersigned attorneys, moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this action in its entirety as to this Defendant upon the grounds that the Complaint fails to state a claim upon which relief may be granted and, in the alternative, that all claims asserted against Investigator Himan are barred by the doctrines of qualified and public official immunity.

In support of this Motion, Defendant submits the accompanying memorandum of law.

WHEREFORE, Defendant Benjamin W. Himan prays that all claims against him in this action be dismissed with prejudice.

Respectfully submitted this the 2nd day of July, 2008.

           KENNON, CRAVER, BELO,
            CRAIG & MCKEE, PLLC

    By: */s/ Joel M. Craig*
       North Carolina State Bar No. 9179

       */s/ Henry W. Sappenfield*
       North Carolina State Bar No. 37419
       Attorneys for Defendant Benjamin W.
        Himan
       4011 University Drive, Suite 300
       P.O. Box 51579
       Durham, NC 27717-1579
       (919) 490-0500
       jcraig@kennoncraver.com
       hsappenfield@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Defendant Benjamin W. Himan's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth St., Ste. 260
Durham, NC 27705
*Attorney for Plaintiffs Breck Archer, Matthew Wilson and Ryan McFadyen*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorney for Defendant City of Durham, North Carolina and Edward Sarvis*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorney for Defendants David W. Addison, James T. Soukup, Kammie Michael and Richard D. Clayton*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger and Laird Evans*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
Smith Moore LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Jamie Gorelick
Jennifer M. O¢Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan and Matthew Drummond*


Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security and Richard Clark*

The undersigned further certifies that the foregoing document was served by first-class mail, postage prepaid to the following non CM/ECF participant:

Linwood Wilson
Bahama, NC
*Pro Se*

This the 2nd day of July, 2008.

                KENNON, CRAVER, BELO,
                 CRAIG & MCKEE, PLLC


By:   */s/ Henry W. Sappenfield*
      North Carolina State Bar No. 37419
      Attorney for Defendant Benjamin Himan
      4011 University Drive, Suite 300
      P.O. Box 51579
      Durham, NC 27717-1579
      (919) 490-0500
      hsappenfield@kennoncraver.com