MCFADYEN et al v. DUKE UNIVERSITY et al

Doc. 5

# UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

### File No. 1:07-CV-00953

| | |
|---|---|
| RYAN McFADYEN, MATTHEW WILSON; and BRECK ARCHER,<br><br>        Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY POLICE DEPARTMENT; AARON GRAVES; ROBERT DEAN; LEILA HUMPHRIES; PHYLLIS COOPER; WILLIAM F. GARBER, II; JAMES SCHWAB; JOSEPH FLEMING; JEFFREY O. BEST; GARY N. SMITH; GREG STOTSENBERG; ROBERT K. STEEL; RICHARD H. BRODHEAD, Ph.D., PETER LANGE, Ph.D., TALLMAN TRASK, III, Ph.D.; JOHN BURNESS; LARRY MONETA, Ed.D.; VICTOR J. DZAU, M.D.; ALLISON HALTON; KEMEL DAWKINS; SUZANNE WASIOLEK; STEPHEN BRYAN; MATTHEW DRUMMOND; DUKE UNIVERSITY HEALTH SYSTEMS, INC.; PRIVATE DIAGNOSTIC CLINIC, PLLC; JULIE MANLY, M.D.; THERESA ARICO, R.N.; TARA LEVICY, R.N.; THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; PATRICK BAKER; STEVEN CHALMERS; RONALD HODGE; LEE RUSS; STEPHEN MIHAICH; BEVERLY COUNCIL; EDWARD SARVIS; JEFF LAMB; MICHAEL RIPBERGER; LAIRD EVANS; JAMES T. SOUKUP; KAMMIE MICHAEL; DAVID W. ADDISON; MARK D. GOTTLIEB; BENJAMIN W. HIMAN; LINWOOD WILSON; RICHARD D. CLAYTON; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, Ph.D.,<br><br>        Defendants. | |

## DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS

Dockets.Justia.com

Defendant Mark Gottlieb, appearing through the undersigned counsel, hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all cause of action asserted in the Amended Complaint against him (specifically, Causes of Action 1-4, 6-7, 9-10, 16, 18-20, 23, 25 and 27) on grounds that these claims, as they apply to Defendant Gottlieb, fail to state a claim upon which relief can be granted. This Motion is supported by the Memorandum in Support of Defendant Mark Gottlieb's Motion to Dismiss, which is being filed simultaneously herewith.

**POYNER & SPRUILL LLP**

By: /s/Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina Bar #4112
Eric P. Stevens
North Carolina Bar # 17609
P.O. Box 10096
Raleigh, N.C. 27605-0096
Tel.   (919) 783-6400
Fax    (919) 783-1075
Email  espeas@poynerspruill.com
Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 2, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James Donald Cowan, Jr.
>Joel Miller Craig
>Kearns Davis
>Robert C. Ekstrand
>Reginald B. Gillespie, Jr.
>Jamie S. Gorelick
>Patricia P. Kerner
>Robert James King, III
>William F. Lee
>James B. Maxwell
>Dan Johnson Mclamb
>Jennifer M. O'Connor
>Shirley Maring Pruitt
>James Avery Roberts, III
>Henry W. Sappenfield
>Hannah Gray Styron
>D. Martin Warf
>Dixie Thomas Wells
>Paul R.Q. Wolfson
>Thomas Carlton Younger, III

**Service via US Mail:**
>Linwood Wilson, Pro Se
>6910 Innesbrook Way
>Bahama, NC 27503-9700

This the 2nd day of July, 2008.

By: /s/ Edwin M. Speas, Jr.