IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RYAN MCFADYEN, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-953 |
| | ) | |
| DUKE UNIVERSITY, et al | ) | |
| | ) | |
| Defendants. | ) | |

_____

## MOTION TO DISMISS OF DEFENDANT HODGE
_____

Defendants Ronald Hodge ("Defendant") respectfully moves the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support thereof, Defendant submits his accompanying Memorandum in Support of Motion to Dismiss filed pursuant to Local Rules 7.1(a), 7.2 and 7.3(a), M.D.N.C. Because of complexity of the causes of action at issue in this case, Defendant requests oral argument be scheduled on his Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this the 2d day of July, 2008.

> TROUTMAN SANDERS LLP
>
> By: /s/ Patricia P. Kerner_____
>    Patricia P. Kerner
> N.C. State Bar No. 13005
>    Hannah G. Styron
> N.C. State Bar No. 28824
>    D. Martin Warf
> N.C. State Bar No. 32982
> *Attorneys for Defendant Hodge*
> 434 Fayetteville Street, Suite 1900
> Raleigh, North Carolina 27601
> Telephone: (919) 835-4100
> Facsimile: (919) 829-8714
> tricia.kerner@troutmansanders.com
> hannah.styron@troutmansanders.com
> martin.warf@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN MCFADYEN, *et al,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00953 |
| ) | |
| DUKE UNIVERSITY, *et al,* ) | |
| ) | |
| Defendants. ) | |

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ekstrand
EKSTRAND & EKSTRAND, LLP
811 Ninth Street, Suite 260
Durham, North Carolina 27705
rce@ninthstreetlaw.com
*Attorneys for Plaintiffs*

James D. Cowan, Jr.
Dixie T. Wells
Leslie Cooper Harrell
SMITH MOORE, LLP
Post Office Box 21927
Greensboro, NC 27420
don.cowan@smithmoorelaw.com
dixie.wells@smithmoorelaw.com
cooper.harrell@smithmoorelaw.com
*Attorneys for Defendants Duke
University, Duke University Health System,
Inc., Richard Brodhead,
Peter Lange, Larry Moneta,
John Burness, Tallman Trask,
Suzanne Wasiolek, Matthew
Drummond, Aaron Graves,
Robert Dean, Tara Levicy, Theresa
Arico, Kate Hendricks, Victor Dzau*

Jamie S. Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
William F. Lee
WILMER, CUTLER, PICKERING,
HALE, and DORR, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
jamie.gorelick@wilmerhale.com
jennifer.oconnor@wilmerhale.com
paul.wolfson@wilmerhale.com
william.lee@wilmerhale.com
*Attorneys for Defendants Duke
University, Duke University Health
System, Inc., Richard Brodhead,
Peter Lange, Larry Moneta,
John Burness, Tallman Trask,
Suzanne Wasiolek, Matthew
Drummond, Aaron Graves,
Robert Dean, Tara Levicy, Theresa
Arico, Kate Hendricks, Victor Dzau*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
YATES, MCLAMB & WEYHER, LLP
P.O. Box 2889
Raleigh, NC 27602-2889
dmclamb@ymwlaw.com
spruitt@ymwlaw.com
cyounger@ymwlaw.com
*Attorneys for Defendants Duke
University Health Systems, Inc.,
Tara Levicy, and Theresa Arico*

Robert A. Saar
Nicholas J. Sanservino, Jr.
OGLETREE DEAKINS NASH SMOAK
& STEWART, PC
2301 Sugar Bush Rd., Suite 600
Raleigh, NC 27612
*Attorneys for DNA Security*

Robert J. King, III
Kearns Davis
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

James A. Roberts, III
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27605
*Attorneys for Brian Meehan*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS, PLLC
590 Fairview Rd., Suite 102
Charlotte, NC 28210
*Attorneys for Brian Meehan*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
Post Office Box 51729
Durham, NC 27717
rgillespie@faison-gillespie.com
*Attorneys for Defendant City of Durham*

Edwin M. Speas
Eric P. Stevens
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, NC 27612
*Attorneys for Defendant Gottlieb*

Joel M. Craig
Henry W. Sappenfield
KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC
Post Office Box 51579
P.O. Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Himan*

James B. Maxwell
MAXWELL, FREEMAN & BOWMAN, P.A.
Post Office Box 52396
Durham, NC 27717
*Attorneys for Defendant Addison*

I further certify that a copy of the foregoing was served today upon each of the following non CM/ECF participants by United States mail, postage prepaid, addressed as follows:

    Linwood Wilson              Roger E. Warrin
    6910 Innesbrook Way     Michael A. Vatis
    Bahama, NC 27503-9700  John P. Nolan
    *Pro Se*                       Leah M. Quadrino
                                  STEPTOE & JOHNSON, LLP
                                  1330 Connecticut Ave. N.W.
                                  Washington, DC 20036
                                  *Attorneys for Defendant City of Durham*

This the <u>2nd</u> day of July, 2008.

                                            Respectfully submitted,

                                            By: <u>/s/ Patrica P. Kerner</u>
                                                 Patricia P. Kerner
                                          N.C. State Bar No. 13005
                                          *Attorneys for Defendants Baker, Chalmers,*
                                          *Council, Evans, Hodge, Lamb, Mihiach,*
                                          *Ripberger, and Russ*
                                          434 Fayetteville Street, Suite 1900
                                          Raleigh, North Carolina 27601
                                          Telephone: (919) 835-4100
                                          Facsimile: (919) 829-8714
                                          tricia.kerner@troutmansanders.com