

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:07-cv-00953

| | |
|---|---|
| RYAN MCFADYEN, et al., <br> Plaintiffs, <br> v. <br> DUKE UNIVERSITY, et al., <br> Defendants. | **Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically** |

**Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically**

Defendant Linwood Wilson moves the court to allow him to use the CM/ECF System as stated in Section B #2 of the Administrative Polices & Procedural Manual.

(2) Upon the approval of the assigned Judge, a party to a case who is not represented by an attorney may register as an ECF Filing User in the ECF System soley for the purpose of the action. Registration is in a form prescribed by the Clerk of Court and requires identification of the case as well as the name, address, telephone number and Internet e-mail address of the party. If, during the course of the case, the party retains an attorney who appears on the party's behalf, the attorney must advise the Clerk of Court to terminate the party's registration as a Filing User upon the attorney's appearance.

Defendant Wilson is acting *Pro Se* in the above referenced action before this court. To grant this motion would enable Defendant Wilson to be on the same footing as the other Defendants and would help reduce the costs of mailings through the United States Postal Service. If approved, Defendant Wilson is willing to attend the training session as provided by the Clerks Office of NCMD.

1

## CONCLUSION

WHEREFORE, for the reasons stated above, Defendant Linwood Wilson moves the court to allow participation in the CM/ECF System.

Respectfully submitted, this the 28th day of July, 2008.

*[signature]*
Linwood Wilson
*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## Civil Case No. 1:07-cv-953

| | |
|---|---|
| RYAN MCFADYEN, et al., <br> Plaintiffs, <br> v. <br> DUKE UNIVERSITY, et al., <br> Defendants. | Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I filed the foregoing **Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically** with the Clerk of the Court using the USPS Mail. I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following:

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
P.O. Box 51729
Durham, N.C. 27717-1729
*Counsel for Defendant City of Durham,
N.C. And Edward Sarvis*

Joel M. Craig
KENNON CRAVER BELO CRAIG &
MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, N.C. 27717-2396
*Counsel for Defendant David Addison,
KammieMichaels, Richard Clayton and
James T. Soukup*

Edwin M. Speas
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, N.C. 27612
*Counsel for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, N.C. 27601
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*

Robert J. King III, Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, North Carolina 27420
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security, Inc*

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
*Counsel for Defendant City of Durham, N.C.*

Paul R. Dickinson, Jr.
James A. Roberts, III
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

J. Donald Cowan, Jr., Esq.
Dixie T. Wells, Esq.
SMITH MOORE LLP
P. O. Box 21927
Greensboro, NC 27420
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trash, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew DrummondM.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

William F. Lee,
Jamie Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trash, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly,*

Dan J. McLamb
Shirley M. Pruitt
YATES, McLAMB & WEYHER, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Tara Levicy, R.N. and Theresa Arico, R.N.*

Robert C. Ekstrand
811 Ninth Street, Suite 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson and Breck Archer*

Respectfully submitted,

*/s/ Linwood Wilson*
Linwood Wilson
Pro Se