IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:07-cv-00953

| | |
|---|---|
| RYAN MCFADYEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NOTICE OF FIRM AND ADDRESS |
| ) | CHANGE |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE that, effective immediately, the firm name and mailing address of J. Donald Cowan, Jr. and Dixie T. Wells has changed to the one indicated below. Please update the CM/ECF system and direct all future pleadings, papers and notices to the undersigned counsel at the address listed below.

| | |
|---|---|
| J. Donald Cowan Jr. | Dixie T. Wells |
| N.C. Bar No. 0968 | N.C. Bar No. 26816 |
| ELLIS & WINTERS LLP | ELLIS & WINTERS LLP |
| 100 N. Greene Street, Suite 102 | 100 N. Greene Street, Suite 102 |
| Greensboro, NC 27401 | Greensboro, NC 27401 |
| Email: don.cowan@elliswinters.com | Email: dixie.wells@elliswinters.com |
| Tel:    (336) 217-4086 | Tel:    (336) 217-4197 |
| Fax:   (336) 217-4198 | Fax:   (336) 217-4198 |

PLEASE TAKE FURTHER NOTICE, Smith Moore LLP, now known as SmithMoore Leatherwood LLP, no longer has an involvement in this matter.

This 12th day of August, 2008.

                    ELLIS & WINTERS LLP

                    /s/ J. Donald Cowan, Jr.
                    J. Donald Cowan, Jr. (N.C.Bar No. 0968)
                    Email: don.cowan@elliswinters.com
                    Dixie T. Wells (N.C. Bar No. 26816)
                    Email: dixie.wells@elliswinters.com
                    100 N. Greene Street, Suite 102
                    Greensboro, NC 27401
                    Tel:    (336) 217-4193
                    Fax:    (336) 217-4198
                    Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond

CERTIFICATE OF SERVICE

I hereby certify that on August 12th, 2008, the foregoing Notice of Firm and Address Change was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the all counsel.

This 12th day of August, 2008.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.

Attorney for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond