# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DUKE UNIVERSITY, et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-953 |

## MOTION FOR EXTENSION OF TIME FOR
## PLAINTIFFS' TO FILE RESPONSES TO RULE 12 BRIEFS

Counsel for the Plaintiffs, pursuant to Fed. R. Civ. P. 6(b) and L.R. 6.1(a), respectfully moves the Court to reestablish the deadlines set out in the Court's April 30, 2008 Order setting a briefing schedule for Defendants' Motions to Dismiss, entered on July 2, 2008. Pursuant to L.R. 6.1(a), Plaintiffs' counsel has contacted and attempted to consulted with the Defendents' counsel. In support of this Motion, the parties show the Court the following:

    1.    Plaintiffs filed the Complaint on December 17, 2007. The original Complaint contained 35 causes of action stated in 391 pages, excluding the table of

contents and numerous attachments that consisted of documents as well as electronic media.

2. Due to the length of the original Complaint and the number of causes of action, the parties agreed to the following Rule 12 briefing schedule, which was approved by this Court on March 25, 2008:

    a. Motions or Answers Due: April 25, 2008;
    b. Responses Due: 90 days after the filing of Motions; and
    c. Replies Due: 30 days after the filing of Responses.

3. Plaintiffs filed a First Amended Complaint on April 17, 2008, and upon request of the Court, Plaintiffs filed a Second Amended Complaint on April 18, 2008. The two amended complaints are identical, except for the nature of the filing of the exhibits. On April 30, 2008, the Court approved the parties agreed upon Rule 12 schedule setting the following deadlines:

    a. Motions or Answers Due: July 2, 2008;
    b. Responses Due: no later than 90 days after the date all Defendants' Motions or Answers are filed; and
    c. Replies Due: no later than 30 days after the date Plaintiffs' Responses are filed.

4. Plaintiffs request additional time for their responsive briefs due to the number and style of Rule 12 motions presented to them.

**5.** Pending this Court's approval, the Plaintiffs' request to reestablish the deadline for their responsive brief by granting an extension of 10 additional days;

Respectfully submitted, this the 1st day of October, 2008.

**EKSTRAND & EKSTRAND, LLP**

<u>/s/ Robert C. Ekstrand</u>
Robert C. Ekstrand
N.C. State Bar No. 26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Phone: (919) 416-4590
rce@ninthstreetlaw.com
*Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson and Breck Archer*

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

    Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

    Defendants.

Civil Action No. 1:07-cv-953

## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2008, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSES TO RULE 12 BRIEFS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James Donald Cowan, Jr.
> Ellis & Winters, LLP
> 100 North Greene Street, Suite 102
> Greensboro, NC  27401
> *Counsel for The University Defendants*
>
> Dixie Wells
> Ellis & Winters, LLP
> 100 North Greene Street, Suite 102
> Greensboro, NC  27401
> *Counsel for The University Defendants*
>
> Jamie S. Gorelick
> Wilmer Cutler Pickering Hale and Door, LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> *Counsel for The University Defendants*

Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Door, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
*Counsel for The University Defendants*

Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Door, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for The University Defendants*

William F. Lee
Wilmer Cutler Pickering Hale and Door, LLP
60 State Street
Boston, MA  02109
*Counsel for The University Defendants*

Dan J. McLamb
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for The SANE Defendants*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717
*Counsel for City of Durham, North Carolina*

Patricia P. Kerner
Troutman Saunders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

D. Martin Warf
Troutman Sanders LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

James B. Maxwell
Maxwell, Freeman & Bowman
P.O. Box 52396
Durham, NC  27717-2396
*Counsel for David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup*

Joel M. Craig
Kennon, Craver, Belo, Craig & McKee
4011 University Drive, Suite 300
Durham, NC 27707
*Counsel for Benjamin W. Himan*

Edwin M. Speas, Jr.
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Eric P. Stevens
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*

Robert J. King, III
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*

Linwood Wilson
**\*\*Address Redacted Pursuant to Local Rule**

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC  28210
*Counsel for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482
*Counsel for Brian Meehan*

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for City of Durham, North Carolina*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

Respectfully submitted,

**EKSTRAND & EKSTRAND LLP**

/s/ Robert C. Ekstrand
Robert C. Ekstrand, Esq.
NC Bar #26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Email:  rce@ninthstreetlaw.com
Phone: (919) 416-4590
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson, and Breck Archer*