# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **RYAN MCFADYEN, et al.,** Plaintiffs, v. **DUKE UNIVERSITY, et al.,** Defendants. | **LINWOOD WILSON'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME** |

## Civil Action No. 1:07-cv-00953

1. For the reason stated in City of Durham Defendants Joint Opposition to Plaintiffs' Motion For Extension of Time (Document 67), Defendant Linwood Wilson asks the court to be joined with the City Defendants in Opposition to Extension of Time by Plaintiffs' in Plaintiffs' Motion Document No. 66.

2. Finally, Plaintiffs' counsel states that he "has contacted and attempted to consulted [sic] with the Defendants' counsel" about an extension of time. In fact, though he has never attempted to contact Defendant Wilson who is *pro se* in this matter.

**WHEREFORE**, Defendant Wilson requests that the Court deny Plaintiffs' Motion For Extension of Time.

Dated: October 2, 2008                    Respectfully submitted,

                                          BY: /s/ LINWOOD E. WILSON
                                          LINWOOD E. WILSON
                                          **\*\*Address Redacted Pursuant to Local Rule**

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted.

This the 2nd day of October, 2008.

By: /s/ Linwood Wilson
Linwood E. Wilson, *Pro Se*
**\*\*Address Redacted Pursuant to Local Rule**