IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:07-CV-00953

**EXPEDITED REVIEW REQUESTED**

| | |
|---|---|
| RYAN McFADYEN, et al., | |
| Plaintiffs, | Joint Response of "Duke University Defendants," "Duke Police Defendants," and "Duke SANE Defendants" to Plaintiffs' Motion For Extension of Time |
| v. | |
| DUKE UNIVERSITY, et al., | |
| Defendants. | |

On October 1, 2008, Plaintiffs filed a motion seeking ten additional days to file their responses to the Rule 12 motions to dismiss filed by the Defendants in this case (which would otherwise have been due on September 30). The "Duke University Defendants," "Duke Police Defendants," and "Duke SANE Defendants"[1] do not oppose a

---

[1] The "Duke University Defendants" have been defined by the Court and the parties for purposes of the motions to dismiss to comprise Duke University, Richard H. Brodhead, Stephen Bryan, John Burness, Kemel Dawkins, Matthew Drummond, Victor J. Dzau, Aaron Graves, Allison Haltom, Peter Lange, Larry Moneta, Robert K. Steel, Tallman Trask III, and Suzanne Wasiolek. The "Duke SANE Defendants" have been defined to comprise Duke University Health System, Inc., the Private Diagnostic Clinic, PLLC, Theresa Arico, Tara Levicy, and Dr. Julie Manly. The "Duke Police Defendants" have been defined to comprise the Duke University Police Department, Jeffrey O. Best, Phyllis Cooper, Robert Dean, Joseph Fleming, William F. Garber II, Leila Humphries, James Schwab, Gary N. Smith, and Greg Stotsenberg. (*See* Joint Mot. to Extend Page Limitations and to Establish a Rule 12 Briefing Schedule, Dkt. No. 23 (defining "Duke University Defendants" and "Duke SANE Defendants"); Joint Mot. to Reestablish

very brief extension for Plaintiffs to file their oppositions to those Defendants' Rule 12 motions to dismiss, provided that Defendants may also have additional time for their Reply briefs. Specifically, the three groups of Duke defendants would not oppose an extension allowing Plaintiffs to file their responses no later than 9:00 a.m. on Monday, October 6, 2008, provided that the Reply briefs for the three groups of Duke Defendants would be due on or before Wednesday, November 26, 2008. By so consenting, the Duke Defendants do not concede that Plaintiffs' belated "Motion for Extension of Time for Plaintiffs to File Rule 12 Briefs" (Dkt. No. 66) was proper. Moreover, as explained in the Joint Opposition of City of Durham Defendants to Plaintiffs' Motion for Extension of Time" (Dkt. No. 67), Plaintiffs did not consult with Defendants' counsel prior to filing as the Local Rules (Rule 6.1(a)) and Federal Rules of Civil Procedure (Rule 6(b)) require, and by consenting here to Plaintiffs' request for extension of time the Duke Defendants do not concede that Plaintiffs' consultation complied with these rules.

| /s/ Jamie S. Gorelick | /s/ J. Donald Cowan, Jr. |
|---|---|
| Jamie S. Gorelick | J. Donald Cowan, Jr. |
| District of Columbia Bar No. 101370 | N.C. State Bar No. 0968 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Ellis & Winters LLP |
| 1875 Pennsylvania Ave., N.W. | 100 N. Greene Street, Suite 102 |
| Washington, D.C. 20006 | Greensboro, North Carolina 27401 |
| Telephone: (202) 663-6500 | Telephone: (336) 217-4193 |
| Facsimile: (202) 663-6363 | Facsimile: (336) 217-4198 |
| Email: jamie.gorelick@wilmerhale.com | Email: don.cowan@elliswinters.com |

---

Deadlines in the Rule 12 Briefing Schedule, Dkt. No. 37 (defining "Duke Police Defendants"); Order, Dkt. No. 38.)

/s/ Dan J. McLamb
_____
Dan J. McLamb
N.C. State Bar No. 6272
Yates, McLamb & Weyher, LLP
421 Fayetteville Street, Suite 1200
Raleigh, N.C. 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, I electronically filed the foregoing Joint Opposition of "Duke University Defendants," "Duke Police Defendants," and "Duke SANE Defendants" to Plaintiffs' Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>*Counsel for the Plaintiffs*
>>Robert C. Ekstrand
>>Email: rce@ninthstreetlaw.com
>
>*Counsel for City of Durham and Edward Sarvis*
>>Reginald B. Gillespie, Jr.
>>Email: rgillespie@faison-gillespie.com
>
>*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*
>
>>Patricia P. Kerner
>>Email: tricia.kerner@troutmansanders.com
>
>>D. Martin Warf
>>Email: martin.warf@troutmansanders.com
>
>>Hannah Gray Styron
>>Email: hannah.styron@troutmansanders.com
>
>*Counsel for James T Soukup, Kammie Michael, David Addison, Richard D. Clayton*
>>James B. Maxwell
>>Email: jmaxwell@mfbpa.com

*Counsel for Mark Gottlieb*
 Edwin M. Speas, Jr.
 Email: espeas@poynerspruill.com

 Eric P. Stevens
 Email: estevens@poyners.com

*Counsel for Benjamin Himan*
 Henry W. Sappenfield
 Email: hsappenfield@kennoncraver.com

 Joel Miller Craig
 Email: jcraig@kennoncraver.com

*Counsel for DNA Security, Inc., Richard Clark*
 Kearns Davis
 Email: kdavis@brookspierce.com

 Robert James King, III
 Email: rking@brookspierce.com

*Counsel for J. Wesley Covington*
 Kenneth Kyre, Jr.
 Email: kkyre@pckb-law.com

*Linwood Wilson, pro se*
 Email: ADDRESS REDACTED

*Counsel for Brian Meehan*
 James A. Roberts, III
 Email: jimroberts@lewis-roberts.com

This 3d day of October 2008.

      /s/ Jamie S. Gorelick
      Jamie S. Gorelick

      Attorney for Duke University, Richard H. Brodhead, Stephen Bryan, John Burness, Kemel Dawkins, Matthew Drummond, Victor J. Dzau, Aaron Graves, Allison Haltom, Peter Lange,

Larry Moneta, Robert K. Steel, Tallman Trask III, Suzanne Wasiolek, Duke University Police Department, Jeffrey O. Best, Phyllis Cooper, Robert Dean, Joseph Fleming, William F. Garber II, Leila Humphries, James Schwab, Gary N. Smith, Greg Stotsenberg, Duke University Health System, Inc., the Private Diagnostic Clinic, PLLC, Theresa Arico, Tara Levicy, and Dr. Julie Manly