UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

    Plaintiffs,

           v.

DUKE UNIVERSITY, et al.,

    Defendants.

Civil Action No. 1:07-cv-953

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION
BRIEFS TO DEFENDANTS' 12(B)(6) MOTION**

    PLAINTIFFS, Ryan McFadyen, Matthew Wilson and Breck Archer, move the Court for an Order allowing them to file opposition briefs to Defendants' 12(b)(6) motions pursuant to LR 7.2 and 7.3.

    WHEREFORE, for the reasons set forth in Plaintiffs' supporting brief, which has been submitted along with this motion, Plaintiffs respectfully request that the Court grant leave to issue the subpoena at this time.

    IN FURTHER SUPPORT of this motion, the Plaintiffs respectfully offer and rely on the following exhibits, attached to this motion:

1. Exhibit 1 – Plaintiffs' Opposition Brief to Defendant City of Durham's Motion to Dismiss
2. Exhibit 2 – Plaintiffs' Opposition Brief to Duke University Defendants' (Duke University, Brodhead, Bryan, Burness, Dawkins, Drummond, Dzau, Haltom, Lange, Moneta, Steel, Trask and Wasiolek) Motion to Dismiss
3. Exhibit 3 – Plaintiffs' Opposition Brief to the Duke University Police Defendants' (Graves, Best, Cooper, Dean, Fleming, Garber, Humphries, Schwab, Smith and Stotsenberg) Motion to Dismiss
4. Exhibit 4 – Plaintiffs' Opposition Brief to Duke SANE Defendants' ( Duke University Health System, the Private Diagnostic Clinic, Arico, Levicy and Manly) Motion to Dismiss
5. Exhibit 5 – Plaintiffs' Opposition Brief to Defendants Hodge's Motion to Dismiss and Defendants Baker, Chalmers, Russ, Michaich, Council, Lamb, Ripbererger and Evan's Motion to Dismiss
6. Exhibit 6 – Plaintiffs' Opposition Brief to Defendants Soukup, Michael, Addison and Clayton's Motion to Dismiss
7. Exhibit 7 – Plaintiffs' Opposition Brief to Defendant Gottlieb's Motion to Dismiss
8. Exhibit 8 – Plaintiffs' Opposition Brief to Defendant Himan's Motion to Dismiss
9. Exhibit 9 – Plaintiffs' Opposition Brief to Defendants DNA Security, Inc., Clark and Meehan's Motion to Dismiss
10. Exhibit 10 – Plaintiffs' Opposition Brief to Defendant Wilson's Motion to Dismiss

Dated: October 6, 2008                     **EKSTRAND & EKSTRAND LLP**


/s/ Robert C. Ekstrand
_____
Robert C. Ekstrand (NC Bar #26673)
Attn. Stefanie A. Sparks
811 Ninth Street, Suite 260
Durham, North Carolina  27705

*Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson, and Breck Archer*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN MCFADYEN, ET AL.,<br><br>    Plaintiffs,<br><br>            V.<br><br>DUKE UNIVERSITY, ET AL.,<br><br>    Defendants. | Civil Action No. 1:07-cv-953 |

CERTIFICATE OF SERVICE

I hereby certify that, on October 6, 2008, I electronically filed the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION BRIEFS TO DEFENDANTS' 12(B)(6) MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Donald Cowan, Jr.
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC  27401
*Counsel for the University Defendants*

Dixie Wells
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC  27401
*Counsel for he University Defendants*

Jamie S. Gorelick
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for the University Defendants*

Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
*Counsel for the University Defendants*

Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for the University Defendants*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109
*Counsel for the University Defendants*

Dan J. McLamb
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for the Sane Defendants*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717
*Counsel for City of Durham, North Carolina*

Patricia P. Kerner
Troutman Saunders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

D. Martin Warf
Troutman Sanders LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

James B. Maxwell
Maxwell, Freeman & Bowman
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup*

Joel M. Craig
Kennon, Craver, Belo, Craig & McKee
4011 University Drive, Suite 300
Durham, NC 27707
*Counsel for Benjamin W. Himan*

Edwin M. Speas, Jr.
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Eric P. Stevens
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*

Robert J. King, III
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*

Linwood Wilson
**\*\*ADDRESS REDACTED PURSUANT TO LOCAL RULE**

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC  28210
*Counsel for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482
*Counsel for Brian Meehan*

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for City of Durham, North Carolina*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

        Respectfully submitted,

        **EKSTRAND & EKSTRAND LLP**

        /s/ Robert C. Ekstrand
        Robert C. Ekstrand, Esq.
        NC Bar #26673
        811 Ninth Street, Suite 260
        Durham, North Carolina 27705
        Email:  rce@ninthstreetlaw.com
        Phone: (919) 416-4590
        Counsel for Plaintiffs