UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al., <br><br>    Plaintiffs, <br><br>            v. <br><br>DUKE UNIVERSITY, et al., <br><br>    Defendants. | Civil Action No. 1:07-cv-953 |

### PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE FROM CONSIDERATION ELEMENTS OF THE DEFENDANTS' 12(b)(6) MOTIONS

PLAINTIFFS, Ryan McFadyen, Matthew Wilson and Breck Archer, pursuant to Federal Rules of Civil Procedure 12(f) and 12(d) and L.R. 7.2 and 7.3, hereby move the Court for an Order striking and excluding from the Court's consideration certain elements of the Defendants' Motions, Memoranda, and the Exhibits annexed thereto on the grounds that they are not intrinsic to the complaint, not subject to judicial notice, and neither authenticated or self-authenticating. Specifically, Plaintiffs move for an Order excluding the City of Durham's Exhibit 4 [Document # 61-5], Duke Univ. Br. Ex. 1 [Document #46-2] and 4 [Document #46-5]; Duke SANE Br. Ex. 1 [Document #48-2]; and DUPD Ex. 1 [Document #50-2]. None of these exhibits are within the scope of the AC or intrinsic to its allegations, and they are not subject to judicial notice under F. R. Evid. 201.

WHEREFORE, for the foregoing reasons and for the reasons set forth in Plaintiffs' supporting brief, which has been submitted along with this motion, Plaintiffs respectfully request that the Court strike or exclude the extraneous material from consideration at this time.

Dated: October 10, 2008

Respectfully submitted by:

**EKSTRAND & EKSTRAND LLP**

Robert C. Ekstrand (NC Bar #26673)
Attn. Stefanie A. Sparks
811 Ninth Street, Suite 260
Durham, North Carolina  27705

*Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson, and Breck Archer*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN MCFADYEN, ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> DUKE UNIVERSITY, ET AL., <br><br> Defendants. | Civil Action No. 1:07-cv-953 |

CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2008, I electronically filed the foregoing PLAINTIFFS' MOTION TO STRIKE ELEMENTS OF DEFENDANTS' 12(B)(6) MOTIONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James Donald Cowan, Jr.
> Ellis & Winters, LLP
> 100 North Greene Street, Suite 102
> Greensboro, NC 27401
> *Counsel for The University Defendants*

Dixie Wells
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC 27401
*Counsel for The University Defendants*

Jamie S. Gorelick
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for The University Defendants*

Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
*Counsel for The University Defendants*

Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for The University Defendants*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
*Counsel for The University Defendants*

Dan J. McLamb
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for The SANE Defendants*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717
*Counsel for City of Durham, North Carolina*

Patricia P. Kerner
Troutman Saunders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

D. Martin Warf
Troutman Sanders LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

James B. Maxwell
Maxwell, Freeman & Bowman
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup*

Joel M. Craig
Kennon, Craver, Belo, Craig & McKee
4011 University Drive, Suite 300
Durham, NC 27707
*Counsel for Benjamin W. Himan*

Edwin M. Speas, Jr.
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Eric P. Stevens
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
*Counsel for DNA Security, Inc. and Richard Clark*

Robert J. King, III
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
*Counsel for DNA Security, Inc. and Richard Clark*

Linwood Wilson
**Address Redacted Pursuant to Local Rule**

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210
*Counsel for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Brian Meehan*

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for City of Durham, North Carolina*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for DNA Security, Inc.*

Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

    Respectfully submitted,

**EKSTRAND & EKSTRAND LLP**

/s/ Robert C. Ekstrand
Robert C. Ekstrand, Esq.
NC Bar #26673
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Email:  rce@ninthstreetlaw.com
Phone: (919) 416-4590
Counsel for Plaintiffs