UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-953

RYAN McFADYEN, MATTHEW WILSON; and
BRECK ARCHER,, et al.,

                                                       Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

                                                       Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that our address and firm name has changed, effective Monday, 13 October 2008.

**From:**
Mailing Address:

Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096

Physical Address:

Poyner & Spruill LLP
3600 Glenwood Avenue
Raleigh, NC 27612

**To:**
Mailing Address:

Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801

Physical Address:

Poyner Spruill, LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-1801

This the 17th day of October, 2008.

**POYNER & SPRUILL LLP**

By: /s/Edwin M. Speas, Jr.
      Edwin M. Speas, Jr.
      North Carolina Bar #4112
      Eric P. Stevens
      North Carolina Bar # 17609
      P.O. Box 1801
      Raleigh, N.C. 27602-1801
      Tel.   (919) 783-6400
      Fax   (919) 783-1075
      Email  espeas@poynerspruill.com
      Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on October 17, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James Donald Cowan, Jr.
>Joel Miller Craig
>Kearns Davis
>Robert C. Ekstrand
>Reginald B. Gillespie, Jr.
>Jamie S. Gorelick
>Patricia P. Kerner
>Robert James King, III
>William F. Lee
>James B. Maxwell
>Dan Johnson Mclamb
>Jennifer M. O'Connor
>Shirley Maring Pruitt
>James Avery Roberts, III
>Henry W. Sappenfield
>Hannah Gray Styron
>D. Martin Warf
>Dixie Thomas Wells
>Paul R.Q. Wolfson
>Thomas Carlton Younger, III

**Service via US Mail:**
>Linwood Wilson, Pro Se
>6910 Innesbrook Way
>Bahama, NC 27503-9700

This the 17th day of October, 2008.

                                                /s/Edwin M. Speas, Jr.