IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:07-CV-953

RYAN MCFADYEN *et al.*,

    Plaintiffs,

        v.

DUKE UNIVERSITY *et al.*,

    Defendants.

_____

### DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK'S RESPONSE TO PLAINTIFFS' "REQUEST" FOR LEAVE TO CONDUCT 26(f) DISCOVERY CONFERENCE

Come now Defendants DNA Security, Inc. and Richard Clark and offer this Response to Plaintiffs' "request" for leave to conduct a Rule 26(f) discovery conference. In the concluding paragraph of "Plaintiffs' Opposition to the DNASI Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint", Plaintiffs state: "[w]ith respect, Plaintiffs request leave to schedule the Rule 26(f) discovery conference." No explanation is provided for this "request", and neither a separate motion nor a supporting brief has been filed.

DNA Security, Inc. and Richard Clark oppose Plaintiffs' "request". Plaintiffs have failed to comply with the Local Rules, which require the filing of a separate motion and supporting brief. L. R. 7.3. In addition, the conduct of a Rule 26(f) conference and the commencement of discovery while motions to dismiss are pending would be

inappropriate for the reasons set forth in these Defendants' Response to Motion to Compel Defendants to Confer Under Rule 26(f) filed in *Evans, et al. v. City of Durham, et al.*, 1:07-CV-739.

Respectfully submitted,

/s/ Robert J. King III
Robert J. King III
N.C. State Bar No. 15946
Kearns Davis
N.C. State Bar No. 22014
Brooks, Pierce, McLendon, Humphrey, &
 Leonard, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Counsel for Defendants DNA Security, Inc. and Richard Clark*


Robert A. Sar
N.C. State Bar No. 22306
Nicholas J. Sanservino, Jr.
N.C. State Bar No. 36557
Ogletree, Deakins, Nash, Smoak & Stuart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Defendant DNA Security, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2008, I electronically filed the foregoing **DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK'S RESPONSE TO PLAINTIFFS' "REQUEST" FOR LEAVE TO CONDUCT 26(f) DISCOVERY CONFERENCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth Street, Ste. 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson, and Breck Archer*

Jamie S. Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Conner
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

*and*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

*and*

James Donald Cowan, Jr.
Ellis & Winters LLP
100 N. Greene St., Ste. 102
Greensboro, NC 27401
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

Dan J. McLamb
Shirley M. Pruitt
Thomas Carlton Younger, III
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste. 1200
421 Fayetteville Street
P.O. Box 2889 [27602]
Raleigh, NC 27601
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
5517 Durham-Chapel Hill Blvd, Ste. 2000
Durham, NC 27717-1729

*and*

Roger E. Warin
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, D.C. 20003
*Counsel for Defendants City of Durham, North Carolina and Edward Sarvis*

Patricia P. Kerner
D. Martin Warf
Hannah Gray Styron
Troutman Sanders, LLP
434 Fayetteville Street, Ste. 1900
Raleigh, NC 27601
*Counsel for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendants James T. Soukup, Kammie Michael, David W. Addison, and Richard D. Clayton*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill, LLP
3600 Glenwood Avenue
Raleigh, NC  27612
*Counsel for Defendant Mark D. Gottlieb*

Joel M. Craig
Henry W. Sappenfield
Kennon Craver Belo Craig & McKee, PLLC
4011 University Drive, Ste. 300
P.O. Box 51579
Durham, NC 27717-1579
*Counsel for Defendant Benjamin W. Himan*

James A. Roberts, III
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Dr., Ste. 400
P.O. Box 17529
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan, Ph.D.*

Dixie T. Wells
Ellis & Winters LLP
100 N. Greene St., Ste. 102
Greensboro, NC  27401
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700
*Pro Se*

         Respectfully Submitted,

         <u>/s/ Robert J. King III</u>