IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-953

| | |
|---|---|
| RYAN MCFADYEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF SPECIAL APPEARANCE** |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

Attorney Paul R. Dickinson, Jr. hereby gives notice to the Court of a special appearance on behalf of defendant Brian Meehan in this matter and requests to be added to the Court's Docket and CM/ECF system so that he can receive copies of all Court filings, notices, and other papers that may be served or transmitted herein.

Respectfully submitted this the 26th[th] day of November, 2008.


s/ Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
*Attorney for Defendant Brian Meehan*
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone:     (704) 347-8990
Fax:              (704) 347-8929
Email: pauldickinson@lewis-roberts.com

s/ James A. Roberts, III
N.C. State Bar No. 10495
*Attorney for Defendant Brian Meehan*
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone:     (919) 981-0191
Fax:              (919) 981-0199
Email: jimroberts@lewis-roberts.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 26th day of November, 2008, pursuant to Rule 5 of the Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, I electronically filed the foregoing Notice of Special Appearance with the Clerk of Court using the CM/ECF system, which system will automatically generate and send Notification of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that with respect to the following parties, a copy is being transmitted via first class mail to the following non-CM/ECF participants:

Linwood Wilson
*Pro Se*
\*\* Address redacted pursuant to Local Rule.

This the 26th day of November, 2008.

s/ Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
*Attorney for Defendant Brian Meehan*
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone: (704) 347-8990
Fax: (704) 347-8929
Email: pauldickinson@lewis-roberts.com