IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-953

| | |
|---|---|
| RYAN MCFADYEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT BRIAN MEEHAN'S JOINDER IN REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK

COMES NOW defendant Brian Meehan ("Meehan") and hereby joins in and adopts by reference the Reply Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. and Richard Clark ("DSI's Reply Brief"). At the time of the events alleged in the Amended Complaint, Meehan was the Laboratory Director for defendant DNA Security, Inc. ("DSI"), the DNA testing laboratory retained by the State of North Carolina. *See* Amended Complaint ¶¶ 30, 32. Accordingly, the legal arguments set forth in DSI's Reply Brief, which refer to Meehan, DSI and Clark collectively as "the DSI Defendants," apply with equal force to Meehan.

After having read and considered each legal argument raised in DSI's Reply Brief and in order to avoid burdening the Court with repetitious and duplicative legal memoranda, Meehan adopts by reference DSI's Reply Brief pursuant to Rule 10(c), Fed. R. Civ. P. *See also*, 5A C. Wright &

00335183.WPD

A. Miller, *Federal Practice & Procedure* § 1326 (3d ed. 2007). For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

Respectfully submitted, this the 26th day of November, 2008.

        LEWIS & ROBERTS, PLLC

        By: /s/ James A. Roberts, III
        James A. Roberts, III
        N.C. State Bar No. 10495
        Lewis & Roberts, PLLC
        3700 Glenwood Avenue, Suite 410 (27612)
        P. O. Box 17529
        Raleigh, NC 27619
        Tel:    919/981-0191
        Fax:   919/981-0199
        E-m:   jar@lewis-roberts.com

        By: /s/ Paul R. Dickinson, Jr.
        Paul R. Dickinson, Jr.
        N.C. State Bar No. 20510
        Lewis & Roberts, PLLC
        5960 Fairview Road, Suite 102
        Charlotte, NC 28210
        Tel:    704/347-8990
        Fax:   704/347-8929
        E-m:   prd@lewis-roberts.com

        *Attorneys for Defendant Brian Meehan*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

The undersigned hereby certifies that, on this the 26th day of November, 2008, pursuant to Rule 5 of the Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, I electronically filed the foregoing Joinder in Reply Brief with the Clerk of Court using the CM/ECF system, which system will automatically generate and send Notification of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that with respect to the following parties, a copy is being transmitted via first class mail to the following non CM/ECF participants:

Linwood Wilson
*Pro Se*
** Address redacted pursuant to Local Rule

                                        LEWIS & ROBERTS, PLLC

                                        By: /s/ James A. Roberts, III
                                        James A. Roberts, III
                                        N.C. State Bar No. 10495
                                        Lewis & Roberts, PLLC
                                        3700 Glenwood Avenue, Suite 410 (27612)
                                        P. O. Box 17529
                                        Raleigh, NC 27619
                                        Tel:   919/981-0191
                                        Fax:   919/981-0199
                                        E-m:   jar@lewis-roberts.com

                                        *Attorneys for Defendant Brian Meehan*