IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:07-cv-00953

| | |
|---|---|
| RYAN MCFADYEN, et al.,            )<br>                                                    )<br>            Plaintiffs,            )<br>                                                    )<br>        v.                                        )<br>                                                    )<br>DUKE UNIVERSITY, et al.,        )<br>                                                    )<br>            Defendants.            )<br>                                                    )<br>                                                    ) | NOTICE OF CHANGE<br>OF ADDRESS |

PLEASE TAKE NOTICE that, effective immediately, the mailing address of J. Donald Cowan, Jr. and Dixie T. Wells has changed to the one indicated below. Please update the CM/ECF system and direct all future pleadings, papers and notices to the undersigned counsel at the address listed below.

| | |
|---|---|
| J. Donald Cowan, Jr.<br>N.C. Bar No. 0968<br>ELLIS & WINTERS LLP<br>333 N. Greene Street, Suite 200<br>Greensboro, NC 27401<br>Email: don.cowan@elliswinters.com<br>Tel:    (336) 217-4086<br>Fax:   (336) 217-4198 | Dixie T. Wells<br>N.C. Bar No. 26816<br>ELLIS & WINTERS LLP<br>333 N. Greene Street, Suite 200<br>Greensboro, NC 27401<br>Email: dixie.wells@elliswinters.com<br>Tel:    (336) 217-4197<br>Fax:   (336) 217-4198 |

This 26th day of January, 2009.

ELLIS & WINTERS LLP

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. Bar No. 0968
don.cowan@elliswinters.com
Dixie T. Wells
N.C. Bar No. 26816
dixie.wells@elliswinters.com
333 N. Greene Street, Suite 200
Greensboro, NC 27401
Tel: (336) 217-4193
Fax: (336) 217-4198

*Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2009, the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel.

This 26th day of January, 2009.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.

*Attorney for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*