# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

RYAN McFADYEN; MATTHEW WILSON; and
BRECK ARCHER,

                      Plaintiffs,

vs.

DUKE UNIVERSITY, et al.,

                      Defendants.

DOCKET NO. 1:07-CV-953

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

NOW COMES David W. Long of the law firm of Poyner Spruill LLP and pursuant to Local Rule 83.1(e) gives notice of his appearance as counsel for Defendant Mark Gottlieb in the above-referenced action. Mr. Long appears in place of Edwin M. Speas, Jr., who has withdrawn from Poyner Spruill LLP to serve as Counsel to North Carolina Governor Beverly Perdue. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the 27th day of February, 2009.

                      **POYNER SPRUILL LLP**

By:  /s/ David W. Long
       David W. Long
       N.C. State Bar No. 2779
       Eric P. Stevens
       N.C. State Bar No. 17609
       P.O. Box 1801
       Raleigh, NC 27602-1801
       Telephone: 919.783.6400
       Facsimile: 919.783.1075
       Email: dlong@poynerspruill.com
       estevens@poynerspruill.com
       ATTORNEYS FOR DEFENDANT
       MARK GOTTLIEB

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL*, with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| JAMES DONALD COWAN, JR: | don.cowan@elliswinters.com |
| | tamera.surber@elliswinters.com |
| | linda.jones@elliswinters.com |
| | lauren.gavin@elliswinters.com |
| | becky.byron@elliswinters.com |
| JOEL MILLER CRAIG: | jcraig@kennoncraver.com |
| | rrogers@kennoncraver.com |
| | hsappenfield@kennoncraver.com |
| KEARNS DAVIS: | kdavis@brookspierce.com |
| | pmiller@brookspierce.com |
| | amccoin@brookspierce.com |
| PAUL R. DICKINSON, JR: | pauldickinson@lewis-roberts.com |
| ROBERT C. EKSTRAND: | rce@ninthstreetlaw.com |
| | sje@ninthstreetlaw.com |
| | csb@ninthstreetlaw.com |
| | mjw@ninthstreetlaw.com |
| | scb@ninthstreetlaw.com |
| | sas@ninthstreetlaw.com |
| | aem@ninthstreetlaw.com |
| REGINALD B. GILLESPIE, JR: | rgillespie@faison-gillespie.com |
| | mherrington@steptoe.com |
| | lquadrino@steptoe.com |
| | diane.taylor@faison-gillespie.com |
| | susan.veasey@faison-gillespie.com |
| | Kelly.Troy@durhamnc.gov |
| | Kimberly.Grantham@durhamnc.gov |
| | JPNolan@steptoe.com |
| | RWarin@steptoe.com |
| | Beverly.Thompson@durhamnc.gov |
| | mvatis@steptoe.com |
| JAMIE S. GORELICK: | jamie.gorelick@wilmerhale.com |
| PATRICIA P. KERNER: | tricia.kerner@troutmansanders.com |
| | melissa.bowling@troutmansanders.com |
| | tracy.bowling@troutmansanders.com |
| ROBERT JAMES KING, III: | rking@brookspierce.com |
| | mhardin@brookspierce.com |

| | |
|---|---|
| WILLIAM F. LEE: | william.lee@wilmerhale.com |
| JAMES B. MAXWELL: | jmaxwell@mfbpa.com |
| | lrosemond@mfbpa.com |
| DAN JOHNSON MCLAMB: | dmclamb@ymwlaw.com |
| | cyounger@ymwlaw.com |
| JENNIFER M. O'CONNOR: | jennifer.oconnor@wilmerhale.com |
| | whdukelacrosseassociates@wilmerhale.com |
| | whdukelacrosseparalegals@wilmerhale.com |
| SHIRLEY MARING PRUITT: | spruitt@ymwlaw.com |
| JAMES AVERY ROBERTS, III: | jimroberts@lewis-roberts.com |
| | debbiewhaley@lewis-roberts.com |
| HENRY W. SAPPENFIELD: | hsappenfield@kennoncraver.com |
| | rrogers@kennoncraver.com |
| HANNAH GRAY STYRON: | hannah.styron@troutmansanders.com |
| | ,nella.johnson@troutmansanders.com |
| D. MARTIN WARF: | martin.warf@troutmansanders.com |
| | nella.johnson@troutmansanders.com |
| DIXIE THOMAS WELLS: | dixie.wells@elliswinters.com |
| | becky.byron@elliswinters.com |
| | carole.seidel@elliswinters.com |
| | sherry.pounds@elliswinters.com |
| LINWOOD WILSON: | LinwoodW@aol.com |
| PAUL R.Q. WOLFSON: | Paul.Wolfson@wilmerhale.com |
| THOMAS CARLTON YOUNGER, III: | cyounger@ymwlaw.com |

This the 27th day of February, 2009

/s/ David W. Long
David W. Long