# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN McFADYEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY, et al., <br><br> Defendants. | Suggestion of Subsequently Decided Authority |

Pursuant to Local Rule 7.3(i), the Duke University Defendants, Duke SANE Defendants, and Duke Police Defendants respectfully submit this suggestion of subsequently decided authority, without argument, to supplement their motions to dismiss in the above-captioned case. A copy of the United States Supreme Court's decision in *Ashcroft v. Iqbal* (No. 07-1015) is attached hereto as Exhibit 1.

Respectfully submitted, this 27th day of May, 2009.

/s/ Jamie S. Gorelick
───────────────────────
Jamie S. Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: jamie.gorelick@wilmerhale.com

*Counsel for Duke University Defendants, Duke SANE Defendants, and Duke Police Defendants*

/s/ J. Donald Cowan, Jr.
───────────────────────
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Ellis & Winters LLP
333 N. Greene Street, Suite 200
Greensboro, N.C. 27401
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
Email: don.cowan@elliswinters.com

*Counsel for Duke University Defendants and Duke Police Defendants*


/s/ Dan J. McLamb
───────────────────────
Dan J. McLamb
N.C. State Bar No. 6272
Yates, McLamb & Weyher, LLP
421 Fayetteville Street, Suite 1200
Raleigh, N.C. 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

*Counsel for Duke SANE Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2009, I electronically filed the foregoing Suggestion of Subsequently Decided Authority with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>*Counsel for the Plaintiffs*
>Robert C. Ekstrand
>Email:rce@ninthstreetlaw.com
>
>*Counsel for City of Durham and Edward Sarvis*
>Reginald B. Gillespie, Jr.
>Email: rgillespie@faison-gillespie.com
>
>*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*
>
>>Patricia P. Kerner
>>Email: tricia.kerner@troutmansanders.com
>>
>>D. Martin Warf
>>Email: martin.warf@troutmansanders.com
>>
>>Hannah Gray Styron
>>Email: Hannah.styron@troutmansanders.com
>
>*Counsel for James T. Soukup, Kammie Michael, David Addison, Richard D. Clayton*
>James B. Maxwell
>Email: jmaxwell@mfbpa.com
>
>*Counsel for Mark Gottlieb*
>David W. Long
>Email: dlong@poynerspruill.com
>
>Eric P. Stevens
>Email: estevens@poyners.com

*Counsel for Benjamin Himan*
>Henry W. Sappenfield
>Email: hsappenfield@kennoncraver.com
>
>Joel Miller Craig
>Email: jcraig@kennoncraver.com

*Counsel for DNA Security, Inc., Richard Clark*
>Kearns Davis
>Email: kdavis@brookspierce.com
>
>Robert James King, III
>Email: rking@brookspierce.com

*Counsel for J. Wesley Covington*
>Kenneth Kyre, Jr.
>Email: kkyre@pckb-law.com

*Linwood Wilson, pro se*
>Email: redacted

*Brian Meehan*
>Paul R. Dickinson, Jr.
>Email: pauldickinson@lewis-roberts.com
>
>James Avery Roberts, III
>Email: jimroberts@lewis-roberts.com

This 27th day of May 2009.

>/s/ Jamie S. Gorelick
>Jamie S. Gorelick
>
>Attorney for Duke University, Duke University Police Department, Duke University Health System, Inc., Private Diagnostic Clinic, PLLC, Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N.

Smith, Greg Stotsenberg, Robert K. Steel, Tara Levicy, Theresa Arico, July Manly, Allison Halton, Matthew Drummond, Stephen Bryan, Suzanne Wasiolek, Victor J. Dzau