# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, *et al.*,

    *Plaintiffs*,

        v.

DUKE UNIVERSITY, *et al.*,

    *Defendants*.

Civil Action No. 1:07-cv-953

## REQUEST FOR CLARIFICATION OF THE COURT'S JUNE 4, 2009, ORDER, AND ALTERNATIVE MOTION TO ENLARGE THE NUMBER OF PAGES OR BRIEFS PLAINTIFFS MAY FILE IN RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEFS REGARDING *ASHCROFT V. IQBAL*

The matter before the Court is the Court's June 4, 2009, Order authorizing Plaintiffs to file Responses to Defendants' Supplemental Briefs regarding *Ashcroft v. Iqbal,* 129 S. Ct. 1937 (May 18, 2009) (Docket No. 119). After consulting with opposing counsel, Plaintiffs seek clarification of the Order as it applies to the number of pages and briefs that Plaintiffs are authorized to file in response to Defendants' Supplemental Briefs. Further, to the extent that the Order authorizes Plaintiffs to file one, 20-page Response to all Briefs filed by the Defendants, Plaintiffs move for an Order enlarging the number of either pages or briefs that Plaintiffs may file in response to Defendants' Supplemental Briefs.

In support of this Motion, the Plaintiffs state as follows:

1. On June 4, 2009, the Court entered an Order (Docket No. 119) ("Order") authorizing the Defendant groups in this action to file a Supplemental Brief, not to exceed 20 pages, addressing the impact of the Supreme Court's decision in *Iqbal* on the pending Motions to Dismiss. Order, *McFadyen v. Duke Univ.,* 1:08-cv-953 (M.D.N.C. 2007) (Docket No. 119).

2. The Order authorizes Plaintiffs to file a Response Brief, within 20 days after such Supplemental Briefs are filed, not to exceed 20 pages, responding to any issues raised in the Supplemental Briefs. *Id.*

3. On June 24, 2009, Defendants filed four separate Supplemental Briefs (two of them merely adopt the arguments contained in other Supplemental Briefs). In all, the four substantive briefs filed by Defendants total 65 pages . (Docket Nos. 120-125).

4. Plaintiffs request clarification regarding whether the Court's Order permits Plaintiffs to file four Responses (each limited to 20 pages), or only one 20-page Response.

5. To the extent that the Order authorizes only one 20-page Response to address the issues raised in the four Briefs filed by the Defendants, Plaintiffs respectfully request a modification of the Order permitting Plaintiffs to file either four Responses limited to 20 pages each, or, in the alternative, because there is some overlap in the issues raised in Defendants' briefs, Plaintiffs request authorization to file one consolidated Response to all of Defendants' Briefs, not to exceed 60 pages.

6. Counsel for Plaintiffs has consulted with opposing counsel on this matter and have received the following responses: The City of Durham Defendants, including the City of Durham, City's Supervisory Defendants, and other Durham Police

Department and Spokesperson Defendants do not oppose the Motion. The Duke University Defendants, the Duke SANE Defendants, the Duke Police Defendants, Defendant DNA Security, Inc., Defendant Clark, and Defendant Linwood Wilson all take no position on the Motion. Defendant Meehan does not consent to the Motion.

7. A proposed order granting the relief sought is attached as <u>Exhibit A</u>.

FOR THE FOREGOING REASONS, Plaintiffs respectfully request that the Court (1) clarify its June 4, 2009, Order with respect to the number of pages and briefs Plaintiffs are authorized to file in response to Defendants' Supplemental Briefs, and (2) if the Order in fact authorizes Plaintiffs to file only one 20-page response, Plaintiffs request a modification of the Order authorizing Plaintiffs to file either one consolidated response to all Defendants' briefs, not to exceed 60-pages, or, in the alternative, four 20-page briefs in response to the four substantive Supplemental Briefs filed by Defendants.

Dated: June 29, 2009

Respectfully submitted,

**EKSTRAND & EKSTRAND LLP**

/s/ Robert C. Ekstrand

Robert C. Ekstrand, Esq. (NC Bar #26673)
Stefanie A. Sparks[*]
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Email: rce@ninthstreetlaw.com
Email: sas@ninthstreetlaw.com
Phone: (919) 416-4590
***Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson, and Breck Archer***

---

[*] N.C. State Bar Certified Legal Intern under the Supervision of Robert C. Ekstrand.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY, et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-953 |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2009, I electronically filed the foregoing **Request for Clarification of the Court's June 4, 2009, Order, and Alternative Motion to Enlarge the Number of Pages or Briefs Plaintiffs May File in Response to Defendants' Supplemental Briefs Regarding** *Ashcroft V. Iqbal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Donald Cowan, Jr.
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC  27401
*Counsel for the University Defendants*

Dixie Wells
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC  27401
*Counsel for the University Defendants*

Jamie S. Gorelick
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for the University Defendants*

Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
*Counsel for the University Defendants*

Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for the University Defendants*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109
*Counsel for the University Defendants*

Dan J. McLamb
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for the Sane Defendants*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717
*Counsel for City of Durham, North Carolina*

Patricia P. Kerner
Troutman Saunders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

D. Martin Warf
Troutman Sanders LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
*Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ*

James B. Maxwell
Maxwell, Freeman & Bowman
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup*

Joel M. Craig
Kennon, Craver, Belo, Craig & McKee
4011 University Drive, Suite 300
Durham, NC 27707
*Counsel for Benjamin W. Himan*

David W. Long
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Eric P. Stevens
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Counsel for Mark Gottlieb*

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*


Robert J. King, III
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC  27420
*Counsel for DNA Security, Inc. and Richard Clark*

Linwood Wilson
**\*\* Home Address Redacted Pursuant to Local Rule and ECF P&P Manual.**

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC  28210
*Counsel for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482
*Counsel for Brian Meehan*

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for City of Durham, North Carolina*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Counsel for DNA Security, Inc.*

                                Respectfully submitted,

                                **EKSTRAND & EKSTRAND LLP**

                                /s/ Robert C. Ekstrand
                                Robert C. Ekstrand, Esq.(NC Bar #26673)

                                *Counsel for Plaintiffs Ryan McFadyen,*
                                *Matthew Wilson, and Breck Archer*