IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, et al.,

    Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

    Defendants.

1:07CV953

ORDER

This matter is before the Court on Plaintiffs' Motion to Enlarge the Number of Pages or Briefs Plaintiffs May File in Response to Defendants' Supplemental Briefs Regarding Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009) (the "Motion") [Doc. #126]. Upon consideration of the Motion, it is hereby ORDERED that, within 20 days after Defendants' Supplemental Briefs are filed, Plaintiffs may file one consolidated Response Brief, not to exceed 40 pages, responding to the issues raised in the Defendants' Supplemental Briefs [Doc. #120 - #125]. In all other respects, Plaintiffs' Motion is denied.

So ORDERED this, the 10th day of July, 2009.

                                                    _____
                                                  United States District Judge