# Exhibit B

*Proposed Order*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN McFADYEN, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DUKE UNIVERSITY, et al., <br><br> *Defendants.* | Civil Action No. 1:07-cv-953 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE PLEADINGS

The matter before the Court is Plaintiffs' Motion for Leave to Amend the Pleadings (the "Motion"). Upon consideration of the Motion, it is hereby ORDERED that, Plaintiffs may amend the First Amended Complaint (Docket No. 34) as shown in Exhibit A to Plaintiffs' Motion. Upon filing, Plaintiffs' Second Amended Complaint will be considered the complaint in this case.

So ORDERD on this, the _____ day of November, 2009.

_____
United States District Judge