UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

RYAN McFADYEN, *et al.*,
    *Plaintiffs,*

v.

DUKE UNIVERSITY, *et al.*,
    *Defendants.*

Action No. 1:07–CV–953

### NOTICE OF MANUAL FILING

    PLEASE TAKE NOTICE that Plaintiffs, Ryan McFadyen, Matthew Wilson, and Breck Archer, are manually filing a CD-ROM containing the Second Amended Complaint with its audio and video exhibits embedded within it.[1] Manual filing of these materials is required because the file sizes of the audio and video attachments exceed the cumulative limits established for uploading materials to the Court's CM/ECF system. Manual filing is authorized by the Court's Standing Order No. 35 and the *Electronic Case Filing Administrative Policies and Procedures Manual* (January 21, 2009).

    The digital file contained in the CD-ROM filed with the Court is being manually served upon all parties.

---

[1] Similarly, a CD-ROM with "embedded" versions of the Original Complaint and First Amended Complaint were filed with the Court, and served upon the parties to this action either by delivery of the CD-ROM or via FTP download at http://www.ninthstreetlaw.com/docs/1.07-cv-953.pdf and http://www.ninthstreetlaw.com/docs/amended_complaint.pdf, respectively.

Dated: February 23, 2010	Respectfully submitted,

EKSTRAND & EKSTRAND LLP

/s/ Robert C. Ekstrand

Robert C. Ekstrand (NC Bar #26673)
Stefanie A. Sparks†
811 Ninth Street, Suite 260
Durham, North Carolina 27705
Email: rce@ninthstreetlaw.com
Email: sas@ninthstreetlaw.com
Phone: (919) 416-4590

*Counsel for Plaintiffs Ryan McFadyen,
Matthew Wilson, and Breck Archer*

---

† N.C. State Bar Certified Legal Intern under the Supervision of Robert C. Ekstrand.

2

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| RYAN McFADYEN, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br><br>DUKE UNIVERSITY, *et al.*,<br><br>    *Defendants.* | Case No. 1:07-cv-953 |

## CERTIFICATE OF SERVICE

  I hereby certify that, on February 23, 2010, I electronically filed the foregoing NOTICE OF MANUAL FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Donald Cowan, Jr.
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC 27401
**Counsel for the University Defendants**

Dixie Wells
Ellis & Winters, LLP
100 North Greene Street, Suite 102
Greensboro, NC 27401
**Counsel for the University Defendants**

Jamie S. Gorelick
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
**Counsel for the University Defendants**

Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
**Counsel for the University Defendants**

Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
**Counsel for the University Defendants**

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109
**Counsel for the University Defendants**

Dan J. McLamb
Yates, McLamb & Weyher, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
**Counsel for the Sane Defendants**

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717
**Counsel for City of Durham, North Carolina**

Patricia P. Kerner
Troutman Saunders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
**Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ**

D. Martin Warf
Troutman Sanders LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
**Counsel for Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans, and Lee Russ**

James B. Maxwell
Maxwell, Freeman & Bowman
P.O. Box 52396
Durham, NC 27717-2396
**Counsel for David Addison, Kammie Michael, Richard D. Clayton and James T. Soukup**

Joel M. Craig
Kennon, Craver, Belo, Craig & McKee
4011 University Drive, Suite 300
Durham, NC 27707
**Counsel for Benjamin W. Himan**

David W. Long
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
**Counsel for Mark Gottlieb**

Eric P. Stevens
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, NC 27605-0096
**Counsel for Mark Gottlieb**

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
**Counsel for DNA Security, Inc. and Richard Clark**

Robert J. King, III
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
**Counsel for DNA Security, Inc. and Richard Clark**

Linwood Wilson
**\*\* Home Address Redacted Pursuant to Local Rule and ECF P&P Manual.**

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210
*Counsel for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Brian Meehan*

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20003
*Counsel for City of Durham, North Carolina*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for DNA Security, Inc.*

Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612
*Counsel for DNA Security, Inc.*

    Respectfully submitted,

    **EKSTRAND & EKSTRAND LLP**

    /s/ Robert C. Ekstrand
    Robert C. Ekstrand, Esq.(NC Bar #26673)

    *Counsel for Plaintiffs Ryan McFadyen,*
    *Matthew Wilson, and Breck Archer*