**EXHIBIT 6**

From: TrinityPark@yahoogroups.com [mailto:TrinityPark@yahoogroups.com] **On Behalf Of** Gottlieb, Mark
Sent: Sunday, October 09, 2005 10:30 PM
To: pac2@yahoogroups.com; trinitypark@yahoogroups.com
Cc: Sarvis, Ed; Smith, Larry; Duke, Frank
Subject: [TrinityPark] 203 Watts

NOTE: THIS IS A SECOND ATTEMPT TO SEND OUT THIS MESSAGE TO PAC2. THE ORIGINAL MESSAGE WOULD NOT GO THROUGH WITH ALL THE PHOTOGRAPHS OF THE SUSPECTS.

## RECENT DISTRICT BACKGROUND INFORMATION

The Durham Police Department District 2 officers have been conducting a zero tolerance enforcement program throughout the district to decrease problems that interfere with quality of life issues. This operation has been going on for the past few months. Officers have gone into high crime areas and areas with multiple complaints and began to enforce everything from public alcohol consumption, to noise complaints, and parking violations. Officers also identify suspicious people who are out in areas that appear to be out of place, and document who they are, and what they say they are doing there. The heavy patrols along with quick response to neighborhood complaints have been the back bone of this operation. The early results have been impressive. While the officers from District 2-D have worked to solve individual neighborhood quality of life issues, we have had excellent timing in September to arrest two break in suspects and a Peeping Tom all in the Trinity Park / Walltown areas. This has decreased the number of B/E's to autos our officers have responded to, and helped the people of these communities.

## 203 WATTS STREET HISTORY

For several years officers have had numerous complaints that have been generated about loud parties, public urination, alcohol violations, public consumption, under age drinking, and general disrespect caused by residents of this house. Since August 2005, the home has been a problem for neighbors several times. According to records research by the police department provided to Captain Sarvis, this house is the number one house for noise and alcohol complaints in the city. The house is a rental property owned by Guy Solie of Trinity Properties. According to Jason Matthews, a current resident at 203 Watts Street, there are six people on the lease, but seven who live there. He stated he has given their names (people residing at 203 Watts Street) and phone numbers to neighbors and asked them to call one of them if a party is disturbing them instead of the police. He met with Captain Sarvis, Cpl. Reitz, and I on Wednesday 10-5-2005. He stated he has been arrested 4 times now and cannot afford to keep going to jail. He asked what could be done to decrease complaints from the neighbors and allow the residents to continue to enjoy a social life. We explained to him the people need to be respectful, clean up after themselves, keep the noise down, and not drink or urinate in public. We also suggested they join the Trinity Park website to see what neighborhood concerns are, and try to abide by them.

## PARTY ON 10-08-2005 at 203 WATTS STREET

On 10-8-2005 at 6:30pm, District 2-D officers were called to the 200 block of Watts for a loud party at 203 Watts Street. There were reports of subjects urinating on houses across the street, throwing beer cans on neighbor's lawns, loud music, public consumption of beer on the street and sidewalk, and people breaking beer bottles in the street and on the sidewalks. Written statements were taken from neighbors who witnessed this activity. One neighbor even took a picture of a subject who threw a 40 ounce bottle in the

direction of a neighbor who asked one of the people at the party to pick up the trash they threw on her lawn. The subject was running back to his white SUV with Virginia tags when the photograph was taken. Warrants will hopefully be issued for that person in the very near future. Duke police responded to this call with city officers. They advised me there is also a stolen flag from the Duke Allen Administration Bldg. that was observed hanging in a window on 9-15-2005. It was still believed to be inside the residence on 10-8-2005.

Officers went to the Durham County Magistrates Office and obtained arrest warrants on the seven individuals who live in the home. They are:

1. Mike Kenney, W/M, 5-24-1984, of 5664 Woodcrest Dr. Edina, MN 55424
2. Urosh Tomovich, W/M, 05-01-1984, of 8930 #203 Halfmoon Ct Raleigh, NC 27613
3. Joshua H. Weinstein, W/M, 04-02, 1984, of 117 Margery Ln. Westwood, MA 02090
4. Jeff Goldfarb, W/M, 06-22-1984, of 55 Spier Dr. South Orange, NJ 07079
5. Justin Bieber, W/M, 02-06-1984, of 9532 Potomac Potomac, MD 20854
6. Kevin Breaux, W/M, 12/30/1983, of 612 Fifth Street Marrietta, OH 45750
7. Jason Boone Matthews, W/M, 07-04-1984, of 2418 Nantes Lane Bakersfield, CA 93311

On 10-9-2005 in the early morning hours, Durham Police 2-D Officers assisted by Duke Police conducted a search warrant at 203 Watts Street and took 5 of the seven wanted suspects into custody. In addition, evidence was gathered to assist in the prosecution of the charges that were related to the earlier call on 10-8-2005 at 6:30pm.

The stolen flag that belongs to Duke University was also recovered. The flag was turned back to their possession, and the case will be turned over to their Investigative Services for the issuance of additional charges; Possessing Stolen Goods.

## FOLLOW UP PLANNED FOR 203 WATTS STREET

Officers will locate and arrest the remaining two individuals who were not located at the time of the search warrant. They are Jason Matthews and Mike Kenney.

This house continues to be a nuisance for the neighbors who live in Trinity Park I am forwarding information to the City for suspected violations of zoning codes. When the search warrant was conducted there is obviously only one kitchen in this single occupancy dwelling. I am under the impression that houses

occupied in this fashion are required to have two kitchens to meet the zoning requirements.

Finally, Check with Duke Police on the status of the pending warrants.

I would like to thank everyone for their continued support of the work by the District 2 officers, and will attempt to continue to make District 2 a better place to live and work.

Sergeant M.D. Gottlieb

Durham Police District 2

505 West Chapel Hill Street

Durham, North Carolina 27701

919-560-4582

919-560-4826 (Fax)

M.Gottlieb@durhamnc.gov