

WILLIE L. COVINGTON
REGISTER OF DEEDS, DURHAM COUNTY
DURHAM COUNTY COURTHOUSE
200 E. MAIN STREET
DURHAM, NC 27701

## PLEASE RETAIN YELLOW TRAILER PAGE

It is part of recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Filed For Registration: | 02/28/2006 11:23:07 AM |
| Book: | RE  5126  Page: 678-685 |
| Document No.: | 2006008836 |
| | DEED  8 PGS  $32.00 |
| NC REAL ESTATE EXCISE TAX: | $7,400.00 |
| Recorder: | APRIL J WILLIAMS |



2006008836

EXHIBIT 7



2006008836

FOR REGISTRATION REGISTER OF DEEDS
Willie L. Covington
DURHAM COUNTY, NC
2006 FEB 28 11:23:07 AM
BK:5126 PG:678-685 FEE:$32.00
NC REV STAMP:$7,400.00
INSTRUMENT # 2006008836

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $7,400.00

Parcel Identifier No. _____ Verified by _____ County on the ___ day of _____, 20__
By: _____

Mail/Box to: Grantee c/o Jeff Potter, Duke University R/E Admin., 402 Oregon St., Durham NC 27705

This instrument was prepared by: Maxwell, Freeman & Bowman, P.A., 2741 University Drive, Durham, NC 27707

Brief description for the Index: _____

THIS DEED made this 27th day of February, 20 06, by and between

| GRANTOR | GRANTEE |
|---|---|
| SOLEIL, LLC | DURHAM REALTY, INC. |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, _____ Township, Durham County, North Carolina and more particularly described as follows:
SEE EXHIBIT A

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book _____ page _____.

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions: Any Restrictive Covenants and Easements of public record.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

SOLEIL, LLC _____ (SEAL)
(Entity Name)

By: _____  _____ (SEAL)
Title: Member / Manager

By: _____  _____ (SEAL)
Title: _____

By: _____  _____ (SEAL)
Title: _____

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20__.

My Commission Expires: _____

_____ Notary Public

State of North Carolina - County of Durham

I, the undersigned Notary Public of the County and State aforesaid, certify that Guy T. Solie personally came before me this day and acknowledged that he is the Member of Soleil, LLC, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this 27th day of February, 20 06

My Commission Expires: 2-2-2011

JO ANN F. MILLER
NOTARY PUBLIC
Durham County, North Carolina
My Commission Expires

_____ Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires: _____

_____ Notary Public

The foregoing Certificate(s) of _____ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County
By: _____ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

EXHIBIT A

LEGAL DESCRIPTION

**Tract 1**       508 N. Buchanan Blvd.

BEGINNING at a stake in the east side of Buchanan Boulevard 110.66 feet in a southerly direction from the south side of Dacian Avenue; and running thence South 87 degs. 48' East 109 feet to a stake; thence South 4 degs. 50' West 39.5 feet to a stake in the north side of a 15 foot alley; thence along and with the north side of said alley North 87 degs. 48' West 109 feet to a stake in the east side of Buchanan Boulevard; thence along and with the east side of Buchanan Boulevard North 4 degs. 50' East 39.5 feet to a stake, the point and place of beginning, and being the southern portions of Lots 1 and 2 in Block 6 of the B. L. DUKE NORTH DURHAM PROPERTY, as per plat and survey thereof on file in the Office of the Register of Deeds of Durham County, in Plat Book 5, at page 102, to which reference is hereby made for a more particular description of same.

**Tract 2**       610 N. Buchanan Blvd.

BEGINNING at a stake on the east side of Buchanan Boulevard at a point where the inside line of the sidewalk on the east side of Buchanan Boulevard intersects the north side of a 15 foot alley; and running thence along and with the inside line of the sidewalk on the east side of Buchanan Boulevard North 12 degrees 20 minutes West 56 feet to a stake on the inside line of the sidewalk on the said east side of Buchanan Boulevard; thence South 88 degrees east 99 feet to a stake in F.C. Delamar's line; thence South 2 degrees 50 minutes West 56 feet to a stake on the north side of said 15 foot public alley; thence North 87 degrees West 88 feet to the point of BEGINNING and being the same property described in Deed Book 241 at Page 187.

**Tract 3**       702 N. Buchanan Blvd.

LYING at the northeastern intersection of Buchanan Boulevard and Urban Avenue, and being all of Lot 3 of the DR. T.T. FRAZIER PROPERTY as per plat and survey thereof now on file in Plat Book 10 at page 56 in the Office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. This is the same identical property conveyed to Guy T. Solie by deed recorded in Real Estate Book 1162 at page 22, Durham County Registry.

