EXHIBIT 13



On Monday, March 13, 2006 about 11:00pm, the Duke University Lacrosse Team solicited a local escort service for entertainment. The victim was paid to dance at the residence located at 610 Buchanan. The Duke Lacrosse Team was hosting a party at the residence. The victim was sodomized, raped, assaulted and robbed. This horrific crime sent shock waves throughout our community.

Durham Police needs your assistance in solving this case. We are asking anyone who has any information related to this case, please contact Inv. Himan at 560-4582 x229.

Information can also be provided anonymously through Durham CrimeStoppers at 683-1200 or by email to david.addison@durhamnc.gov (Please use an anonymous email account). Durham CrimeStoppers will pay cash for any information which leads to an arrest in this case.

*Distributed by Durham Police on 4/8/2006*