EXHIBIT 14

# PLEASE COME FORWARD.

"We're not saying that all 46 were involved. But we do know that some of the players inside that house on that evening knew what transpired and we need them to come forward."

- Durham Police Cpl. David Addison

ABCNews
3/26/2005

Please call Durham CrimeStoppers at 683-1200. Callers may remain anonymous.

  

Breck Archer | Bo Carrington | Casey Carroll

       

Mike Catallino | Tom Clute | Kevin Coleman | Josh Coveleski | Ned Crotty | Matt Danowski | Ed Douglass | Kyle Dowd

       

David Evans | Collin Finnerty | Dan Flannery | Gibbs Fogarty | Zack Greer | Erik Henkelman | Jay Jennison | Ben Koesterer

       

Fred Krom | Peter Lamade | Adam Langley | Chris Loftus | Dan Loftus | Kevin Mayer | Tony McDevitt | Ryan McFadyen

       

Glenn Nick | Nick O'hara | Dan Oppedisano | Sam Payton | Brad Ross | KJ Sauer | Steve Schoeffel | Rob Schroeder

      

Reade Seligmann | Dan Theodorisis | Bret Thompson | Chris Tkac | John Walsh | Michael Ward | Rob Wellington | Matt Wilson

NOTE: There are four more players that were not retrieved from the GoDuke.com website before Duke took down the lacrosse team's roster on Monday morning, March 27th.