EXHIBIT 19

LAW OFFICES
# EKSTRAND & EKSTRAND, LLP
811 NINTH STREET, SUITE 260
DURHAM, NORTH CAROLINA 27705
(919) 416-4590

WWW.NINTHSTREETLAW.COM

SENDER:
ROBERT C. EKSTRAND
FAX: (919) 416-4591
E-MAIL: RCE@NINTHSTREETLAW.COM

April 6, 2006

**VIA FACSIMILE AND REGULAR MAIL**
Mr. Michael Nifong
Durham County District Attorney
Judicial Building, 6th Floor
201 East Main Street
Durham, NC
27701

RE: 610 BUCHANNAN INVESTIGATION
OUR FILE NUMBER: 1029-1120

Dear Mike:

Please be advised that I represent the individuals listed on the attached page. Each of these individuals were among those subjected to a compulsory non-testimonial order in proceedings captioned as "In the Matter of 610 N. Buchanan Blvd., Durham, NC 27701." The Non-Testimonial Identification Order is attached for your reference. Pursuant to that order my clients were compelled to provide (1) "Photographs of potential injuries sustained…during the alleged offenses located on [the] torso or upper extremities"; (2) "Mug shot photographs for line-ups"; and (3) "Swabbings of the mouth to provide DNA evidence for a link between the victim and suspects."

This is to formally notify you that each of the individuals listed on the attached page hereby assert their right, pursuant to N.C.G.S. §15A-282, to receive a copy of all reports of test results as soon as the reports are available. Pursuant to the same statute, as each listed individual's attorney, I am requesting that you provide a copy of any reports of test results to me at the fax number or address above as soon as the reports are available. Please consider this letter as a formal request under §15A-282 to provide me with all reports and test results derived from or related to materials obtained from my clients through the nontestimonial identification order, as soon as they are available, including but not limited to the following:

1. Regarding the photographs taken of "potential injuries sustained," the results of any analysis of those photographs, including reports of any witness interviews regarding the comparison and identification of such injuries;

2. Regarding the "mug shot photographs for line-ups," the reports of the results of any such line-up identification procedures; and

3. Regarding the DNA "swabbings," the results of any analysis made to compare with any of my clients' DNA with any other material.

To the extent that any test results, including any preliminary or partial test results, are already available, please provide me with a copy of any such reports in the same manner.

Cordially,

*[signature]*

Robert C. Ekstrand

RCE/tlp
cc: Robin Pendergraft, Director (w/ encl.)