# Exhibit 23





Note: Exhibit is digitally embedded in CD-Rom version of complaint and also included as a separate file in "Exhibit" file on CD-Rom labeled "Exhibit 23."