EXHIBIT 27

Public Secrets,
Public Scandals:
CRIME SCENE DO NOT CROSS
The Event Of
DUKE LACROSSE
A Lecture By
Grant Farred
Williams College Sterling Brown Visiting Professor of Africana Studies and Associate Professor of the Program in Literature at Duke University
MONDAY, APRIL 30
4:30 PM - GRIFFIN 3
SPONSORED BY AFRICANA STUDIES PROGRAM AND ENGLISH DEPARTMENT
