UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-00953

RYAN McFADYEN, MATTHEW WILSON;
and BRECK ARCHER,

                      Plaintiffs,

vs.

DUKE UNIVERSITY et. al,

                      Defendants.

## DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT
## FED. R. CIV. P. 12(b)(6)

Defendant Mark Gottlieb respectfully moves the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss all claims in Plaintiffs' Second Amended Complaint against him for failure to state a claim upon which relief can be granted. In support thereof, and pursuant to this Court's February 16, 2010 Order (Docket # 135), Defendant Gottlieb incorporates the arguments and authorities set forth in the Memorandum in support of his original Motion to Dismiss (Docket # 54), the Joint Reply Memorandum in Support of the Motions to Dismiss of Mark Gottlieb and Benjamin Himan (Docket # 106), the Supplemental Brief in Support of the Motions to Dismiss of the City of Durham, North Carolina, Mark Gottlieb, and Benjamin Himan (Docket # 123), and the Suggestion of Subsequent Authority (Docket # 134).

WHEREFORE, Defendant Gottlieb respectfully prays the Court that:

1. The Action against him be dismissed;

2. Judgment be entered for Defendant Gottlieb;

3. Plaintiffs have and recover nothing from Defendant Gottlieb; and

4. Defendant Gottlieb have such other and further relief as the Court shall deem just and proper.

This the 8th day of March, 2010.

**POYNER & SPRUILL LLP**

By: /s/Eric P. Stevens
David W. Long,
North Carolina Bar #2779
Eric P. Stevens
North Carolina Bar # 17609
P.O. Box 1801
Raleigh, N.C. 27602-1801
Tel. (919) 783-6400
Fax (919) 783-1075
Email dwlong@poyners.com
Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT* with the Clerk of Court using the CM/ECF system which will send notification to the following:

| | |
|---|---|
| JAMES DONALD COWAN, JR: | Don.cowan@elliswinters.com |
| | Dixie.wells@elliswinters.com |
| KEARNS DAVIS | kdavis@brookspierce.com |
| | rking@brookspierce.com |
| ROBERT C. EKSTRAND: | rce@ninthstreetlaw.com |
| REGINALD B. GILLESPIE, JR. | rgillespie@faison-gillespie.com |
| JAMIE S. GORELICK | Jamie.gorelick@wilmerhale.com |
| | Jennifer.oconnor@wilmerhale.com |
| | Paul.wolfson@wilmerhale.com |
| | William.lee@wilmerhale.com |
| PATRICIA P. KERNER | Tricia.kerner@troutmansanders.com |
| | Martin.warf@troutmansanders.com |
| | Hannah.styron@troutmansanders.com |
| DAVID W. LONG | dwlong@poyners.com |
| | estevens@poyners.com |
| JAMES B. MAXWELL | jmaxwell@mfbpa.com |
| DAN JOHNSON MCLAMB | dmclamb@ymwlaw.com |
| | spruitt@ymwlaw.com |
| | cyounger@ymwlaw.com |
| JAMES AVERY ROBERTS, III | jimroberts@lewis-roberts.com |
| | pauldickinson@lewis-roberts.com |
| HENRY W. SAPPENFIELD | hsappenfield@kennoncraver.com |
| | jcraig@kennoncraver.com |
| LINWOOD WILSON | linwoodw@aol.com |

This the 8th day of March, 2010.

/s/ Eric P. Stevens
Eric P. Stevens

RALEIGH 621672v1