# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN MCFADYEN, et al )
                        )
        Plaintiffs, )
                        )
v.                      )       No. 1:07-CV-953
                        )
DUKE UNIVERSITY, et al )
                        )
        Defendants. )

_____

**DEFENDANTS
BAKER, CHALMERS, COUNCIL, EVANS, HODGE,
LAMB, MIHAICH, RIPBERGER, and RUSS
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
FED. R. CIV. P. 12(b)(6)**

_____

Defendants Patrick Baker, Steven Chalmers, Beverly Council, Laird Evans, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ ("Defendants") respectfully move the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' Second Amended Complaint, (Docket ## 136-66), for failure to state a claim upon which relief can be granted. In support thereof, and pursuant to this Court's February 16, 2010 Order, (Docket # 135), Defendants incorporate the reasons set forth in their Briefs in Support of their original Motions to Dismiss, (Docket ## 56, 58), their Reply Briefs in Support of their Motions to Dismiss, (Docket ## 102, 105), their Supplemental Brief in Support of their Motion to Dismiss, (Docket # 122), and their Suggestion of Subsequently Decided Authority, (Docket # 134).

1

Because of the complexity of the causes of action at issue in this case, Defendants request oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

WHEREFORE, Defendants Baker, Chalmers, Council, Evans, Hodge, Lamb, Mihaich, Ripberger, and Russ respectfully pray the Court that:

1.      The Action against these Defendants be dismissed;

2.      Judgment be entered for Defendants;

3.      Plaintiffs have and recover nothing from Defendants; and

4.      Defendants have such other and further relief as the Court shall deem just and proper.

Respectfully submitted, this the  10th  day of March, 2010.

TROUTMAN SANDERS LLP


By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
    Hannah G. Styron
N.C. State Bar No. 28824
    D. Martin Warf
N.C. State Bar No. 32982
*Attorneys for Defendants Baker, Chalmers, Council, Evans, Hodge, Lamb, Mihaich, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com
hannah.styron@troutmansanders.com
martin.warf@troutmansanders.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN MCFADYEN, *et al,*        )
        )
        Plaintiffs,        )
        )
v.        )        Case No. 1:07-CV-00953
        )
DUKE UNIVERSITY, *et al,*        )
        )
        Defendants.        )

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that the foregoing was electronically filed with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the

following:

Robert C. Exstrand
EXSTRAND & EXSTRAND, LLP
811 Ninth Street, Suite 260
Durham, North Carolina 27705
rce@ninthstreetlaw.com
*Attorneys for Plaintiffs*

1

James D. Cowan, Jr.
Dixie T. Wells
ELLIS & WINTERS, LLP
333 N. Greene Street, Suite 200
Greensboro, NC 27401
don.cowan@elliswinters.com
dixie.wells@elliswinters.com
*Attorneys for Defendants Duke*
*University, Duke University Health System,*
*Inc., Richard Brodhead,*
*Peter Lange, Larry Moneta,*
*John Burness, Tallman Trask,*
*Suzanne Wasiolek, Matthew*
*Drummond, Aaron Graves,*
*Robert Dean, Tara Levicy, Theresa*
*Arico, Kate Hendricks, Victor Dzau*

Jamie S. Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
William F. Lee
WILMER, CUTLER, PICKERING,
HALE, and DORR, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
jamie.gorelick@wilmerhale.com
jennifer.oconnor@wilmerhale.com
paul.wolfson@wilmerhale.com
william.lee@wilmerhale.com
*Attorneys for Defendants Duke*
*University, Duke University Health*
*System, Inc., Richard Brodhead,*
*Peter Lange, Larry Moneta,*
*John Burness, Tallman Trask,*
*Suzanne Wasiolek, Matthew*
*Drummond, Aaron Graves,*
*Robert Dean, Tara Levicy, Theresa*
*Arico, Kate Hendricks, Victor Dzau*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
YATES, MCLAMB & WEYHER, LLP
P.O. Box 2889
Raleigh, NC 27602-2889
dmclamb@ymwlaw.com
spruitt@ymwlaw.com
cyounger@ymwlaw.com
*Attorneys for Defendants Duke*
*University Health Systems, Inc.,*
*Tara Levicy, and Theresa Arico*

Robert J. King, III
Kearns Davis
Clinton R. Pinyan
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
rking@brookspierce.com
kdavis@brookspierce.com
cpinyan@brookspierce.com
*Attorneys for Defendants DNA Security,*
*Inc. and Richard Clark*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS, PLLC
590 Fairview Rd., Suite 102
Charlotte, NC 28210
pauldickinson@lewis-roberts.com
*Attorneys for Defendant Brian Meehan*

James A. Roberts, III
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27605
jimroberts@lewis-roberts.com
*Attorneys for Defendant Brian Meehan*

2

David W. Long
Eric P. Stevens
POYNER & SPRUILL, LLP
Post Office Box 1801
Raleigh, NC 27602-1801
dwlong@poynerspruill.com
estevens@poynerspruill.com
*Attorneys for Defendant Mark Gottlieb*

James B. Maxwell
MAXWELL, FREEMAN & BOWMAN,
P.A.
Post Office Box 52396
Durham, NC 27717
jmaxwell@mfbpa.com
*Attorneys for Defendants David Addison,
Richard Clayton, Kammie Michael, and
James Soukup*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700
LinwoodW@aol.com
*Pro Se*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
Post Office Box 51729
Durham, NC 27717
rgillespie@faison-gillespie.com
*Attorneys for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
KENNON, CRAVER, BELO, CRAIG &
MCKEE, PLLC
Post Office Box 51579
Durham, NC 27717-1579
jcraig@kennoncraver.com
hsappenfield@kennoncraver.com
*Attorneys for Defendant Benjamin Himan*

I further certify that a copy of the foregoing was served today upon each of the

following non CM/ECF participants by United States mail, postage prepaid, addressed as

follows:

Roger E. Warrin
Michael A. Vatis
John P. Nolan
Leah M. Quadrino
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave. N.W.
Washington, DC 20036
RWarin@steptoe.com
mvatis@steptoe.com
JPNolan@steptoe.com

3

lquadrino@steptoe.com
*Attorneys for Defendant City of Durham*

This the <u>10th</u> day of March, 2010.

Respectfully submitted,

By: <u>/s/ Patrica P. Kerner</u>
    Patricia P. Kerner
N.C. State Bar No. 13005
*Attorneys for Defendants Baker, Chalmers,*
*Council, Evans, Hodge, Lamb, Mihaich,*
*Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com

4