UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN, MATTHEW WILSON, and BRECK ARCHER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| DUKE UNIVERSITY, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANT BENJAMIN HIMAN'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

_____

Defendant Benjamin Himan ("Investigator Himan"), through his undersigned attorneys, moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this action in its entirety as to this Defendant upon the grounds that the Second Amended Complaint fails to state a claim upon which relief may be granted and, in the alternative, that all claims asserted against Investigator Himan are barred by the doctrines of qualified and public officer immunity.

In support of this motion and pursuant to this Court's February 16, 2010 Order, document #135, Investigator Himan hereby incorporates by reference the following previous arguments and authorities in this case:

Defendant Benjamin Himan's Motion to Dismiss, filed July 2, 2008, document #51;

KCBCM: 267525.1

Defendant Benjamin Himan's Brief in Support of Motion to Dismiss, filed July 2, 2008, document #52;

Defendants Benjamin Himan and Mark Gottlieb's Joint Reply in support of Motion to Dismiss, dated November 26, 2008, document #106;

Supplemental Brief in Support of Motions to Dismiss of Defendants Gottlieb, Himan and The City of Durham, North Carolina, filed June 24, 2009; document #123; and

Suggestion of Subsequently Decided Authority, filed January 7, 2010, document #134.

WHEREFORE, Defendant Benjamin Himan respectfully prays the Court that:

1. The Action against him be dismissed;

2. Judgment be entered for Defendant Benjamin Himan on all claims against him;

3. Plaintiffs have and recover nothing from Defendant Benjamin Himan; and

4. Defendant Benjamin Himan have such other and further relief as the Court shall deem just and proper.

KCBCM: 267525.1

This the 11th day of March, 2010.

                    KENNON, CRAVER, BELO,
                        CRAIG & MCKEE, PLLC

By:   */s/ Joel M. Craig*
       North Carolina State Bar No. 9179

By:   */s/ Henry W. Sappenfield*
       North Carolina State Bar No. 37419

       Attorneys for Defendant Benjamin Himan
       4011 University Drive, Suite 300
       P.O. Box 51579
       Durham, NC 27717-1579
       (919) 490-0500
       E-mail: jcraig@kennoncraver.com
       E-mail: hsappenfield@kennoncraver.com

KCBCM: 267525.1

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Defendant Benjamin Himan's Renewed Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth St., Ste. 260
Durham, NC 27705
*Attorney for Plaintiffs Breck Archer, Matthew Wilson and Ryan McFadyen*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina and Edward Sarvis*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorney for Defendants David W. Addison, James T. Soukup, Kammie Michael and Richard D. Clayton*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801
*Attorneys for Defendant Mark Gottlieb*

KCBCM: 267525.1

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger and Laird Evans*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
Ellis & Winters LLP
333 N. Greene Street, Suite200
Greensboro, NC 27401

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

KCBCM: 267525.1

Jamie Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan and Matthew Drummond*


Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security and Richard Clark*

Linwood Wilson
Bahama, NC
*Pro Se*

This the 11th day of March, 2010.

                              KENNON, CRAVER, BELO,
                              CRAIG & MCKEE, PLLC

                        By:   */s/ Henry W. Sappenfield*

                              North Carolina State Bar No. 37419
                              Attorneys for Defendant Benjamin Himan
                              4011 University Drive, Suite 300
                              P.O. Box 51579
                              Durham, NC 27717-1579
                              (919) 490-0500
                              E-mail:hsappenfield@kennoncraver.com

KCBCM: 267525.1