# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:07-CV-953

| | | |
|---|---|---|
| RYAN McFADYEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **MOTION BY DNA SECURITY, INC.** |
| v. | ) | **AND RICHARD CLARK TO** |
| | ) | **DISMISS SECOND AMENDED** |
| DUKE UNIVERSITY, *et al.* | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants DNA Security, Inc. and Richard Clark ("Defendants") respectfully move the Court to dismiss the Second Amended Complaint against these Defendants for failure to state a claim upon which relief can be granted and because affirmative defenses bar the claims of the Plaintiffs.

In support thereof and pursuant to this Court's February 16, 2010 Order [Docket No. 135], Defendants incorporate by reference their previously-filed Brief in Support of Motion to Dismiss [Docket No. 60], Reply Brief in Support of Motion to Dismiss [Docket No. 100], and Supplemental Brief in Support of Motion to Dismiss [Docket No. 121]. For those reasons, Defendants respectfully request that the claims against them be dismissed.

Respectfully submitted this, the 12th day of March, 2010.

/s/ Robert J. King III
Robert J. King III
    N.C. State Bar No. 15946
    rking@brookspierce.com
Kearns Davis
    N.C. State Bar No. 22014
    kdavis@brookspierce.com
Clinton R. Pinyan
    N.C. State Bar No. 22260
    cpinyan@brookspierce.com
Brooks, Pierce, McLendon, Humphrey and
  Leonard, L.L.P.
Post Office Box 26000
Greensboro, North Carolina  27420
Telephone:  (336) 373-8850
Facsimile:  (336) 378-1001

*Counsel for Defendants DNA Security, Inc. and
Richard Clark*


Robert A. Sar
    N.C. State Bar No. 22306
    robert.sar@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak &
  Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Defendant DNA Security, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 12, 2010, I caused the foregoing **MOTION BY DNA SECURITY, INC. AND RICHARD CLARK TO DISMISS SECOND AMENDED COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth Street, Ste. 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson,and Breck Archer*

Jamie S. Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

*and*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

*and*

James Donald Cowan, Jr.
Dixie Thomas Wells
Ellis & Winters, LLP
333 N. Greene Street, Ste. 200
Greensboro, NC 27401
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

Jamie S. Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

*and*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

*and*

Dan Johnson McLamb
Shirley M. Pruitt
Thomas Carlton Younger, III
Yates, McLamb & Weyher, LLP
P.O. Box 2889
Raleigh, NC 27602-2889
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717-1729
*Counsel for Defendants City of Durham, North Carolina and Edward Sarvis*

Patricia P. Kerner
D. Martin Warf
Hannah Gray Styron
Troutman Sanders, LLP
434 Fayetteville Street, Ste. 1900 (27601)
P.O. Box 1389
Raleigh, NC 27602
*Counsel for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendants James T. Soukup, Kammie Michael, David W. Addison, and Richard D. Clayton*

David W. Long
Edwin M. Speas, Jr.
Eric P. Stevens
Poyner Spruill, LLP
P.O. Box 1801
Raleigh, NC 27602-1801
*Counsel for Defendant Mark D. Gottlieb*

Joel M. Craig
Henry W. Sappenfield
Kennon Craver Belo Craig & McKee, PLLC
4011 University Drive, Ste. 300
P.O. Box 51579
Durham, NC 27717-1579
*Counsel for Defendant Benjamin W. Himan*

James A. Roberts, III
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Dr., Ste. 400 (27609-7482)
P.O. Box 17529
Raleigh, NC 27619
*Counsel for Defendant Brian Meehan, Ph.D.*

Linwood Wilson
*Address redacted pursuant to Local Rule
*Pro Se*

Respectfully Submitted,

/s/ Robert J. King III
_____