IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00953

| | |
|---|---|
| RYAN MCFADYEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | MOTION BY BRIAN MEEHAN |
| ) | TO DISMISS SECOND AMENDED |
| DUKE UNIVERSITY, *et al.*, ) | COMPLAINT |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Brian Meehan ("Meehan") respectfully moves the Court to dismiss plaintiffs' Second Amended Complaint against said defendant for lack of standing and for failure to state a claim upon which relief can be granted.

In support of his Motion, and pursuant to the Court's February 16, 2010 Order **(D.E. 135)**, Meehan incorporates herein by reference his previously filed briefing papers as described below:

- **(D.E. 42)** Joinder in Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. ("DSI") and Richard Clark ("Clark"), which joins in and adopts by reference the Brief in Support of Motion to Dismiss of Defendants DSI and Clark **(D.E. 60)**;

- **(D.E. 104)** Joinder in Reply in Support of Motion to Dismiss of Defendants DSI and Clark, which joins in and adopts by reference the Reply Brief in Support of Motion to Dismiss by DSI and Clark **(D.E. 100)**; and

- **(D.E. 125)** Joinder in Defendants DSI and Clark's Supplemental Brief in Support of Motion to Dismiss, which joins in and adopts by reference the Supplemental Brief in Support of Motion to Dismiss by Defendants DSI and Clark **(D.E. 121)**.

For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

Respectfully submitted, this the 15th day of March, 2010.

LEWIS & ROBERTS, PLLC

s/James A. Roberts, III
James A. Roberts, III
N.C. State Bar No. 10495
E-mail: jimroberts@lewis-roberts.com
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: 919-981-0191
Facsimile: 919-981-0199

s/Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
E-mail: pauldickinson@lewis-roberts.com
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone: 704-347-8990
Facsimile: 704-347-8929

*Attorneys for Defendant Brian Meehan*

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, I electronically filed the foregoing **MOTION BY BRIAN MEEHAN TO DISMISS SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
811 Ninth Street, Ste. 260
Durham, NC 27705
*Counsel for Plaintiffs Ryan McFadyen, Matthew Wilson, and Breck Archer*

Jamie S. Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

*and*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

*and*

James Donald Cowan, Jr.
Dixie Thomas Wells
Ellis & Winters, LLP
333 N. Greene Street, Ste. 200
Greensboro, NC 27401
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., John Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

Jamie S. Gorelick
Paul R.Q. Wolfson
Jennifer M. O'Connor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

*and*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

*and*

Dan Johnson McLamb
Shirley M. Pruitt
Thomas Carlton Younger, III
Yates, McLamb & Weyher, LLP
P. O. Box 2889
Raleigh, NC 27602-2889
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 5517
Durham, NC 27717-1729
*Counsel for Defendants City of Durham, North Carolina and Edward Sarvis*

Patricia P. Kerner
D. Martin Warf
Hannah Gray Styron
Troutman Sanders, LLP
434 Fayetteville Street, Ste. 1900 (27601)
P. O. Box 1389
Raleigh, NC 27602
*Counsel for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P. O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendants James T. Soukup, Kammie Michael, David W. Addison, and Richard D. Clayton*

David W. Long
Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill, LLP
P. O. Box 1801
Raleigh, NC 27602-1801
*Counsel for Defendant Mark D. Gottlieb*

Joel M. Craig
Henry W. Sappenfield
Kennon Craver Belo Craig & McKee, PLLC
4011 University Drive, Ste. 300
P. O. Box 51579
Durham, NC 27717-1579
*Counsel for Defendant Benjamin W. Himan*

Robert J. King III
Kearns Davis
Clinton R. Pinyan
Brooks, Pierce, McLendon, Humphrey and Leonard, L.L.P.
P. O. Box 26000
Greensboro, NC 27420
*Counsel for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Ste. 1100
Raleigh, NC 27609
*Counsel for Defendant DNA Security, Inc.*

Linwood Wilson
*Address redacted pursuant to Local Rule
*Pro Se*

                          Respectfully submitted,

                          s/James A. Roberts, III