IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:07-CV-00953

| | |
|---|---|
| RYAN McFADYEN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY, et al.,<br><br>        Defendants. | **RENEWED MOTION TO DISMISS SECOND AMENDED COMPLAINT BY "DUKE POLICE DEFENDANTS"** |

Pursuant to this Court's Order of February 16, 2010 (Dkt. 135), Federal Rule of Civil Procedure 12(b)(6), and Local Rules 7.2 and 7.3, the "Duke Police Defendants" submit this renewed Motion to Dismiss all claims asserted against them in Plaintiffs' Second Amended Complaint for failure to state a claim on which relief may be granted.

The bases for this Renewed Motion to Dismiss were presented in previous briefing to this Court and, pursuant to this Court's Order, are incorporated herein by reference, as follows:

    1.    Motion to Dismiss Amended Complaint by "Duke Police Defendants" (Dkt. 49);

    2.    Memorandum in Support of Motion to Dismiss by "Duke Police Defendants" (Dkt. 50);

3. Reply Brief in Support of Motion to Dismiss by "Duke Police Defendants" (Dkt. 99); and

4. Joint Supplemental Brief of "Duke University Defendants," "Duke SANE Defendants," and "Duke Police Defendants" Regarding *Ashcroft v. Iqbal* (Dkt. 120).

The "Duke Police Defendants" also hereby move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), and Local Rules 7.2 and 7.3, to dismiss all claims asserted against them in Count 41 of the Second Amended Complaint for failure to state a claim on which relief may be granted. The bases for dismissing Count 41 are presented in detail in the accompanying Supplemental Memorandum, which is being filed jointly on behalf of the "Duke University Defendants," "Duke SANE Defendants," and "Duke Police Defendants," in accordance with this Court's February 16, 2010 Order (Dkt. 135).

For the reasons set forth in the above-listed briefs, the "Duke Police Defendants" respectfully request that all of the claims asserted against them in the Second Amended Complaint be dismissed with prejudice. The "Duke Police Defendants" also renew their request that oral argument be scheduled on their Renewed Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this 16th day of March, 2010.

/s/ Jamie S. Gorelick                                /s/ J. Donald Cowan, Jr.
───────────────────────────                          ───────────────────────
Jamie S. Gorelick                                    J. Donald Cowan, Jr.
District of Columbia Bar No. 101370                  N.C. State Bar No. 0968
Wilmer Cutler Pickering Hale and Dorr LLP            Ellis & Winters LLP
1875 Pennsylvania Ave., N.W.                         333 N. Greene Street, Suite 200
Washington, D.C. 20006                               Greensboro, N.C. 27401
Telephone: (202) 663-6500                            Telephone: (336) 217-4193
Facsimile: (202) 663-6363                            Facsimile: (336) 217-4198
Email: jamie.gorelick@wilmerhale.com                 Email: don.cowan@elliswinters.com

*Counsel for Duke Police Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2010, I electronically filed the foregoing Renewed Motion to Dismiss Second Amended Complaint by the "Duke Police Defendants" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
Robert C. Ekstrand
Email: rce@ninthstreetlaw.com

*Counsel for City of Durham and Edward Sarvis*
Reginald B. Gillespie, Jr.
Email: rgillespie@faison-gillespie.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and Laird Evans*

Patricia P. Kerner
Email: tricia.kerner@troutmansanders.com

D. Martin Warf
Email: martin.warf@troutmansanders.com

Hannah Gray Styron
Email: hannah.styron@troutmansanders.com

*Counsel for James T. Soukup, Kammie Michael, David Addison, Richard D. Clayton*
James B. Maxwell
Email: jmaxwell@mfbpa.com

*Counsel for Mark Gottlieb*
    David William Long
    Email: dwlong@poynerspruill.com

    Eric P. Stevens
    Email: estevens@poyners.com

*Counsel for Benjamin Himan*
    Henry W. Sappenfield
    Email: hsappenfield@kennoncraver.com

    Joel Miller Craig
    Email: jcraig@kennoncraver.com

*Counsel for DNA Security, Inc., Richard Clark*
    Kearns Davis
    Email: kdavis@brookspierce.com

    Robert James King, III
    Email: rking@brookspierce.com

    Clinton R. Pinyan
    Email: cpinyan@brookspierce.com

*Counsel for Brian Meehan*
    James Avery Roberts, III
    Email: jimroberts@lewis-roberts.com

    Paul R. Dickinson, Jr.
    Email: pauldickinson@lewis-roberts.com

*Linwood Wilson, pro se*
    Email: redacted

This 16th day of March 2010.

    /s/ Jamie S. Gorelick
Jamie S. Gorelick

Attorney for Duke University Police Department, Jeffrey O. Best, Phyllis Cooper, Robert Dean, Joseph Fleming, William F. Garber II, Leila Humphries, James Schwab, Gary N. Smith, and Greg Stotsenberg

- 3 -