**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NUMBER 1:07-CV-00953**

| | |
|---|---|
| RYAN McFADYEN, et al., | |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DUKE DEFENDANTS** |
| v. | |
| DUKE UNIVERSITY, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Pro., the parties hereby stipulate to the dismissal with prejudice of all claims made by Plaintiffs in this action against Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Peter Lange, Tallman Trask III, John Burness, Larry Moneta, Victor J. Dzau, Allison Haltom, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, Matthew Drummond, Duke University Health System, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, Theresa Arico, and Tara Levicy. The Parties will each bear their own costs, attorneys' fees, disbursements, and expenses of any kind incurred in connection with this action.

This the 19th day of June, 2014.

Respectfully submitted by:

EKSTRAND & EKSTRAND LLP
*Counsel for Plaintiffs*

/s/ Robert C. Ekstrand

Robert C. Ekstrand
N.C. Bar No. 26673
110 Swift Avenue, Second Floor
Durham, North Carolina 27705
RCE@ninthstreetlaw.com
Tel. (919) 416-4590
Fax (919) 416-4591

/s/ Stefanie Sparks Smith

Stefanie Sparks Smith
N.C. Bar No. 42345
110 Swift Avenue, Second Floor
Durham, North Carolina 27705
SAS@ninthstreetlaw.com
Tel. (919) 416-4590
Fax (919) 416-4591

ELLIS & WINTERS LLP

*Counsel for Duke Defendants*

/s/ Paul K. Sun, Jr.

Paul K. Sun, Jr.
N.C. Bar No. 16847
P.O. Box 33550
Raleigh, North Carolina 27636
paul.sun@elliswinters.com
Tel. (919) 865-7000
Fax (919) 865-7010

2

/s/ Dixie T. Wells

Dixie T. Wells
N.C. Bar No. 26816
333 N. Greene Street, Suite 200
Greensboro, North Carolina 27401
dixie.wells@elliswinters.com
Tel. (336) 217-4197
Fax (336) 217-4198

YATES, McLAMB, & WEYHER, LLP

*Counsel for Duke Defendants*

/s/ Dan J. McLamb

Dan J. McLamb
Yates, McLamb, & Weyher, LLP
N.C. Bar No. 6272
P.O. Box 2889
Raleigh, North Carolina 27602
pdmclamb@ymwlaw.com
Tel. (919) 719-6003
Fax (919) 582-2503

3

RYAN McFADYEN, et al.,

                Plaintiffs,

        v.

DUKE UNIVERSITY, et al.,

                Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of the filing to counsel of record for Defendants and Defendant Linwood Wilson, all of who are registered CM/ECF users.

                Respectfully submitted by:

                EKSTRAND & EKSTRAND LLP

                /s/ Stefanie Sparks Smith

                Stefanie Sparks Smith
                *Counsel for Plaintiffs*

4