**Tract 4**       704 N. Buchanan Blvd.

BEGINNING at a stake on the eastern side of Buchanan Boulevard, said stake being the southwestern corner of the lot designated as "708" on the plat hereinafter referred to: thence with the southern line of said lot "708" South 88 degrees 41' East 159.66 feet to a stake; thence South 00 degrees 41' East 100.00 feet to a stake, northeastern corner of Lot 3, Plat Book 10 at page 56, as shown on said plat, thence with the northern line of said Lot 3 North 88 degrees 41' West 151.6 feet to a stake on the eastern side of Buchanan Boulevard, northwestern corner of said Lot 3; thence

along and with the eastern side of said Buchanan Boulevard in a northerly direction along an arc having a radius of 716.2 feet a distance of 100.00 feet to a stake, the point and place of BEGINNING, and being all of that lot designated as "704" on that plat of the BRIAN SOUTH PROPERTY recorded in Plat Book 106 at page 9 in the Office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. This is a part of that property conveyed to Guy Solie by deed recorded in Real Estate Book 1203 at page 82, Durham County Registry.

**Tract 5**      708 N. Buchanan Blvd.

BEGINNING at a stake on the eastern side of Buchanan Boulevard, said stake being the southwestern corner of the lot designated as "710" on the plat hereinafter referred to; thence with the southern line of said Lot "710" South 88 degrees 41' East 155.85 feet to a stake; thence South 00 degrees 41' East 80.00 feet to a stake, northeastern corner of Lot "704" as shown on said plat; thence with the northern line of said Lot "704" North 88 degrees 41' West 159.66 feet to a stake on the eastern side of Buchanan Boulevard, northwestern corner of said Lot "704"; thence along and with the eastern side of said Buchanan Boulevard in a northerly direction along an arc having a radius of 716.2 feet to a distance of 80.00 feet to a stake, the point and place of BEGINNING, and being all of that lot designated as "708" on that plat of the BRIAN SOUTH PROPERTY recorded in Plat Book 106 at page 9 in the office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. This is a part of that property conveyed to Guy Solie by deed recorded in Real Estate Book 1203 at page 82, Durham County Registry.

**Tract 6**      710 N. Buchanan Blvd.

BEGINNING at an iron pin at the inside of the sidewalk on the east side of Buchanan Blvd. at the northwest corner of property known as 708 Buchanan Blvd. and running thence along the inside of the sidewalk on the east side of Buchanan Blvd. North 5 degrees 15 minutes East 22.6 ft. to an iron pin, thence along a clockwise arc, the radius of which is 33 ft., a distance of 49.45 ft. to an iron pin on the south side of Markham Avenue, thence along and with the same South 88 degrees 30 minutes East 29.98 ft. to an iron pin, thence continuing along the south side of Markham Avenue along a counterclockwise arc, the radius of which is 422.05 ft., a distance of 80.29 ft. to an iron pin, thence South 1 degree 58 minutes West 61.05 ft. to an iron pin in the north line of property known as 708 Buchanan Blvd., thence with the north line of said property North 88 degrees 41 minutes West 143.75 ft. to an iron pin on the east side of Buchanan Blvd. the point of BEGINNING and being that property known as 710 Buchanan Blvd. as shown on Plat of the property of Brian South by Charles P. Hinnant RLS dated August, 1984 and recorded in Plat Book 106, Page 9, Durham County Registry to which plat reference is hereby made for a more particular description.

**Tract 7**      814 Lancaster St.

BEGINNING at a stake 166 2/3 feet from the intersection of the inside line of the sidewalk on the south side of "B" Street (now Green Street) and the east side of Second Street (now Lancaster Street), and running thence in a southerly direction 83 1/3 feet along the inside line of the sidewalk

on Lancaster Street to a stake, the Methodist parsonage lot northwest corner; thence in an easterly direction along the line of said Methodist Parsonage lot 140 feet to the western line of a 20 foot alley; thence along the western line of said alley in a northerly direction 83 1/3 feet to a stake, the southeast corner of T.L. Poole's lot; thence along said T.L. Poole line 140 feet to the point and place of BEGINNING, and being the same identical property conveyed to Guy T. Solie by deed recorded in Real Estate Book 1024 at page 536, Durham County Registry.

**Tract 8**     700 Maplewood Ave.

BEING Lot 11 as shown on plat of the ROSS PROPERTY, dated December 13, 1921, by R.M. Pickard, C.E., and recorded in Plat Book 3, at page 155, and being a portion of the property conveyed by W. G. Bramham and Hugh Scarlett, Commissioners, to Jack Long, by deed recorded in Deed Book 65, at page 72, to which reference is hereby expressly made for a more particular description of same. Reference is also made to deed from Egbert L. Haywood, Commissioner, to Mrs. Irene E. Long, dated August 11, 1947, and recorded in Book of Deeds 173, at page 441, Registry of Durham County.

**Tract 9**     1105 Urban Ave.

BEGINNING at a stake on the south side of Urban Avenue at the northeast corner of Lot No. 1, as shown on the plat hereinafter referred to, said beginning point being 107.7 feet in an easterly direction from the east side of Buchanan Boulevard, and running thence along and with the south side of Urban Avenue South 88 degrees 30 minutes East 50 feet to a stake; thence South 2 degrees 32 minutes West 83.5 feet to a stake; thence North 87 degrees 5 minutes West 35 feet to a stake; thence South 2 degrees 3 minutes West 10 feet to a stake; thence North 87 degrees 48 minutes West 11.3 feet to a stake; thence North 00 degrees 57 minutes East 93.8 feet to the point and place of BEGINNING and being Lot No. 2 of the Holder property, as shown on plat recorded in Plat Book 8, page 212, Durham County Registry, to which reference is hereby made for a more particular description. See Deed Book 51, page 675, and Deed Book 85, page 260.

It is understood and agreed that the driveway between Lots Nos. 1 and 2, shown on said plat, is to be used jointly between the owners of said Lot No.s 1 and 2.

**Tract 10**     1107 Urban Ave.

LYING on the southern side of Urban Avenue, containing 4332.6 square feet, more or less, and being all of Lot 2 of the PROPERTY OF MARY E. HALL (ESTATE) as per plat and survey thereof now on file in Plat Book 112 at page 53 in the Office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. SUBJECT AND TOGETHER WITH a joint driveway 10 feet wide and 64 feet long centered on the eastern side property line as shown on the recorded plat. This is part of that property conveyed to Guy Solie by Deed recorded in Real Estate Book 1319 at page 34, Durham County Registry.

**Tract 11**     1111 Urban Ave.

LYING at the southeast intersection of Urban Avenue and Buchanan Boulevard, containing 5,220 square feet, more or less, and being all of Lot 1 of the PROPERTY OF MARY E. HALL (ESTATE) as per plat and survey thereof now on file in Plat Book 112 at page 53 in the Office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. This is the part of that property conveyed to Guy Solie by deed recorded in Real Estate Book 1319 at page 34, Durham County Registry.

**Tract 12**     203 Watts St.

LYING on the western side of Watts Street, and being all of Lot 16 of the GEORGE W. WATTS PROPERTY as per plat and survey thereof now on file in Plat Book 3-A at page 62 in the Office of the Register of Deeds of Durham County, to which plat reference is hereby expressly made for a more particular description of same. This is the same identical property conveyed to Guy T. Solie by deed recorded in Real Estate Book 959 at page 345, Durham County Registry.

**Tract 13**     601 Watts St.

BEGINNING at a stake in the northwest corner of the intersection of Watts Street and Monmouth Avenue, and running thence along and with the north side of said Monmouth Avenue North 87 deg. 48 min. West 150 feet to a stake; thence North 2 deg. 12 min. East 75 feet to a stake; thence South 87 deg. 48 min. East 150 feet to a stake in the west side of Watts Street; thence along and with the west side of said street South 2 deg. 12 min. West 75 feet to a stake, the place and point of BEGINNING, and being the southern one-half of Lots 8, 9 and 10 in Block 6 of the B.L. DUKE PROPERTY as per plat and survey thereof on file in the office of the Register of Deeds of Durham County in Plat Book 5 at page 102, to which reference is hereby made for a more particular description of same.

**Tract 14**     913 Wilkerson Ave.

BEGINNING at a stake at the point of intersection of the south side of Wilkerson Avenue with the east side of 20 foot alley (known as Thaxton Alley), and running thence along and with the south side of Wilkerson Avnue N 75 degrees 15' E 123.6 feet to a stake in the north line of Lot No. 4 as shown on the plat hereinafter referred to; thence in a southerly direction approximately 145 feet to a stake in the north line of Lot #1 at the southeastern corner of Lot No. 3 and the southwestern corner of Lot No. 4; thence with the south line of Lots Nos. 4 and 5 and with the north line of Lot No. 1 N 82 degrees 15' E 110 feet and 6 inches to a stake at the northeastern corner of Lot No. 1; thence south 1 degree 15' W 59 feet to a stake at the southeastern corner of Lot No. 1; thence S 85 degrees 45' W 212 feet and six inches to a stake on the east side of said 20 foot alley; thence along and with the east side of said alley N 6 degrees 45' W 178 feet and 6 inches to the point and place of beginning and BEING all of Lot Nos. 1, 2, and 3 and a triangular portion of Lot No. 4 of the George W. Teer proeprty, as shown on plat recorded in Plat Book 1, page 52, Durham County Registry. SAVING AND EXCEPTING THEREFROM all of Lot 1 of the George W. Teer Property as shown on plat recorded in Plat Book 1 at Page 52 of the Durham County Registry.

**Tract 15**     921½ Wilkerson Ave.

BEGINNING at a stake in the eastern side of a 20 foot alley the southwest corner of Lot No. 2 of the plat hereinafter referred to and running thence along and with the southern side of Lot Nos. 2, 3, 4 and 5 N 82 degrees 15' E 220.6 feet to the southeastern corner of Lot No. 5; thence S 1 degree 15' W 59 feet to a stake; thence S 35 degrees 45' W 212.6 feet to a stake in the eastern side of said 20 foot alley; thence along and with the eastern side of said 20 foot alley N 6 degrees 45' W 49 feet to the place and point of BEGINNING and being Lot No. 1 as shown on undated plat of the Property of George W. Teer, recorded in Plat Book 1, Page 52, to which reference is hereby made for a more particular description of same.